## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-224 WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAKOTA MICHAEL HELLER,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about April 3, 2017, in the State and District of Colorado and elsewhere, and on an aircraft in the special aircraft jurisdiction of the United States, that is Emirates Air, flight EK229, DAKOTA MICHAEL HELLER, defendant herein, committed an act that if committed in the special maritime and territorial jurisdiction of the United States, as defined in 18 U.S.C. § 7, would violate 18 U.S.C. § 2244(b), which is part of Chapter 109A of Title 18, United States Code, to wit: DAKOTA MICHAEL HELLER did knowingly engage in and cause sexual contact with another person, Minor # 1, without that other person's permission.

All in violation of Title 49, United States Code, Section 46506 and Title 18, United States Code, Section 2244(b).

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

JASON R. DUNN
United States Attorney

By: <u>*s/Patricia Davies*</u>
Patricia Davies
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  patricia.davies@usdoj.gov
Attorneys for Government

| | |
|---|---|
| DEFENDANT: | DAKOTA HELLER |
| AGE/YOB: | 1981 |
| COMPLAINT FILED? | _____ Yes   \_\_\_x\_\_\_\_ No  If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | \_\_ Yes   \_\_ No   If No, a new warrant is required |
| OFFENSE(S): | 49 U.S.C. § 46506 and 18 U.S.C. § 2244(b)(2) (Abusive Sexual Contact) |
| LOCATION OF OFFENSE: | Jefferson County, Colorado & elsewhere |
| PENALTY: | NMT 2 years imprisonment, $250,000 fine, and $100 special assessment |
| AGENT: | **Philip Jones**  Special Agent, FBI |
| AUTHORIZED BY: | Patricia Davies  Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

  x  five days or less; \_\_\_ over five days

THE GOVERNMENT

 X   will not seek detention in this case.

The statutory presumption of detention is not applicable to this defendant.

1