| | |
|---|---|
| DEFENDANT: | DAKOTA MICHAEL HELLER |
| AGE/YOB: | 1981 |
| COMPLAINT FILED? | _____ Yes   ___x____ No<br>If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   __ No<br>If No, a new warrant is required |
| OFFENSE(S): | 49 U.S.C. § 46506 and 18 U.S.C. § 2244(b)(2) (Abusive Sexual Contact) |
| LOCATION OF OFFENSE: | Jefferson County, Colorado & elsewhere |
| PENALTY: | NMT 2 years imprisonment, $250,000 fine, and $100 special assessment |
| AGENT: | Philip Jones<br>Special Agent, FBI |
| AUTHORIZED BY: | Patricia Davies<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

 X   will not seek detention in this case.

The statutory presumption of detention is not applicable to this defendant.