AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) ) | Case No. 19-cr-224 WYD |
| | ) ) | |
| DAKOTA MICHAEL HELLER | ) ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Dakota Michael Heller                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

  Count 1: 49 U.S.C. § 46506 and 18 U.S.C. § 2244(b)(2) (Abusive Sexual Contact)

Date:     05/08/2019

*Issuing officer's signature:* s/E. Van Alphen, Deputy Clerk

City and state:     Denver, Colorado

*Printed name and title:* Jeffery P, Colwell, Clerk of Court

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |