AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2019 MAY 14  PM 12:02
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| | |
|---|---|
| United States of America<br>v.<br><br>DAKOTA MICHAEL HELLER<br>*Defendant* | )<br>)  Case No.  19-cr-224 WYD<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Dakota Michael Heller,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1:  49 U.S.C. § 46506 and 18 U.S.C. § 2244(b)(2) (Abusive Sexual Contact)

Date:   05/08/2019

s/E. Van Alphen, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffery P, Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 05/09/19, and the person was arrested on *(date)* 05/09/19
at *(city and state)* Berthoud, CO.

Date:  05/09/2019

_____
*Arresting officer's signature*

Philip Jones, Special Agent
*Printed name and title*