# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAKOTA MICHAEL HELLER,

    Defendant.

## PROTECTIVE ORDER

THIS MATTER coming before the Court upon an unopposed motion of the Government to enter a protective order, the Court now enters the following findings and order:

1. Due to the nature of the charges, the Court finds good cause to extend the privacy protection measures set forth below and afforded under the Child Victims' and Child Witnesses' Rights Act (the "Act"), 18 U.S.C. § 3509, to an individual who has been identified by the Government as Minor #1 in this case.

2. The Act affords certain protections to child victims and child witnesses, including requiring the parties and other personnel to maintain the confidentiality of any documents that disclose the name or any other information concerning a child, maintain the confidentiality of the minor victim's identity in all public filings and court proceedings, and file under seal without the necessity of a Court order any filings that disclose the identity or other personal information of the minor victim.

3. A policy rationale similar to that of the Act applies in favor of allowing Minor #1, who is now an adult, to have the details of his circumstances restricted from public access due to the nature of the case. The Court finds that there is a significant possibility that disclosure to the public of the name or other information identifying Minor #1 in public filings or court proceedings could result in emotional harm and be detrimental to him, even though he is now an adult.

Good cause appearing, the Court hereby orders that:

(a) All persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B) shall, at trial and during any courtroom proceedings in this case, refer to Minor #1 using a pseudonym;

(b) All materials that disclose the name or any other information concerning Minor #1 shall be kept in a secure place. Only persons with reason to know their contents shall have access;

(c) All documents produced by the government in discovery that disclose the name or any other identifying information concerning Minor #1 shall be disclosed only to persons who, by reason of their participation in the proceeding, have reason to know such information, pursuant to and in compliance with 18 U.S.C. § 509(d)(1)(A)(ii);

(d) All papers to be filed in Court that disclose the name or other identifying information concerning Minor #1 shall be filed under restriction without necessity of obtaining a Court order; and

(e) Counsel for the Government and counsel for Defendant shall provide one another with an unredacted copy of any redacted pleading filed in this case, provided that such pleading is not filed *in camera*.

(f) Defense counsel shall ensure that members of the defense team will read this Order and are informed of their responsibility to safeguard the above-referenced information.

(g) A copy of this Order shall be kept with the discovery materials at all times.

BY THE COURT:

_____
Hon. Philip A Brimmer
Chief U.S. District Judge