IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     19-cr-00224-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAKOTA HELLER,

        Defendant.

---

### UNOPPOSED MOTION TO EXTEND MOTIONS FILING DEADLINE
---

        Dakota Heller, through counsel Assistant Federal Defender Kelly Christl, respectfully requests that Court extend the Motions Filing deadline, currently set for June 17, 2019, to June 26, 2019. In support of this request:

        1.    Mr. Heller has been charged by indictment with one count of a violation of 18 U.S.C. §2244(b), abusive sexual contact. Mr. Heller was arraigned on May 14, 2019.

        2.    Undersigned counsel received initial discovery for Mr. Heller's case on May 14, 2019. This discovery was not particularly voluminous; however, it did include several hours of audio and video. Undersigned counsel has reviewed this discovery. A cellular phone report consisting of 1600 pages was delivered to counsel on June 5, 2019. Counsel has not had adequate time to review this discovery.

        3.    The parties are engaged in plea discussions at this time. If an agreement is reached, any motion would be moot.

        4.    Undersigned counsel has conferred with Assistant United States Attorney Patricia Davies, who does not oppose this motion.

WHEREFORE, Mr. Heller respectfully requests that Court extend the Motions Filing deadline, currently set for June 17, 2019, to June 26, 2019.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/Kelly Christl
        KELLY CHRISTL
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        kelly.christl@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Patricia Davies, AUSA
Email: Patricia.Davies@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Dakota Michael Heller                    (via Mail)


s/Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kelly.christl@fd.org
Attorney for Defendant