IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAKOTA MICHAEL HELLER,

    Defendant.

_____

## PROTECTIVE ORDER
_____

    This matter comes before the Court on the United States' Motion for a Protective Order [Docket No. 18]. Defendant did not file a response.

    Good cause appearing, the Court hereby orders that:

    1.    All persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B) shall, at trial and during any courtroom proceedings in this case, refer to Minor #1 using a pseudonym;

    2.    All materials that disclose the name or any other information concerning Minor #1 shall be kept in a secure place. Only persons with reason to know their contents shall have access to such materials;

    3.    All documents produced by the government in discovery that disclose the name or any other identifying information concerning Minor #1 shall be disclosed only to persons who, by reason of their participation in the proceeding, have reason to know such information, pursuant to and in compliance with 18 U.S.C. § 509(d)(1)(A)(ii);

4. All papers to be filed in Court that disclose the name or other identifying information concerning Minor #1 shall be filed under restriction without necessity of obtaining a Court order;

5. Counsel for the government and counsel for defendant shall provide one another with an unredacted copy of any redacted pleading filed in this case, provided that such pleading is not filed in camera;

6. Defense counsel shall ensure that members of the defense team will read this Order and are informed of their responsibility to safeguard the above-referenced information; and

7. The attorneys and their staff shall keep a copy of this Order with the discovery materials at all times.

DATED June 18, 2019.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
Chief United States District Judge