IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.: 19-cr-00224-PAB | Date:   July 2, 2019 |
| Courtroom Deputy:   Sabrina Grimm | Court Reporter:   Janet Coppock |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Julia Martinez |
| Plaintiff, | |
| v. | |
| 1.  DAKOTA MICHAEL HELLER, | Kelly Christl |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING**

**10:00 a.m.**     **Court in session.**

Appearances of counsel.  Defendant present on bond.

Discussion regarding excluding time from speedy trial calculations.

**ORDERED:** Defendant's Unopposed Motion to Exclude 90 Days from the Speedy Trial Act Computation [23] is GRANTED.  An additional 90 days from today's date shall be excluded from the computation of speedy trial.

**ORDERED:** Pretrial motions shall be filed on or before September 6, 2019.  Responses to the pretrial motions shall be filed on or before September 16, 2019.

**ORDERED:** Trial is VACATED and RESET to October 15, 2019 at 8:00 a.m., for three days, in Courtroom A701 before Chief Judge Philip A. Brimmer.

**ORDERED:** Trial Preparation Conference is VACATED and RESET to October 11, 2019 at 9:00 a.m. in Courtroom A701 before Chief Judge Philip A. Brimmer.

**ORDERED:** Bond is continued.

**10:28 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:    00:28