IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 19-cr-00224-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     DAKOTA HELLER,

        Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 31st day of July, 2019.

                                    JASON R. DUNN
                                    United States Attorney

          By:    s/ *Andrea Surratt*
                    Assistant United States Attorney
                    United States Attorney's Office
                    1801 California Street, Suite 1600
                    Denver, Colorado 80202
                    Telephone: 303-454-0100
                    Fax: 303-454-0405
                    Email: andrea.surratt@usdoj.gov

                    Attorney for the Government

## CERTIFICATE OF SERVICE

I certify that on this 31st day of July, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case

and I hereby certify that I have sent the document to the non CM/ECF participant via email to the following participant:

                By:    *s/Portia Peter*
                          Legal Assistant
                          United States Attorney's Office
                          1801 California Street, Suite 1600
                          Denver, CO 80202
                          Telephone: 303-454-0100