# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DAKOTA MICHAEL HELLER,

    Defendant.

---

## GOVERNMENT'S *EX PARTE* MOTION FOR AN ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIAL

---

    COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney for the State and District of Colorado, and hereby moves for an Order Permitting the Disclosure of Grand Jury Material in the above captioned case. Federal Rule of Criminal Procedure 6(e)(3)(F) provides that the Government may file this motion requesting disclosure *ex parte*. As grounds therefor the Government states:

1.    The Government has obtained testimony from one or more persons who may be called as trial witnesses. Early disclosure of this material may assist the defendant in preparing for trial.

2.    Disclosure of pertinent portions of the Grand Jury transcripts may be in the best interests of justice. In the course of preparation for trial and during the conduct of trial, it may be appropriate to disclose to the defense portions of the Grand Jury transcripts pertaining to certain witnesses for the limited purpose of preparing for and

2

conducting trial and pretrial hearings involving such witnesses.  <u>See</u> 18 U.S.C. §3500 and Federal Rules of Criminal Procedure Rules 26.2, 16, and 6(e)(3)(E)(i) and (e)(3)(F).

3. Pursuant to Rules 6 and 16, Fed. R. Crim. P., the Government requests that the Order permitting disclosure of the Grand Jury transcripts or material contain restrictions upon the defense attorneys to whom such material is released requiring the defense attorneys to maintain control over the material, keeping it in his or her confidential files and under the control of his or her confidential employees.  The Government requests that the Grand Jury material so disclosed be strictly limited to use for the purposes of the above-captioned case, to include any appeals taken, and for no other purpose until further order of Court.

Respectfully submitted this 28th day of August, 2019.

RESPECTFULLY SUBMITTED:

JASON R. DUNN
UNITED STATES ATTORNEY
DISTRICT OF COLORADO


By: s/Patricia Davies
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO. 80202
Telephone (303) 454-0100
Fax (303) 454-0405
PDavies@usdoj.gov
Attorney for the Government

3
## CERTIFICATE OF SERVICE

      I hereby certify that on August 28th, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/Eva Valeriano_____<br>
Legal Assistant<br>
U.S. Attorney's Office