**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DAKOTA MICHAEL HELLER,

    Defendant.

---

### ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIAL

---

THE COURT has reviewed the Motion by the United States to Disclose Grand Jury Material in the above-captioned case, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i). As grounds therefor, the Government has stated:

The Government has obtained testimony from a person who may be called as a trial witness. Early disclosure of this material may assist the defendant in preparing for trial.

Disclosure of pertinent portions of the Grand Jury transcript may be in the best interests of justice. In the course of preparation for trial and during the conduct of certain pretrial matters and at trial, it may be appropriate to disclose to the defense portions of the Grand Jury transcript pertaining to a witness for the limited purpose of preparing for and conducting trial. *See* 18 U.S.C. §3500 and Federal Rule of Criminal Procedure 26.2, 16, 6(e)(3)(E)(i) and (e)(3)(F).

Being now advised in the premises, the Court finds, concludes, and Orders the following:

The United States Attorney's Office may disclose to the defense pertinent portions of the transcript of a witness's testimony before the Grand Jury and any exhibits shown in connection with such testimony in the above-captioned case after the Government has determined that such witness will be called to testify at trial. The defense attorney is to maintain control over the material, keeping it in her confidential files and under the control of her confidential employees. The Court's Order here today permits pretrial disclosure of pertinent portions of the Grand Jury transcript which would be disclosed pursuant to 18 U.S.C. §3500 or Federal Rules of Criminal Procedure 26.2 and 16.

The Grand Jury material so disclosed is to be used for the purposes of the above captioned case, to include any appeals taken, and for no other purpose until further order of this Court. The United States Attorney's Office is directed to enclose a copy of this Order with any Grand Jury material disclosed pursuant to this Order.

DATED this _____ day of August 2019.

BY THE COURT:

_____
PHILIP A. BRIMMER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO