**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DAKOTA MICHAEL HELLER,

    Defendant.

---

**GOVERNMENT'S MOTION FOR ORDER
PERMITTING FILING OF EXPERT NOTICE DISCLOSURE**

---

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney ("AUSA") for the State and District of Colorado, and hereby moves for an Order Permitting Filing of Expert Notice Disclosure. As grounds therefor, the Government states:

1.    The defendant, Dakota Heller made his initial appearance on the Indictment on May 9, 2019. [Docket #5].

2.    On May 16, 2019, this Court scheduled trial in this matter for July 15, 2018, and scheduled other deadlines, including expert disclosure and motions' filing deadlines for dates prior to the trial date. [Docket #17].

3. On June 17, 2019, defendant moved to extend the motions' filing deadline [Docket #20], and on June 26, 2019, defendant filed a Motion to Exclude 90 Days From the Speedy Trial Act Computation [Docket #23].

4. On July 2, 2019, this Court conducted a hearing on defendant's Motion to Exclude 90 Days From the Speedy Trial Act Computation, and granted it. The Court then set a new motions' filing deadline for September 6, 2019, and other dates, with trial scheduled for October 15, 2019.  No new expert deadline was included within the newly issued scheduling dates. [Docket #25].

5. Beginning in late August 2019, undersigned counsel attempted to communicate with defense counsel regarding various trial-related matters, and was advised that defendant's counsel was on leave, due to return on September 9, 2019. Following defendant's counsel's return, on September 10, 2019, the undersigned AUSA communicated with defendant's counsel regarding the government's intention to provide its expert disclosure notice, and the specific topics on which such expert would testify.[1] Defendant's counsel has since advised that she intends to object to the government's use of an expert at trial as untimely disclosed.

6. Based on the foregoing chronology, the nature of the charge and proposed foreseeable expert testimony, and the fact that the trial is scheduled on

---

[1] For the Court's information, the relevant text of the email dated September 10, 2019, from the undersigned AUSA to defendant's counsel, which described the proposed expert and pertinent topics is pasted below:

The additional expert we contemplate is an FBI child/adolescent forensic interviewer who will testify, in substance about one or more of the following topics:  (1) delayed outcry by victims of child sex abuse and similar conduct; (2) grooming; and (3) the workings/development of the adolescent male brain.

October 15, 2019, the government respectfully requests permission to file its Expert Notice Disclosure under Fed.R.Crim.Proc.16(a)(1)(G) and Fed.R.Evid. 702.

Respectfully submitted this 11th day of September, 2019.

RESPECTFULLY SUBMITTED:

JASON R. DUNN
UNITED STATES ATTORNEY
DISTRICT OF COLORADO

By:     s/Patricia Davies
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite1600
Denver, CO. 80202
Telephone (303) 454-0100
Fax (303) 454-0405
PDavies@usdoj.gov
Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on September 11th, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                       <u>s/Diana Brown</u>
                                       Legal Assistant
                                       U.S. Attorney's Office