| | |
|---|---|
| **From:** | Davies, Patricia (USACO) |
| **To:** | Kelly Christl |
| **Cc:** | Natalie_Stricklin@fd.org; Surratt, Andrea (USACO) |
| **Bcc:** | Bowdouris, Margaret (USACO); Price, Michael (USACO) |
| **Subject:** | US v. Heller, 19-cr-00224-PAB |
| **Date:** | Friday, August 30, 2019 3:14:00 PM |
| **Attachments:** | 20190830 Supplemental.zip |

Good afternoon,

Please find an encrypted zipped attachment with additional discovery, bates numbered INV_00000228 – INV_00000245.  The decryption password is the same as for prior discovery in this case; please contact me if you need me to re-send it.

With this email, the government again requests all reciprocal discovery to which it is entitled under Rule 16 & case law.

Additionally, please contact me when you are available to discuss stipulations, a schedule for expert notices, and other trial issues.

Regards,

**Patricia Davies**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Phone:  (303) 454-0100
Email:   patricia.davies@usdoj.gov