IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DAKOTA MICHAEL HELLER,

       Defendant.

_____

**MOTION FOR LEAVE TO FILE A SUR-REPLY
TO GOVERNMENT'S REPLY [ECF DOC. 37]**
_____

       Dakota Michael Heller, through counsel, Assistant Federal Defender Kelly Christl, seeks leave to file a sur-reply to Government's Reply to Defendant's Response to Motion for Order Permitting Filing of Expert Notice Disclosure.

       In paragraph 3 of the government's filing, it alleges, "The defendant never requested the government to disclose, as required to trigger the government's obligation under Fed.R.Crim.P 16(a)(1)(G)."

       The defendant ***did*** request the government disclose "a written summary of testimony the government intends to use under Rule 702, 703, or 705 of the Federal Rules of Evidence, relating to expert testimony and opinions of experts, during its case in chief at trial, set forth in Rule 16(a)(1)(G)." [ECF Doc. 13, *Discovery Conference Memo*, ¶ 9 (May 14, 2019.)]

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kelly.christl@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2019, I electronically filed the foregoing ***Motion for Leave to File a Sur-Reply to Government's Reply [ECF Doc. 37]*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Patricia Davies, Assistant United States Attorney
Email: Patricia.Davies@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Dakota Michael Heller  (via U.S. Mail)

s/Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kelly.christl@fd.org
Attorney for Defendant