**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

          Plaintiff,

v.

1. DAKOTA MICHAEL HELLER,

          Defendant.

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NOS. 42 AND 43**

United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Patricia Davies, respectfully moves to restrict Document Nos. 42 and 43, any order revealing the contents of these documents, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 1" Restriction which would make the document, any order revealing the contents of these documents and the brief filed in support of this motion, "viewable by Parties & Court" only.

1

Dated this 18th day of September 2019.

        RESPECTFULLY SUBMITTED:

        JASON R. DUNN
        UNITED STATES ATTORNEY
        DISTRICT OF COLORADO


By: *s/ Patricia Davies & Andrea Surratt*
   Assistant United States Attorneys
   U.S. Attorney's Office
   1801 California Street, Suite1600
   Denver, CO. 80202
   Telephone (303) 454-0100
   Email: Patricia.Davies@usdoj.gov
      Andrea.Surratt@usdo.gov
   Attorneys for the Government

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of September, 2019, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NOS. 42 AND 43** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

> *s/Portia Peter*
> Legal Assistant – Contractor
> United States Attorney's Office
> 1801 California Street, Suite 1600
> Denver, CO 80202
> Telephone: 303-454-0100
> Email: Portia.peter@usdoj.gov