**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

         Plaintiff,

v.

1. DAKOTA MICHAEL HELLER,

         Defendant.

---

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NOS. 51 AND 52**

---

United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Patricia Davies, respectfully moves to restrict Document Nos. 51 and 52, any order revealing the contents of these documents, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 1" Restriction which would make the document, any order revealing the contents of these documents and the brief filed in support of this motion, "viewable by Parties & Court" only.

1

Dated this 24th day of September 2019.

        RESPECTFULLY SUBMITTED:

        JASON R. DUNN
        UNITED STATES ATTORNEY
        DISTRICT OF COLORADO

By:    *s/ Patricia Davies & Andrea Surratt*
        Assistant United States Attorneys
        U.S. Attorney's Office
        1801 California Street, Suite1600
        Denver, CO. 80202
        Telephone (303) 454-0100
        Email: Patricia.Davies@usdoj.gov
              Andrea.Surratt@usdo.gov
        Attorneys for the Government

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September, 2019, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NOS. 51 AND 52** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                          *s/Portia Peter*
                                          Legal Assistant – Contractor
                                          United States Attorney's Office
                                          1801 California Street, Suite 1600
                                          Denver, CO 80202
                                          Telephone: 303-454-0100
                                          Email: Portia.peter@usdoj.gov