IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAKOTA MICHAEL HELLER,

    Defendant.

---

**NOTICE OF APPEARANCE**

---

Assistant Federal Public Defender Jacob Rasch-Chabot enters his appearance in the above captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    /s/ Jacob Rasch-Chabot
    JACOB RASCH-CHABOT
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  Jacob.Rasch-Chabot@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on September 24, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

    Patricia Davies, AUSA
    Email:  patricia.davies@usdoj.gov

    Andrea Lee Surratt, Assistant U.S. Attorney
    Email:  andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Dakota Michael Heller        (via Mail)

      /s/ Jacob Rasch-Chabot
      JACOB RASCH-CHABOT
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Email:  Jacob.Rasch-Chabot@fd.org
      Attorney for Defendant