IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAKOTA MICHAEL HELLER,

    Defendant.

_____

### ORDER
_____

This matter is before the Court on the Government's Motion to Restrict [Docket No. 42]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that the Government's Motion to Restrict [Docket No. 42] is granted. It is further

**ORDERED** that Docket Nos. 43 and 44 shall be restricted under Level One Restriction until further order of this Court.

DATED September 25, 2019.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          Chief United States District Judge