IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 19-cr-00224-PAB | Date:   September 27, 2019 |
| Courtroom Deputy:   Leigh Roberson | Court Reporter:   Janet Coppock |

*Parties:* | *Counsel:*

UNITED STATES OF AMERICA,   Andrea Surratt
   Patricia Davies
   Plaintiff,

v.

DAKOTA MICHAEL HELLER,   Kelly Christl
   Natalie Stricklin
   Defendant.

**COURTROOM MINUTES**

**MOTION HEARING**

**10:11 a.m.**   **Court in session.**

Appearances of counsel.  Defendant present on bond.

Before the Court is Government's Motion, Opposed by the Defendant, to Reconsider Court's Order [Doc. #41], and to Grant an Ends of Justice Trial Continuance to Allow Filing of Government's Expert Notice, Related Expert Litigation, and Defendant's Expert Designation [ECF 45], filed September 20, 2019.

Argument.

Court states its findings of fact and conclusions of law.

**ORDERED**:   Government's Motion, Opposed by the Defendant, to Reconsider Court's Order [Doc. #41], and to Grant an Ends of Justice Trial Continuance to Allow Filing of Government's Expert Notice, Related Expert Litigation, and Defendant's Expert Designation is granted in part. That part of the motion which requests an exclusion of time is taken under advisement.

**ORDERED:**   Defendant's motion under Federal Rule of Evidence 702, if any, shall be filed on or before October 8, 2019, with any reply due on or before October 15, 2019.

**ORDERED:**  Any motion regarding the Government's 404(b) notice shall be filed on or before October 8, 2019, with any reply due on or before October 15, 2019.

**ORDERED:**  Any motion under Federal Rule of Evidence 412 shall be filed within the time set forth by statute.

**ORDERED:**  The Trial Preparation Conference and hearing on any non-CJA pretrial motion are set to begin October 25, 2019, at 8:00 a.m.

**ORDERED:**  Three-day jury trial is reset to begin October 28, 2019.

**11:04 a.m.**   **Court in recess.**

Hearing concluded.
Total in-court time:   00:53