# Karen R. Blackwell, MSW, LCSW
**Child /Adolescent Forensic Interviewer**
**Federal Bureau of Investigation**
8000 E. 36th Ave, Denver, CO 80238
303-870-2950   krblackwell@fbi.gov

## Education

| | | |
|---|---|---|
| University of New England | Biddeford, ME | 1999 |
|   Master of Social Work, Clinical Concentration | | |
| University of Denver | Denver, CO | 1987 |
|   Bachelor of Science, Business Administration | | |
|   International Business Studies | Denmark, England | |

## Experience

**Federal Bureau of Investigation**                                      2010-present
  Child/Adolescent Forensic Interviewer
**Denver Children's Advocacy Center**                                      2003-2010
  Forensic Interview and Evaluation Program Manager
    Developed and implemented Forensic Interview and Evaluation Program
    Established and facilitated the
      Denver Child Abuse Multidisciplinary Team Case Review
    Forensic Interviews Children ages 2-17
**Adams County Department of Social Services**                                      1999-2003
  Sexual Abuse Assessment and Treatment Team
   Child Abuse Intake and Assessment of over 300 Families
**C.K. Burns Elementary School/Thornton Academy**                                      1998-1999
  School Social Work with Children, Kindergarten through High School
**National Coalition against Domestic Violence**                                      1998
  Children's Conference Program Coordinator
**Abused Women's Advocacy Project**                                      1997-1998
  Treatment Groups: Children Witnessing Violence
**Rape Crisis Center of Collin County**                                      1996-1997
  Group and Individual Treatment for Adult Survivors of Sexual Assault
**Rape Trauma Services of San Mateo County**                                      1994-1996
  Sexual Assault Counselor/Advocate and Group Facilitator

## Professional Affiliations

American Professional Society on the Abuse of Children, 2012-present
Denver Child Fatality Review, Facilitator, 2005-2010
Front Range Forensic Interview Peer Review, 2005-2010
Child Protection Team, Denver Department of Human Services 2003-2010
Denver Domestic Violence Coordinating Council, Board of Directors
2005-2010
C.A.S.A. of Adams and Broomfield Counties, Executive Board of Directors  2002-2003

## Awards and Special Recognition

2010 Honorary Denver District Attorney
*Presented by Denver District Attorney, Mitchell Morrissey*
2006 Colorado Organization for Victim Assistance
*Organization of the Year Award*
*Presented to the Denver Children's Advocacy Center*
*Forensic Interview and Evaluation Program*
2002 Colorado Department of Human Services, Division of Child Welfare
*Excellence in Practice Award*

## Teaching/Training

**Department of Justice,** *National Advocacy Center***,** *Forensic Interviewing of Child and Adolescent Victims and Witnesses in Indian Country Seminar, Columbia, SC,* April 2019

**National Law Enforcement Training on Child Exploitation,** *Internet Crimes Against Children Conference, 1.Presenting Evidence 2.Sextortion, Atlanta, GA,* June 2018

**Kosovo Police,** *General Police Directorate, Republic of Kosovo Government, The Child/Adolescent Forensic Interview, Priestina, Kosovo,* January 2018

**Department of Justice,** *National Advocacy Center, Working with Child and Adolescent Victims: The Principals of Forensic Interviewing, Columbia, SC,* August 2017

**Federal Bureau of Investigation,** *Indian Country Crimes Unit, Indian country Homicide and Child Abuse Training, Forensic Child Interviewing, Denver, CO,* July 2017

**Federal Bureau of Investigation,** *Violent Crimes Against Children, Juvenile Sex Trafficking, Forensic Interviewing Guidelines, Austin, TX,* July 2017

**Kathmandu Attorney General's Office,** *Child/Adolescent Forensic Interviews, Kathmandu, Nepal,* February, 2017

**Louisiana Alliance of Children's Advocacy Centers,** *Sextortion, New Orleans,* February 2017

**Federal Bureau of Investigation,** *Violent Crimes Against Children Unit, Child/Adolescent Forensic Interview Training, Philadelphia, PA,* March 2016

**Federal Bureau of Investigation,** *First Responder Training, Supai, AZ,* October, 2015

**Four Corners Indian Country Conference,** *Cyber Crime in Indian Country: Presenting Evidence in the Child/Adolescent Forensic Interview, Durango, CO,* August, 2015

**Dallas Crimes Against Children Conference,** *Interviewing Child/Adolescent Victims of International Sex Tourism, Dallas, TX,* August, 2015

**The Children's Assessment Center and Houston-Metro Internet Crimes Against Children Task Force,** *Advanced Forensic Interviewing Skills: Utilizing Evidence Effectively in Cases Involving Internet Crimes Against Children and Commercially Sexually Exploited Juveniles, Houston, TX,* May, 2015

**FBI Indian Country Crimes Unit,** *Child/Adolescent Forensic Interviewing: Death Scene Investigations, Phoenix, AZ,* April, 2015

**Federal Bureau of Investigation,** *Violent Crimes Against Children Unit, Child/Adolescent Forensic Interview Training, Norman, OK,* March 2015

