IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAKOTA MICHAEL HELLER,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court on the Government's Motion to Restrict Document Nos. 51 and 52 [Docket No. 50]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

    **ORDERED** that the Government's Motion to Restrict Document Nos. 51 and 52 [Docket No. 50] is granted. It is further

    **ORDERED** that Docket Nos. 51 and 52 shall be restricted under Level One Restriction until further order of this Court.

    DATED October 15, 2019.

                                               BY THE COURT:

                                               s/Philip A. Brimmer
                                               PHILIP A. BRIMMER
                                               Chief United States District Judge