**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. DAKOTA MICHAEL HELLER,

        Defendant.

---

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NOS. 67 AND 68**

---

United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Andrea Surratt, respectfully moves to restrict Document Nos. 67 and 68, any order revealing the contents of these documents, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 1" Restriction which would make the document, any order revealing the contents of these documents and the brief filed in support of this motion, "viewable by Parties & Court" only.

Dated this 15th day of October, 2019.

                    RESPECTFULLY SUBMITTED:

                    JASON R. DUNN
                    UNITED STATES ATTORNEY
                    DISTRICT OF COLORADO

By:    *s/ Patricia Davies & Andrea Surratt*
         Assistant United States Attorneys
         U.S. Attorney's Office
         1801 California Street, Suite1600
         Denver, CO. 80202
         Telephone (303) 454-0100
         Email: Patricia.Davies@usdoj.gov
                Andrea.Surratt@usdo.gov
         Attorneys for the Government