IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   19-cr-00224-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAKOTA HELLER,

      Defendant.

## MOTION TO RESTRICT ACCESS

Mr. Dakota Heller, Defendant, by and through undersigned counsel, Kelly Christl, Assistant Federal Public Defender, respectfully requests that Docket Nos. 71 and 72, including Defendant's Attachments A, B, C, D, and E to Docket No. 72, be restricted at Level 2.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender

      s/ Kelly Christl
      KELLY CHRISTL
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Kelly_Christl@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Patricia Davies, AUSA
Email: Patricia.Davies@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Dakota Heller           (via Mail)

s/ Kelly Christl_____
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Kelly_Christl@fd.org
Attorney for Defendant