IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAKOTA MICHAEL HELLER,

        Defendant.
_____

**MOTION TO EXCUSE THE PRESENCE OF LEAD
COUNSEL AT THE FINAL PRETRIAL CONFERENCE**
_____

        Kelly Christl, attorney for Dakota Heller, requests this Court excuse her presence at the final pretrial conference scheduled for October 25, 2019, at 11:00 a.m. In support:

        1.     Undersigned counsel is requesting this Court excuse her presence so that she may attend an out-of-state funeral. Undersigned counsel will be back and ready to begin trial on October 28, 2019.

        2.     Co-counsel on the case, Natalie Stricklin and Jacob Rash-Chabot, will be present and prepared to argue the remaining motions.

        3.     Undersigned counsel has been on trial before this Court earlier this year and is familiar with the Court's jury selection and trial procedures.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kelly.christl@fd.org
Attorney for Defendant


CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2019, I electronically filed the foregoing ***Motion to Excuse the Presence of Lead Counsel at the Final Pretrial Conference*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Patricia W. Davies, Assistant United States Attorney
Email: patricia.davies@usdoj.gov

Andrea L. Surratt, Assistant United States Attorney
Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Dakota Michael Heller  (via Mail)

s/Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kelly.christl@fd.org
Attorney for Defendant

2