**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  DAKOTA MICHAEL HELLER,

        Defendant.

___

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NOS. 83 AND 84**
___

        The United States of America, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Assistant United States Attorneys Patricia Davies and Andrea Surratt, hereby respectfully moves to restrict Document Nos. 83 and 84, and any order revealing the contents of these documents, for the reasons stated in the restricted brief filed in support of this motion (document no. 83).  The United States requests a "Level 1" Restriction which would limit the restricted access to the parties and the court only.

1

Dated this 21st day of October, 2019.

                RESPECTFULLY SUBMITTED,

                JASON R. DUNN
                UNITED STATES ATTORNEY
                DISTRICT OF COLORADO

By:   *s/ Patricia Davies & Andrea Surratt*
       Assistant United States Attorneys
       U.S. Attorney's Office
       1801 California Street, Suite1600
       Denver, CO. 80202
       Telephone (303) 454-0100
       Email: Patricia.Davies@usdoj.gov
              Andrea.Surratt@usdo.gov
       Attorneys for the Government

## CERTIFICATE OF SERVICE

  I hereby certify that on this 21st day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                   s/ *Amy McDaniel*
                   Amy McDaniel
                   Legal Assistant
                   U.S. Attorney's Office