**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DAKOTA MICHAEL HELLER,

    Defendant.

_____

**VERDICT FORM**

_____

**COUNT 1**

We, the jury, upon our oaths, unanimously find the Defendant, DAKOTA MICHAEL HELLER, in Count 1 of the Indictment:

    _____ Not Guilty

    _____ Guilty

                                               _____
                                               FOREPERSON

Dated this _____ day of _____, 2019.