IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No.  19-cr-00224-PAB                Date: October 23, 2019

Case Title: United States v. Dakota Michael Heller

GOVERNMENT'S WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| 1. Special Agent Philip Jones | October 28; 1.5 hours |
| 2. Gabe Kinzley | October 28-29; 1.25 hour |
| 3. "Christopher" | October 29; 2 hours |
| 4. David Wolf | October 29; 1.5 hours |
| 5. Nate Goodman | October 29; 45 minutes |
| 6. Nate Ferguson | October 30; 45 minutes |
| 7. Taryn McElvany | October 30; 30 minutes |
| 8. Michael Helling | October 30; 30 minutes |
| 9. Kari Quesada | October 30; 45 minutes |
| 10. Karen Blackwell | October 30; 2 hours (Rebuttal) |

_____                    _____

_____                    _____

_____                    _____

_____                    _____