IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-CR-00224-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DAKOTA MICHAEL HELLER,

       Defendant.

_____

**DEFENDANT'S PROPOSED JURY INSTRUCTION**
_____

## DEFENDANT'S INSTRUCTION No. 9

## SEXUAL CONTACT WITHOUT PERMISION

The defendant, DAKOTA HELLER, is charged in the Indictment with knowingly engaging in sexual contact with another person without that person's permission, within the special aircraft jurisdiction of the United States.  In order for you to find the defendant, DAKOTA HELLER, guilty of this charge, the Government must prove each of the following elements beyond a reasonable doubt:

1.      The defendant, DAKOTA HELLER, knowingly engaged in sexual contact with CHRISTOPHER;

2.      At the time the defendant, DAKOTA HELLER, engaged in the sexual contact, he knew he did not have CHRISTOPHER's permission for the sexual contact;

3.      The offense was committed within the special aircraft jurisdiction of the United States.

If you find from your consideration of all the evidence that the Government has proved each of these elements beyond a reasonable doubt, then you should find the defendant, DAKOTA HELLER, guilty.

If, on the other hand, you find from your consideration of all the evidence that the Government has failed to prove any one of these elements beyond a reasonable doubt, then you should find the defendant, DAKOTA HELLER, not guilty.

18 U.S.C. § 2244(b); *See, e.g.*, *Rehaif v. United States*, 139 S. Ct. 2191 (2019) ("[W]e normally read the statutory term 'knowingly' as applying to all the subsequently listed elements of the crime.").