IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No. 19-cr-00224-PAB           Date: October 28-30, 2019

Case Title: United States v. Dakota Michael Heller

DEFENDANT'S WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Harmony Kilgore | October 30, 2019; 30 minutes |
| Josh Korac | October 30, 2019; 30 minutes |
| Rivka Morgan-Sherman | October 30, 2019; 15 minutes |