CASE CAPTION:   United States v. Dakota Michael Heller

CASE NO.:   19-cr-00224-PAB

EXHIBIT LIST OF:   Defendant
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| A | Gabriel Kinzley | Audio: FBI interview with Gabe Kinzley (INV_046) | | | | | |
| B | Christopher | Audio: FBI interview with Christopher (INV_047) | | | | | |
| C | Christopher | Audio: FBI 2nd interview with Christopher (INV_142) | | | | | |
| D | Christopher | Venmo report | | | | | |
| E | Christopher | Venmo report – redacted | | | | | |
| F | Christopher | Text messages between Dakota Heller and Christopher (SUB_002 – SUB_030) | | | | | |
| G | Christopher | Text messages between Dakota Heller and Christopher (INV_053) | | | | | |
| H | Christopher | Birthday party photo | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |