IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAKOTA MICHAEL HELLER,

    Defendant.

---

**GOVERNMENT'S PROPOSED ALTERNATIVE JURY INSTRUCTION NO. 9**

---

The United States, by and through the undersigned counsel, submits an alternative proposed jury instruction #9 for the Court's consideration at the Trial Preparation Conference in this matter.[1]

---

[1] The government provided a copy of this alternative proposed instruction # 9 via email to defendant's counsel on October 24, 2019.

## GOVERNMENT'S [ALTERNATIVE] INSTRUCTION No. 9
## SEXUAL CONTACT WITHOUT PERMISION

The defendant, DAKOTA HELLER, is charged in the Indictment with sexual contact with another person without that person's permission, within the special aircraft jurisdiction of the United States.  In order for you to find the defendant, DAKOTA HELLER, guilty of this charge, the Government must prove the following elements beyond a reasonable doubt:

1. The defendant, DAKOTA HELLER, knowingly engaged in sexual contact with CHRISTOPHER;
2. At the time that the defendant, DAKOTA HELLER, engaged in the sexual contact, he knew he had not obtained CHRISTOPHER's permission for the sexual contact; and
3. The offense was committed within the special aircraft jurisdiction of the United States.

If you find from your consideration of all the evidence that the Government has proved each of these elements beyond a reasonable doubt, then you should find the defendant, DAKOTA HELLER, guilty.

If, on the other hand, you find from your consideration of all the evidence that the Government has failed to prove any one of these elements beyond a reasonable doubt, then you should find the defendant, DAKOTA HELLER, not guilty.

18 U.S.C. § 2244(b).

Respectfully submitted this 25th day of October, 2019,

        JASON R. DUNN
        UNITED STATES ATTORNEY
        DISTRICT OF COLORADO

        By:   *s/ Patricia Davies & Andrea Surratt*
        Assistant United States Attorneys
        U.S. Attorney's Office
        1801 California Street, Suite1600
        Denver, CO. 80202
        Telephone (303) 454-0100
        Email: Patricia.Davies@usdoj.gov
                Andrea.Surratt@usdo.gov
        Attorneys for the Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        s/ *Amy McDaniel*
        Amy McDaniel
        Legal Assistant
        U.S. Attorney's Office