IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No.   19-cr-00224-PAB              Date:  October 28-30, 2019

Case Title:  United States v. Dakota Michael Heller

DEFENDANT'S *AMENDED* WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Harmony Kilgore | October 30, 2019; 30 minutes |
| Josh Korac | October 30, 2019; 30 minutes |
| Rivka Morgan-Sherman | October 30, 2019; 15 minutes |
| Susan Burchett | October 30, 2019; 50 minutes |