IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

| | |
|---|---|
| Criminal Action No.:  19-cr-00224-PAB | Date:   October 25, 2019 |
| Courtroom Deputy:  Bernique Abiakam | Court Reporter:   Janet Coppock |

| _Parties:_ | _Counsel:_ |
|---|---|
| UNITED STATES OF AMERICA, | Patricia Davies |
|  | Andrea Surratt |
| Plaintiff, | |
| v. | |
| 1. DAKOTA MICHAEL HELLER, | Natalie Stricklin |
|  | Jacob Rasch-Chabot |
| Defendant. | |

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**11:32 a.m.     Court in session.**

Court calls case.  Appearances of counsel.  Special Agent Philip Jones present for the Government.  Defendant present on BOND.

Preliminary remarks by the Court.

Argument heard on Doc. No. 73.

| | |
|---|---|
| 11:35 a.m. | Argument heard by Ms. Davies (the Government). |
| 11:37 a.m. | Argument heard by Mr. Rasch-Chabot (Defense counsel). |
| 11:38 a.m. | Comments and ruling by the Court. |

**ORDERED:**  Motion to Admit Evidence Pursuant To Fed. R. Evid  412( c )(1) [Filed 10/15/19; Doc. No. 73] is GRANTED.

**The Court states that counsel and parties should be prepared to begin at 8:00 a.m. on Monday, October 28, 2019.**

**ORDERED:   Witnesses will be sequestered.**

Discussion regarding trial schedule, jury selection of 13 jurors – includes 1 alternate, proposed jury instruction, voir dire - counsel limited to 15 minutes per side, but may be given up to 25 minutes if time allows, Batson challenge, opening statements limited to 30 minutes per side if time allows, witnesses, courtroom/trial etiquette and expectations, and exhibits.

The Court states that the first discussion of Jury Instructions will be held on Monday, October 28, 2019 at 5:15 p.m.

Defendant's BOND is CONTINUED.

**12:46 p.m.     Court in recess.**
Hearing concluded.
Total in-court time:    01:14