# Attachment 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAKOTA MICHAEL HELLER,

    Defendant.

## AFFIDAVIT

I, Dakota Michael Heller, swear and affirm the following information is true:

1. I was a regular member of the Cornerstone Church in Boulder, CO, from 2011 to 2019.

2. Kari Quesada, Brian Carlucci, and Gabe Kinzley are pastors at the Cornerstone Church.

3. Through my experience with the church, I became friends with Kari, Brian, and Gabe.

4. I always went to Kari, Brian, and Gabe for spiritual guidance about my personal issues because they were pastors with the church.

5. I confided in the pastors at Cornerstone about my personal issues and sought their guidance because I thought my communications with them would be confidential. I never expected that they would ever disclose any of these communications with anybody else.

6. David Wolf, Nate Ferguson, and Peter Hart were my roommates at a house owned by Gabe Kinzley. All of us were members of the church and the residence served as unofficial church housing.

7. My relationship with David, Nate, and Peter was different than my relationship with Kari, Brian, and Gabe. David, Nate, Peter, and I were roommates and friends, and we mutually shared and helped each other through our personal issues. I regularly confided in Kari, Brian, and Gabe and sought their spiritual guidance because they were pastors at the church; they did not confide in me with their personal issues as friends would, as David, Nate, and Peter did.

8. On January 16, 2019, Kari, Brian, Gabe, David, Nate, Peter, and my mother came to my house. I believed that they were there to help me and provide me with spiritual guidance. They were all people I had previously discussed personal issues with, including my struggle with same-sex attraction. I believed that anything I told them would not be shared with anyone else not in the room.

Respectfully submitted,

_____   10-25-2019
Dakota Michael Heller           Date

State of Colorado     )
County of Denver      )

Subscribed and sworn to before me on this 25th day of October, 2019.

_____Juanita E. West_____ NOTARY PUBLIC

My Commission Expires: 11-6-2022

JUANITA E WEST
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144024393
MY COMMISSION EXPIRES NOVEMBER 6, 2022

2