IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Action No.:  19-cr-00224-PAB          Date:   October 28, 2019
Courtroom Deputy:    Sabrina Grimm             Court Reporter:  Janet Coppock

_Parties:_                                      _Counsel:_

UNITED STATES OF AMERICA,                       Patricia Davies
                                                Andrea Surratt

    Plaintiff,

v.

1.  DAKOTA MICHAEL HELLER,                      Kelly Christl
                                                Natalie Stricklin

    Defendant.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 1**

**8:05 a.m.**          **Court in session.**

Appearances of counsel.  Defendant is present on bond.

Also present and seated at Government's counsel table, FBI Special Agent Philip Jones.

Discussion regarding alternate jurors, witness sequestration, opening statements limited to 30 minutes, witness list, and confrontation audio.

**ORDERED:  Government's Motion to Exempt Victim from Witness Sequestration Order [103] is GRANTED.**

**ORDERED:  The Government's paralegal, Mr. Mike Price is permitted to remain in the courtroom, as discussed.**

Defense tenders a jury instruction to the Court.

**8:17 a.m.**          **Court in recess.**
**8:58 a.m.**          **Court in session.**

Jurors present.  31 jurors seated in the jury box.

Court's preliminary remarks and introduction of staff, counsel, and parties.

All jurors sworn for voir dire.

Statement by the Court.

9:14 a.m.          Voir dire by the Court.

**10:08 a.m.          Court in recess.**
**10:28 a.m.          Court in session.**

Voir dire by the Court continues.

11:08 a.m.          Voir dire by Ms. Surratt

11:25 a.m.          Voir dire by Ms. Stricklin.

11:44 a.m. to 11:50 a.m.          Bench conference:  Defendant's oral motion to excuse
jurors 100392557, 100380530, 100406197, 100413459,
100421459, 100383504, 100394736, and 100391247.  The
motion is denied as to jurors 100394736 and 100383504
and granted as to the remaining jurors.

11:56 a.m.          Voir dire by the Court.

12:12 p.m.          Voir dire by Ms. Surratt.

12:16 p.m.          Voir dire by Ms. Stricklin

12:17 p.m. to 12:20 p.m.          Bench conference:  Government's oral motion to excuse
jurors 100380766 and 100417496 is GRANTED.
Defendant's oral motion to excuse juror 100420777 is
GRANTED.

Voir dire by the Court.

12:32 p.m.          Voir dire by Ms. Surratt.

12:35 p.m.          Voir dire by Ms. Stricklin.

12:38 p.m. to 12:39 p.m.          Bench conference:  Counsel pass jury for cause.

2

Jurors excused for cause:

1) 100386313
2) 100406723
3) 100415073
4) 100386049
5) 100392557
6) 100380530
7) 100406197
8) 100413549
9) 100391247
10) 100421459
11) 100380766
12) 100420777
13) 100417496

Government's challenges:

1) 100389638
2) 100383504
3) 100422286

Defendant's challenges:

1) 100387061
2) 100394736
3) 100397799
4) 100388295
5) 100389687
6) 100421792
7) 100405148
8) 100417447
9) 100382560
10) 100383243
11) 100395820

12:52 p.m.      Thirteen jurors selected to try the case:

1) 100405130
2) 100382471
3) 100393914
4) 100415145
5) 100422112
6) 100387933
7) 100415042

8)  100384841
9)  100405407
10) 100404614
11) 100400182
12) 100413078
13) 100384113

Jury panel sworn.

Court instructs jurors.  Jurors excused.

**1:00 p.m.        Court in recess.**
**2:34 p.m.        Court in session.**

**ORDERED:    Defendant's Motion to Reconsider Order Denying Defendant's Motion In Limine [104] is DENIED.**

2:37 p.m.        Jurors present.

Preliminary jury instruction read by the Court.

2:45 p.m.        Government's opening statement by Ms. Davies.

2:56 p.m.        Defendant's opening statement by Ms. Christl.

Government's witness, Christopher, sworn.

3:14 p.m.        Direct examination of Christopher by Ms. Davies.

**Government's Exhibits 22, 23, 24, 26, 28, and 25 are admitted.**

3:39 p.m. to 3:43 p.m.            Bench conference.

Jurors excused.

**3:47 p.m.        Court in recess.**
**4:04 p.m.        Court in session.**

Jurors present.

Continued direct examination of Christopher by Ms. Davies.

4:23 p.m. to 4:24 p.m.            Bench conference.

4

**Government's Exhibit 6 is admitted.**

4:46 p.m.        Cross examination of Christopher by Ms. Christl.

Court instructs jurors.  Jurors excused until October 29, 2019 at 8:30 a.m.

**5:01 p.m.        Court in recess.**
**5:17 p.m.        Court in session.**

Discussion regarding objections to exhibits and jury instructions.

**6:23 p.m.        Court in recess.**

Trial continued.
Total in-court time:   7:10