IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 19-cr-00224-PAB | Date: October 29, 2019 |
| Courtroom Deputy: Sabrina Grimm | Court Reporter: Janet Coppock |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Patricia Davies |
| | Andrea Surratt |
| Plaintiff, | |
| v. | |
| 1. DAKOTA MICHAEL HELLER, | Kelly Christl |
| | Natalie Stricklin |
| Defendant. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 2**

**8:44 a.m.        Court in session.**

Appearances of counsel.

Also present and seated at Government's counsel table, FBI Special Agent Philip Jones. Defendant is present on bond.

Discussion regarding scheduling.

8:49 a.m.        Jurors present.

8:50 a.m.        Continued cross examination of Christopher by Ms. Christl.

Reference to an audio recording of an interview with Christopher (00:28-4:00, 7:01-7:30, 5:27-5:41).

**Exhibits E, H, and F are admitted.**

Jurors excused.

**9:55  a.m.**       **Court in recess.**
**10:11 a.m.**       **Court in session.**

Jurors present.

10:13 a.m.       Redirect examination of Christopher by Ms. Davies.

Reference to an audio recording of an interview with Christopher (Exhibit B 30:00-30:50, Exhibit C 5:47-6:17)

Government's witness, Special Agent Philip Jones, sworn.

10:53 a.m.       Direct examination of Agent Jones by Ms. Surratt.

**Exhibits 200, 201, 4, and 5 are admitted.**
**Exhibit 3, as redacted, is admitted.**
**Exhibit 7 is refused.**

11:39 a.m.       Cross examination of Agent Jones by Ms. Christl.

12:00 p.m. to 12:01 p.m.       Bench conference.

Court instructs jurors.  Jurors excused.

**12:02 p.m.**       **Court in recess.**
**1:33 p.m.**        **Court in session.**

Jurors present.

Discussion regarding scheduling in light of the weather.

1:35 p.m.       Continued cross examination of Agent Jones by Ms. Christl.

1:41 p.m.       Redirect examination of Agent Jones by Ms. Surratt.

1:42 p.m. to 1:43 p.m.       Bench conference.

Continued redirect examination of Agent Jones by Ms. Surratt.

Government's witness, Gabriel Kinzley, sworn.

1:46 p.m.       Direct examination of Mr. Kinzley by Ms. Davies.

**Exhibits 20 and 21 are admitted.**

2:30 p.m.    Cross examination of Mr. Kinzley by Ms. Stricklin.

Reference to the audio recording of an interview with Mr. Kinzley (12:05-12:23).

2:52 p.m.    Redirect examination of Mr. Kinzley by Ms. Davies.

Jurors excused.

Discussion regarding scheduling.

**3:00 p.m.    Court in recess.**
**3:19 p.m.    Court in session.**

Jurors present.

Government's witness, David Wolf, sworn.

3:21 p.m.    Direct examination of Mr. Wolf by Ms. Surratt.

**Exhibits 203, 61A, 61B, 61C, 61D, 61E, 61F, 61H, are admitted.**
Exhibit 62 is handed to the jury for viewing only.

Ms. Stricklin states there is no cross examination on behalf of the Defendant.

Court instructs jurors. Jurors excused until October 30, 2019 at 8:30 a.m.

**4:01 p.m.    Court in recess.**
**4:20 p.m.    Court in session.**

Discussion regarding jury instructions.

**4:55 p.m.    Court in recess.**

Trial continued.
Total in-court time:   5:46