IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.:  19-cr-00224-PAB | Date:   October 30, 2019 |
| Courtroom Deputy:    Sabrina Grimm | Court Reporter:  Janet Coppock |

_Parties:_                                                          _Counsel:_

UNITED STATES OF AMERICA,                     Patricia Davies
                                                                  Andrea Surratt


        Plaintiff,

v.

1.  DAKOTA MICHAEL HELLER,                   Kelly Christl
                                                                  Natalie Stricklin


        Defendant.

---

## COURTROOM MINUTES

---

**JURY TRIAL – DAY 3**

**8:35 a.m.        Court in session.**

Appearances of counsel.  Defendant is present on bond.

Jurors present.

Government's witness, Nathanial Goodman, sworn.

8:39 a.m.        Direct examination of Mr. Goodman by Ms. Surratt.

8:49 a.m.        Cross examination of Mr. Goodman by Ms. Stricklin.

Government's witness, Kari Quesada, sworn.

8:54 a.m.        Direct examination of Ms. Quesada by Ms. Surratt.

**Exhibits 40, 41, 42, 43 are admitted.**

9:14 a.m. to 9:18 a.m.           Bench conference.

9:18 a.m.        Cross examination of Ms. Quesada by Ms. Stricklin.

9:34 a.m.        Redirect examination of Ms. Quesada by Ms. Surratt.

9:38 a.m. to 9:40 a.m.        Bench conference.

Jurors excused.

Argument by counsel regarding defendant's case, whether Ms. Blackwell will testify, and objections to Ms. Blackwell's testimony.

Objections ruled upon by the Court, as stated on record.

**ORDERED:   Defendant's oral motion to reconsider the Rule 702 motion regarding Ms. Blackwell's opinions is DENIED, for reasons stated on record.**

**10:15 a.m.        Court in recess.**
**10:27 a.m.        Court in session.**

Jurors present.

Government rests.

10:29 a.m. to 10:30 a.m.        Bench conference:  Defendant's Rule 29 motion.

**ORDERED:   Defendant's oral motion for judgment of acquittal pursuant to Rule 29 is DENIED.**

Defendant's witness, Harmony Kilgore, sworn.

10:31 a.m.        Direct examination of Ms. Kilgore by Ms. Christl.

10:40 a.m.        Cross examination of Ms. Kilgore by Ms. Davies.

10:47 a.m.        Redirect examination of Ms. Kilgore by Ms. Christl.

Defendant's witness, Susan Burchett, sworn.

10:52 a.m.        Direct examination of Ms. Burchett by Ms. Stricklin.

10:57 a.m. to 10:59 a.m.        Bench conference.

11:00 a.m.        Cross examination of Ms. Burchett by Ms. Surratt.

11:08 a.m.        Redirect examination of Ms. Burchett by Ms. Stricklin.

2

Defense rests.

Government's witness, Karen Blackwell, sworn for rebuttal.

11:13 a.m.        Direct examination of Ms. Blackwell by Ms. Davies.

11:37 a.m.        Cross examination of Ms. Blackwell by Ms. Stricklin.

Jurors excused.

Court will reconvene at 12:10 p.m. to discuss jury instructions.

**12:02 p.m.        Court in recess.**
**12:14 p.m.        Court in session.**

Also present and seated at Defendant's counsel table, attorney Jacob Rasch-Chabot.
Discussion regarding jury instructions.

**12:31 p.m.        Court in recess.**
**1:31 p.m.        Court in session.**

Jurors present.

1:33 p.m.        Redirect examination of Ms. Blackwell by Ms. Davies.

Government witness, Gabriel Kinzley, recalled for rebuttal.

1:38 p.m.        Direct examination of Mr. Kinzley by Ms. Davies.

1:43 p.m.        Cross examination of Mr. Kinzley by Ms. Stricklin.

**1:48 p.m.        Evidence is closed.**

1:48 p.m. to 1:50 p.m.        Bench conference: Defendant's renewed Rule 29 motion.

**ORDERED:   Defendant's renewed oral motion for judgment of acquittal pursuant to Rule 29 is DENIED.**

Jury instructions read to jurors by the Court.

2:11 p.m.        Government's closing argument by Ms. Surratt.

2:38 p.m.        Defendant's closing argument by Ms. Christl.

Jurors excused

**3:19 p.m.**       **Court in recess.**
**3:32 p.m.**       **Court in session.**

Jurors present.

3:33 p.m.       Government's closing rebuttal argument by Ms. Davies.

Court Security Officer sworn.

Court instructs jurors.  Jurors excused to begin deliberations.

Court confirms admitted exhibits with counsel.

**4:11 p.m.**       **Court in recess.**
**5:00 p.m.**       **Court in session.**

Jurors present.

Court instructs jurors.  Jurors excused until October 31, 2019 at 8:30 a.m.

**5:05 p.m.**       **Court in recess.**

Trial continued.
Total in-court time:    6:04