IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.:  19-cr-00224-PAB | Date:   October 31, 2019 |
| Courtroom Deputy:   Emily Buchanan | Court Reporter:  Janet Coppock |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Patricia Davies |
| | Andrea Surratt |
| Plaintiff, | |
| v. | |
| 1.  DAKOTA MICHAEL HELLER, | Kelly Christl |
| | Natalie Stricklin |
| Defendant. | |

## COURTROOM MINUTES

### JURY TRIAL – DAY 4

9:01 a.m.        Jurors are present and resume their deliberations.

**10:58 a.m.      Court in session.**

Appearances of counsel.  Defendant is present on bond.

Jury not present.

The Court has received a question from the jury.

Court reads the jury's question and its proposed answer.

Statements by counsel.

**11:03 a.m.      Court in recess.**
**1:55 p.m.        Court in session.**

Jury not present.

The Court has received a question from the jury.

Court reads the jury's question and its proposed answer.

Statements by counsel.

**1:57 p.m.      Court in recess.**
**3:03 p.m.      Court in session.**

Jury not present.

The Court has received a question from the jury.

Court reads the jury's question.

Government proposes that the Court give a modified-Allen instruction.

Defendant asks the Court to hang the jury and objects to the modified-Allen instruction.

Statements by counsel.

Court overrules defendant's objection and will omit the second paragraph.  Court will bring in the jury and read the remainder of the 10th Circuit Pattern Instruction 1.42.

3:16 p.m.      Jury present.

Court instructs the jury.

3:19 p.m.      Jury excused to resume their deliberations.

**3:20 p.m.      Court in recess.**
**4:16 p.m.      Court in session.**

Jury present.

Court instructs jurors.  Jurors excused until November 1, 2019 at 8:30 a.m.

**4:19 p.m.      Court in recess.**

Trial continued.
Total in-court time:     00:27