Can we see or hear the testimony from Christopher when they were on the plane.

Both the government questioning and the defense.

As the Court noted in the preliminary jury instruction:

"a typewritten copy of the testimony will not be available for your use during deliberations"

Similarly, an audio recordings of his testimony is not available for your use.

Judge Brimmer

In instruction 13 we believe the first paragraph which states the US code & is in somewhat of a conflict with what you have asked the jury to consider. What you have asked us to consider in the "second" element

How are we to proceed with our application of the law in this verdict?

---

The first paragraph of Instruction No. 13 contains a general description of § 2244(b).

As noted in the instruction, in order to find the defendant guilty of that crime, you must find that the government has proved each of the listed elements beyond a reasonable doubt.

                                            Judge Brimmer

We cannot come to a unanimous decision.

What do we need to do?