IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Action No.:  19-cr-00224-PAB      Date:  November 1, 2019
Courtroom Deputy:   Emily Buchanan/Sabrina Grimm      Court Reporter:  Janet Coppock

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Patricia Davies |
| | Andrea Surratt |
| Plaintiff, | |
| v. | |
| 1.  DAKOTA MICHAEL HELLER, | Kelly Christl |
| | Natalie Stricklin |
| Defendant. | |

---

**COURTROOM MINUTES**

---

**JURY TRIAL – DAY 5**

8:33 a.m.      Jurors are present and resume their deliberations.

**10:49 a.m.      Court in session.**

Appearances of counsel.  Defendant is present on bond.

The Court has received a question from the jury.

Court reads the jury's question and its answer.

Counsel provide their proposed answers.

**10:57 a.m.      Court in recess.**
**3:55 p.m.      Court in session.**

The Court has received a note from the jury.

Court reads the jury's question.

Counsel provide their proposed answers.

**ORDERED:   Government's request to speak with jurors is GRANTED.**

**ORDERED:   Defendant's oral motion for a mistrial is GRANTED.**

3:57 p.m. to 4:01 p.m.          Bench conference.

4:02 p.m.        Jurors present.

Jurors are released.

Terms and conditions of bond remain in effect.

**4:07 p.m.        Court in recess.**

Trial concluded.
Total in-court time:   00:20