What is the dictionary definition of

① permission

② consent

You should apply your common understanding of the terms "permission" and "consent" as used in these instructions.

Judge Brimmer

We are not able to come to a unanimous decision. We don't believe that we can get past this.