**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. DAKOTA MICHAEL HELLER,

       Defendant.

---

**GOVERNMENT'S NOTICE OF INTENT TO RE-TRY DEFENDANT AND
SPEEDY TRIAL ACT CALCULATION IN RESPONSE TO COURT ORDER
(Document # 115)**

---

      The United States of America, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Assistant United States Attorneys Patricia Davies and Andrea Surratt, hereby provides notice, in response to the Court's Order at Document # 115, that the Government intends to re-try the defendant Dakota Heller in this matter.

      Additionally, the government submits that pursuant to 18 U.S.C. § 3161(e), the retrial in this matter should commence within 70 days from the date the action occasioning the retrial becomes final, in this case 70 days from November 1, 2019, or by January 10, 2020.[1]

---

[1] The Speedy Trial Act also provides that the court retrying the case may extend the period for retrial not to exceed 180 days from the date the action occasioning the retrial becomes final if unavailability of witnesses or other factors resulting from the passage of time shall make the trial within 70 days impractical. 18 U.S.C. § 3161(e).

Dated this 8th day of November, 2019.

                RESPECTFULLY SUBMITTED,

                JASON R. DUNN
                UNITED STATES ATTORNEY
                DISTRICT OF COLORADO

By:   *s/ Patricia Davies & Andrea Surratt*
       Assistant United States Attorneys
       U.S. Attorney's Office
       1801 California Street, Suite1600
       Denver, CO. 80202
       Telephone (303) 454-0100
       Email: Patricia.Davies@usdoj.gov
              Andrea.Surratt@usdo.gov
       Attorneys for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of November, 2019, I electronically filed the foregoing **GOVERNMENT'S NOTICE OF INTENT TO RE-TRY DEFENDANT AND SPEEDY TRIAL ACT CALCULATION IN RESPONSE TO COURT ORDER (Document # 115)** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

      s/ *Amy McDaniel*
      Amy McDaniel
      Legal Assistant
      U.S. Attorney's Office