IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DAKOTA MICHAEL HELLER,

       Defendant.
_____

### SPEEDY TRIAL ACT CALCULATION
_____

       Dakota Michael Heller, through counsel, files the following speedy trial calculation pursuant to the Court's order at ECF No. 115.

       Mr. Heller agrees with the government's calculation. The trial shall commence within 70 days from the date of the mistrial, pursuant to 18 U.S.C. § 3161(e). That date is January 10, 2020.

                    Respectfully submitted,

                    VIRGINIA L. GRADY
                    Federal Public Defender


                    s/Kelly Christl
                    KELLY CHRISTL
                    Assistant Federal Public Defender
                    633 17th Street, Suite 1000
                    Denver, CO  80202
                    Telephone:  (303) 294-7002
                    FAX:  (303) 294-1192
                    kelly.christl@fd.org
                    Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 12, 2019, I electronically filed the foregoing ***Speedy Trial Act Calculation*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Patricia W. Davies, Assistant United States Attorney
Email: patricia.davies@usdoj.gov

Andrea L. Surratt, Assistant United States Attorney
Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Dakota Michael Heller  (via Mail)

s/Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kelly.christl@fd.org
Attorney for Defendant