# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. DAKOTA MICHAEL HELLER,

       Defendant.

---

## GOVERNMENT'S NOTICE REGARDING PROPOSED EXPERT TESTIMONY DURING DECEMBER 16, 2019 RETRIAL
_____

The United States of America, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Assistant United States Attorneys Patricia Davies and Andrea Surratt, hereby provides notice regarding proposed expert testimony during the retrial scheduled for December 16, 2019. The Government has provided a summary of the anticipated expert testimony to the defendant. (*See* Attachment A).

Dated: November 15, 2019

                                      RESPECTFULLY SUBMITTED,

                                      JASON R. DUNN
                                      UNITED STATES ATTORNEY
                                      DISTRICT OF COLORADO

       By:    <u>*s/ Patricia Davies & Andrea Surratt*</u>
                Assistant United States Attorneys
                U.S. Attorney's Office
                1801 California Street, Suite1600
                Denver, CO 80202
                Telephone (303) 454-0100
                Email: Patricia.Davies@usdoj.gov
                            Andrea.Surratt@usdo.gov
                Attorneys for the Government