**31st International Symposium on Child Abuse,** *Interviewing Juvenile Sex Trafficking Victims, Huntsville, AL,* March, 2015

**Trinidad and Tobago Police Service,** *Child/Adolescent Forensic Interviews and Related Victim Services, Port of Spain, Trinidad,* November, 2014

**Government to Government Consultation & Conference,** *When the Child is a Victim: Strategies for Working Effectively with the Child/Adolescent Victim in Indian Country, Tulsa, OK,* September, 2014

**Southern Nevada Human Trafficking Task Force Conference 2014,** *Interviews of Commercially Sexually Exploited Juveniles, Las Vegas, NV,* September, 2014

**Federal Bureau of Investigation,** *Violent Crimes Against Children Unit, Child/Adolescent Forensic Interview Training, Norman, OK,* June 2014

**Federal Bureau of Investigation**, *Indian Country Child Forensic Interview Training, Guidelines for Child Interviews, National Advocacy Center, Columbia, SC,* March, 2014

**Federal Bureau of Investigation,** *First Responder Training, Supai, AZ,* February 2014

**Federal Bureau of Investigation, "***Presenting Evidence" and "Working with the Adolescent Victim/Witness", Oklahoma City Field Office,* December, 2013

**Bureau of Indian Affairs/Department of Justice,** *Investigating and Prosecuting Indian Country Sexual Assault Crimes, Phoenix, AZ and Albuquerque, NM,* January and February, 2013

**Regis University CSI Conference,** *Child/Adolescent Forensic Interviews and the FBI, Denver, CO,* October, 2012

**Federal Bureau of Investigation**, *Indian Country Child Forensic Interview Training, Guidelines for Child Interviews, , National Advocacy Center, Columbia, SC,* September, 2012

**Four Corners Indian Country Conference,** *Forensic Interviews of Victims with Communication and/or Cognitive Disabilities, Santa Fe, NM,* September, 2012

**Federal Bureau of Investigation,** *Juvenile Prostitution Forensic Interviewing Training, Dumfries, VA,* June 2012

**Federal Bureau of Investigation,** *First Responder Training, Dulce, NM,* April, 2012

**Denver Children's Advocacy Center**, *Child Interview Training, Interviewing Skills with the Child/Adolescent Victim, Denver, CO,* March, 2012

**Federal Bureau of Investigation, International Training and Assistance Unit, Quantico,** *Human Trafficking Course, Dumfries, VA,* February, 2012

**Federal Bureau of Investigation,** *Forensic Interviewing Clinic, Cyber/Innocent Images, Dumfries, VA,* January 2012

**Regis University CSI Conference,** *Child/Adolescent Forensic Interviews and the FBI, Denver, CO,* October, 2011

**Federal Bureau of Investigation,** *First Responder Training, White Mountain Apache,* September, 2011

**International Law Enforcement Academy,** *Interviewing Child Victims/Witnesses, Budapest, Hungary,* June, 2011

**Federal Bureau of Investigation,** *Forensic Interviewing Clinic, Cyber/Innocent Images, Potomac, MD,* February 2011 and May 2011

**Four Corners Indian Country Conference,** *Basic Child Interviewing Skills, Santa Fe, NM,* September, 2010

**Federal Bureau of Investigation**, *Indian Country Child Forensic Interview Training*, *Guidelines for Child Interviews, Albuquerque, NM,* August, 2010

**Wind River Native American Conference,** *Mandatory Reporting Child Abuse and When is it Appropriate to Interview, Lander, WY,* August, 2010

**Wyoming Crimes against Children Conference,** *Investigations Involving Compliant Teens, Basic Child Interviewing Skills, Cheyenne, WY*, May, 2010

**Denver Children's Advocacy Center**, *Child Interview Training, Interviewing Skills with the Child/Adolescent Victim, Denver, CO,* December, 2010

**Denver Domestic Violence Coordinating Council,** *Violence: How are our kids doing? Denver, CO,* June 2009

**Denver Children's Advocacy Center**, *Child Interviewing Skills: "Why won't they tell?" Working with the Reluctant Child Witness, Denver, CO,* April, 2009

**University of Denver,** Graduate School of Professional Psychology, Forensic Psychology, Field Instructor, 2008-2010

**Federal Bureau of Investigation**, *Indian Country Child Forensic Interview Training*, *Guidelines for Child Interviews, Albuquerque, NM,* August, 2008

**Denver Children's Advocacy Center**, *Child Interview Training, Interviewing Skills with the Child/Adolescent Victim, Denver, CO,* June 2008

**Wyoming Supreme Court Children's Justice Project/Guardian ad Litem Program**, *Basic Interviewing Skills with Children, Cheyenne, WY,* June 2008

**Denver Multidisciplinary Team,** *How to Successfully Use the Child Forensic Interview in your Investigation, Denver, CO,* October 2007

**Federal Bureau of Investigation**, *Indian Country Child Forensic Interview Training, Working Effectively with the Child Witness, Pierre, SD*, December, 2007

**Denver District Attorney's Office**, *Working Effectively with the Child Witness ,Denver, CO,* December, 2007

**West Virginia Children's Justice Task Force**, *Forensic Interviewing Skills with the Compliant Adolescent Victim*, October, 2007

**West Virginia Children's Justice Task Force**, *When a Child Dies: A Collaborative Response,* October, 2007

**Colorado Organization for Victims Assistance,** *Child Sexual Abuse Investigation, Panel Presentation, Denver, CO,* November, 2006

**Colorado District Attorney's Conference,** *Child Abuse; the Effective Use of Forensic Interviews in Prosecution, Breckenridge, CO,* September, 2006

**Colorado Coalition against Sexual Assault,** *The Impact of Sexual Abuse in Children, Denver, CO,* October, 2006

**VS2000**, Cross trainings for Denver Children's Advocacy Center attended by VS2000 agency affiliates, 2003-2009

**University of Denver**, Graduate School of Social Work, Field Instructor, 2001-2004

**CASA of Adams and Broomfield Counties**, Volunteer Trainings, *Broomfield, CO,* 2002-2005

**Adams County Department of Social Services,** *Presentations on Play Therapy* attended by Social Service workers, and graduating M.S.W. students, 1999-2003

## Coursework/Research

**Pathways from Childhood Trauma to Adolescent Violence**                October 2010

 *Denver University Graduate School of Social Work*    2 hrs
 *James Garbarino, PhD*

**Research Based Forensic Interviewing**    June 2007
 *Jefferson County Children's Alliance*    24 hrs
 Topics Included
- National Institute of Child Health and Human Development (NICHD) Interview Guidelines
- Children's Language Development
- Memory and Suggestibility

**CornerHouse Forensic Interview Training**    August 2006
 *CornerHouse*    24 hrs
 Topics Included
- RATAC Model
- Suggestibility
- Childhood Development Issues

**Advanced Forensic Interviewing of Children Alleging Abuse**    September 2004
 *Prevent Child Abuse, Inc.*    40 hrs
 Topics Included:
- Interview Techniques of Pre-School, Anxious, Reluctant & Mentally Challenged Victims
- Cultural Considerations
- Offender Dynamics & Process of Victimization

**Childhood Interrupted: The Impact of Adverse Experiences on the Developing Child**    April 2004
 *Dr. Jerry Yager and Dr. Gizane Indart*    8 hrs

**The Impact of Adverse Experiences on the Developing Child**    April 2003
 *Dr. Bruce Perry*    8 hrs

**Forensic Social Work Practice Assessment and Intervention with High-Risk Offenders**    March-May 2002
 *University of Denver, School of Social Work*    1Quarter

**Current Issues Facing Professionals Conducting Forensic/Investigative Interviews of Children**    January 2001
 *University of Denver, School of Social Work*    21 hrs

**Early Life Experience and Brain Development**    May 2001
 *University of Denver*    21 hrs

**Medical Aspects of Child Maltreatment**    October 2000
 *Kempe Children's Center*    8 hrs

**Separation, Placement and Reunification in Child Protective Services**    March 2000
 *University of Denver*    21 hrs

**The Effects of Abuse and Neglect on Child Development**    February 2000
 *University of Denver*    21 hrs

**Interviewing Skills with Latency Aged Children**    October 1999
 *University of Denver*    40 hrs

**Family-Centered Child Welfare**    September 1999
 *University of Denver*    21 hrs

Developed and proposed course curriculum, *Social Work with Children*, University of New England, School of Social Work, 1999

Thesis:  *Sibling Incest:  Understanding the Needs of Survivors,* 1999

## Conferences Attended

**Indian Nations Conference,** Palm Springs, CA                                December 2018

**Crimes Against Children Conference,** Dallas, TX                          August 2015

**Four Corners Indian Country Conference,** Santa Fe, NM            August, 2015

**31ˢᵗ International Symposium on Child Abuse,** Huntsville, AL       March, 2015

**Crimes Against Children Conference,** Dallas, TX                          August 2014

**Four Corners Indian Country Conference,** Santa Fe, NM            September, 2012

**Indian Nations Conference,** Palm Springs, CA                                December 2010

**Four Corners Indian Country Conference,** Santa Fe, NM            September, 2010

**Colorado Organization for Victim Assistance**, Keystone, CO        October 2008

**American Bar Association, Center for Children and the Law, CCTV and Recording Technology Grant Program,** Washington DC     August 2007

**Colorado Organization for Victim Assistance**, Keystone, CO        November 2006

**Beyond Finding Words, American Prosecutors Research Institute**, Indianapolis, IN                                                                                      August 2006

**Drug Endangered Children**, Denver, CO                                          June 2004

**14ᵗʰ International Conference on Child Abuse and Neglect, International Society for Prevention of Child Abuse and Neglect,** Denver, CO     July 2002

**Colorado Child Welfare Conference,** Keystone, CO                      May 2002

**Association for Play Therapy International Conference**, Portland, OR   October 2001

**Child Maltreatment Symposium,** Denver, CO                                 April 2001

**National Adolescent Perpetration Network Conference,** Denver, CO   February 2000