

**U.S. DEPARTMENT OF JUSTICE**

**JASON R. DUNN**
*United States Attorney*
*District of Colorado*

*1801 California Street, Suite 1600    (303) 454-0100*
*Denver, Colorado 80202        FAX (303) 454-0400*

November 15, 2019                    *Via Electronic Mail*

Kelly D. Christl, Esq.
Natalie Stricklin, Esq.
Federal Public Defender's Office-Denver
633 17th Street, Suite 1000
Denver, CO 80202

     Re:    <u>*United States v. Dakota Michael Heller*</u>
            Case No. 19-cr-00224-PAB

Dear Counsel:

    Pursuant to the Federal Rules of Criminal Procedure, Rule 16(a)(1)(G) and Rules 702, 703, and 705 of the Federal Rules of Evidence, we provide this written summary of the anticipated testimony of Karen Blackwell and Dr. George Sam Wang, who are experts or witnesses with specialized knowledge in the respective areas outlined below. As to Ms. Blackwell, this summary contains information previously provided to you by letter dated September 13, 2019, with additional testimony anticipated from Ms. Blackwell identified in italics.  Some of the information regarding Ms. Blackwell's testimony from the September 13, 2019 letter has been omitted, as we do not plan to elicit it at the December 16, 2019 re-trial.

    Copies of *curriculum vitae* for each witness are included with this letter.

**<u>Karen Blackwell, MSW, LCSW</u>**

    FBI Child and Adolescent Forensic Interviewer Karen Blackwell has specialized knowledge regarding two areas of expertise relevant to child sexual abuse cases: 1) the process of victimization, and 2) the process of disclosure.  She has gained this specialized knowledge through her education, studies, review of the literature, training which includes hands-on forensic interview training, and the thousands of forensic interviews that she has personally conducted.  Ms. Blackwell's training also includes, but is not limited to, training regarding memory, linguistics, and child development.  Ms. Blackwell's testimony may include the following areas relevant to this case:

    1)  *Child sexual abuse victims may respond during the sexual abuse incident in various ways, including, by exhibiting a "frozen" response, and up to and including verbal and physical resistance to the abuse. A victim's response to sexual abuse may be influenced by various factors including, the prior relationship between victim and*

*perpetrator, the victim's physical and mental state during the incident, the relative naiveté of the victim, and the setting and circumstances of the abuse incident.*

2)   *A child's body may be manipulated during the sexual abuse so that physiological signs of sexual arousal result (i.e., a male child's erect penis or ejaculation, signs of arousal from a female child victim) even though the incident is sexual abuse.  This physical reaction often impacts the disclosure process.*

3)   Child sexual abuse victims often have a difficult time reporting details of the sexual abuse.  This is true with respect to adults and is even more true with respect to children.  The difficulty in the disclosure process can be affected by any number of factors, including the child's age, gender, culture, and emotional factors, such as shame and fear.

4)   Child sexual abuse victims may often delay their disclosures, and/or give partial disclosures. These occurrences can be due to any number of factors.  Failure to disclose and/or partial disclosure may be a coping mechanism for the child.

5)   Child sexual abuse victims may delay disclosure based upon their concern regarding the possible effect of the disclosure, including fear of what might happen to themselves or the offender as a result of disclosing.  Longer delays in disclosure are commonly associated with two factors: the relationship between the victim and the perpetrator, and the degree to which the child feels responsible for the abuse.

6)   The process of grooming a child for sexual purposes includes six different components.  The Behavioral Analysis Unit of the FBI defines grooming as a "dynamic process utilizing a constellation of behaviors aimed at gaining the cooperation of the child to achieve sexual gratification for the offender and/or others."  The process of grooming a child includes identifying a potential target, establishing a connection, gathering more information, filling needs and exploiting vulnerabilities, lowering inhibitions and finally, preserving the process.  Behaviors by persons who commit sexual offenses against children fall upon a spectrum, from situational offenders (impulsive or opportunistic) to preferential offenders (those with a sustained pattern of sexual arousal to children).

a.   The process of grooming has a powerful impact on children, their families, and community.  Grooming sets the stage for sexual abuse to occur, supports the continued abuse of a victim, and prevents or delays disclosure, which protects the offender from discovery. The more effective the grooming process, the less likely the child will disclose.

b.   "Identifying a potential target" is how an offender chooses his victims, including characteristics of the child that the offender is seeking that may include developmental factors, physical factors, age, sex, social skills, and vulnerability factors.

c.      "Establishing a connection" is how an offender establishes a relationship with the victim, which may include a relationship of love, trust, power or control, or any combination.  The relationship may be a positive one or a negative one, but it is an influence over the child.

d.      Grooming techniques can include giving a child gifts and support, treating a child as special, isolating a child from his/her social support, communicating through private and/or secret channels.  Since grooming behaviors are also developed and utilized to prevent disclosure, an offender's true intentions may not be revealed for a long time, if ever.

Ms. Blackwell's testimony and opinions are based on her education, training, and extensive experience in this field, as well as her review of memoranda of interviews and other investigative materials in this case.

## Dr. George Sam Wang, MD FAAP FAACT

Dr. George Sam Wang has specialized knowledge in the field of toxicology and pediatric medicine.  In particular, as a toxicologist, Dr. Wang is an expert on the effects that drugs, chemicals, and other substances have on the human body.  He is an expert in the pharmacokinetic effects of drugs, the onset of effect after dosage, the mechanism of actions, and potential human physical response to drugs.  As an expert in pediatric medicine, he is especially equipped to opine on such effects on the bodies of children.  Dr. Wang has gained his specialized knowledge through his extensive work experience, education, training, studies, review of literature and medical databases, and from speaking with colleagues.

Dr. Wang's testimony may include the following areas relevant to this case:

1)  A discussion of what Ambien (zolpidem) is, how it works on the human brain, and for whom and why it may be prescribed.

2)  A description of the potential effects on a human body of different doses of Ambien, including the potential effects on a child.  This will include a discussion of other factors that may impact the effects of Ambien on the human body, such as sleep deprivation, fatigue, food or water intake, age, body weight, and Ambien-naïveté, among other factors.  In addition, while Ambien may induce sleep, it does not necessarily mask other bodily responses that occur during the sleep cycle, including, in post-pubescent males, sexual arousal.

3)  A description of the potential side effects, including on an Ambien-naïve person or child, that may be experienced by people taking Ambien.  These can include long periods of drowsiness or sleepiness, amnesia, confusion, decreased alertness, sleepwalking, a feeling of being drugged, and onset of complex sleep behaviors, among other side effects.

4)  A discussion of the timing of the effects of Ambien after ingestion, including

3

the peak effect of the drug and the duration of the effect on the body.

The government requests any discovery to which it is entitled under Fed.R.Crim.P. Rule 16, and particularly, Rule 16(b)(1)(C).  Please call if you have any questions.

Regards,

*s/Patricia Davies & Andrea Surratt*
Patricia Davies & Andrea Surratt
Assistant United States Attorneys

Enclosures.

# Karen R. Blackwell, MSW, LCSW

**Child /Adolescent Forensic Interviewer**
**Federal Bureau of Investigation**
8000 E. 36th Ave, Denver, CO 80238
303-870-2950   krblackwell@fbi.gov

## Education

| | | |
|---|---|---|
| University of New England | Biddeford, ME | 1999 |
|   Master of Social Work, Clinical Concentration | | |
| University of Denver | Denver, CO | 1987 |
|   Bachelor of Science, Business Administration | | |
|   International Business Studies | Denmark, England | |

## Experience

**Federal Bureau of Investigation**                2010-present
  Child/Adolescent Forensic Interviewer

**Denver Children's Advocacy Center**                2003-2010
  Forensic Interview and Evaluation Program Manager
    Developed and implemented Forensic Interview and Evaluation Program
    Established and facilitated the
      Denver Child Abuse Multidisciplinary Team Case Review
    Forensic Interviews Children ages 2-17

**Adams County Department of Social Services**                1999-2003
  Sexual Abuse Assessment and Treatment Team
  Child Abuse Intake and Assessment of over 300 Families

**C.K. Burns Elementary School/Thornton Academy**                1998-1999
  School Social Work with Children, Kindergarten through High School

**National Coalition against Domestic Violence**                1998
  Children's Conference Program Coordinator

**Abused Women's Advocacy Project**                1997-1998
  Treatment Groups: Children Witnessing Violence

**Rape Crisis Center of Collin County**                1996-1997
  Group and Individual Treatment for Adult Survivors of Sexual Assault

**Rape Trauma Services of San Mateo County**                1994-1996
  Sexual Assault Counselor/Advocate and Group Facilitator

## Professional Affiliations

American Professional Society on the Abuse of Children, 2012-present
Denver Child Fatality Review, Facilitator, 2005-2010
Front Range Forensic Interview Peer Review, 2005-2010
Child Protection Team, Denver Department of Human Services 2003-2010
Denver Domestic Violence Coordinating Council, Board of Directors
2005-2010
C.A.S.A. of Adams and Broomfield Counties, Executive Board of Directors  2002-2003

## Awards and Special Recognition

2010 Honorary Denver District Attorney
*Presented by Denver District Attorney, Mitchell Morrissey*
2006 Colorado Organization for Victim Assistance
*Organization of the Year Award*
*Presented to the Denver Children's Advocacy Center*
*Forensic Interview and Evaluation Program*
2002 Colorado Department of Human Services, Division of Child Welfare
*Excellence in Practice Award*

## Teaching/Training

**Department of Justice,** *National Advocacy Center, Forensic Interviewing of Child and Adolescent Victims and Witnesses in Indian Country Seminar, Columbia, SC,* April 2019

**National Law Enforcement Training on Child Exploitation,** *Internet Crimes Against Children Conference, 1.Presenting Evidence 2.Sextortion, Atlanta, GA,* June 2018

**Kosovo Police,** *General Police Directorate, Republic of Kosovo Government, The Child/Adolescent Forensic Interview, Priestina, Kosovo,* January 2018

**Department of Justice,** *National Advocacy Center, Working with Child and Adolescent Victims: The Principals of Forensic Interviewing, Columbia, SC,* August 2017

**Federal Bureau of Investigation,** *Indian Country Crimes Unit, Indian country Homicide and Child Abuse Training, Forensic Child Interviewing, Denver, CO,* July 2017

**Federal Bureau of Investigation,** *Violent Crimes Against Children, Juvenile Sex Trafficking, Forensic Interviewing Guidelines, Austin, TX,* July 2017

**Kathmandu Attorney General's Office,** *Child/Adolescent Forensic Interviews, Kathmandu, Nepal,* February, 2017

**Louisiana Alliance of Children's Advocacy Centers,** *Sextortion, New Orleans,* February 2017

**Federal Bureau of Investigation,** *Violent Crimes Against Children Unit, Child/Adolescent Forensic Interview Training, Philadelphia, PA,* March 2016

**Federal Bureau of Investigation,** *First Responder Training, Supai, AZ,* October, 2015

**Four Corners Indian Country Conference,** *Cyber Crime in Indian Country: Presenting Evidence in the Child/Adolescent Forensic Interview, Durango, CO,* August, 2015

**Dallas Crimes Against Children Conference,** *Interviewing Child/Adolescent Victims of International Sex Tourism, Dallas, TX,* August, 2015

**The Children's Assessment Center and Houston-Metro Internet Crimes Against Children Task Force,** *Advanced Forensic Interviewing Skills: Utilizing Evidence Effectively in Cases Involving Internet Crimes Against Children and Commercially Sexually Exploited Juveniles, Houston, TX,* May, 2015

**FBI Indian Country Crimes Unit,** *Child/Adolescent Forensic Interviewing: Death Scene Investigations, Phoenix, AZ,* April, 2015

**Federal Bureau of Investigation,** *Violent Crimes Against Children Unit, Child/Adolescent Forensic Interview Training, Norman, OK,* March 2015

**31st International Symposium on Child Abuse,** *Interviewing Juvenile Sex Trafficking Victims, Huntsville, AL,* March, 2015

**Trinidad and Tobago Police Service,** *Child/Adolescent Forensic Interviews and Related Victim Services, Port of Spain, Trinidad,* November, 2014

**Government to Government Consultation & Conference,** *When the Child is a Victim: Strategies for Working Effectively with the Child/Adolescent Victim in Indian Country, Tulsa, OK,* September, 2014

**Southern Nevada Human Trafficking Task Force Conference 2014,** *Interviews of Commercially Sexually Exploited Juveniles, Las Vegas, NV,* September, 2014

**Federal Bureau of Investigation,** *Violent Crimes Against Children Unit, Child/Adolescent Forensic Interview Training, Norman, OK,* June 2014

**Federal Bureau of Investigation**, *Indian Country Child Forensic Interview Training, Guidelines for Child Interviews, National Advocacy Center, Columbia, SC,* March, 2014

**Federal Bureau of Investigation,** *First Responder Training, Supai, AZ,* February 2014

**Federal Bureau of Investigation, "***Presenting Evidence" and "Working with the Adolescent Victim/Witness", Oklahoma City Field Office,* December, 2013

**Bureau of Indian Affairs/Department of Justice,** *Investigating and Prosecuting Indian Country Sexual Assault Crimes, Phoenix, AZ and Albuquerque, NM,* January and February, 2013

**Regis University CSI Conference,** *Child/Adolescent Forensic Interviews and the FBI, Denver, CO,* October, 2012

**Federal Bureau of Investigation**, *Indian Country Child Forensic Interview Training, Guidelines for Child Interviews, , National Advocacy Center, Columbia, SC,* September, 2012

**Four Corners Indian Country Conference,** *Forensic Interviews of Victims with Communication and/or Cognitive Disabilities, Santa Fe, NM,* September, 2012

**Federal Bureau of Investigation,** *Juvenile Prostitution Forensic Interviewing Training, Dumfries, VA,* June 2012

**Federal Bureau of Investigation,** *First Responder Training, Dulce, NM,* April, 2012

**Denver Children's Advocacy Center**, *Child Interview Training, Interviewing Skills with the Child/Adolescent Victim, Denver, CO,* March, 2012

**Federal Bureau of Investigation, International Training and Assistance Unit, Quantico,** *Human Trafficking Course, Dumfries, VA,* February, 2012

**Federal Bureau of Investigation,** *Forensic Interviewing Clinic, Cyber/Innocent Images, Dumfries, VA,* January 2012

**Regis University CSI Conference,** *Child/Adolescent Forensic Interviews and the FBI, Denver, CO,* October, 2011

**Federal Bureau of Investigation,** *First Responder Training, White Mountain Apache,* September, 2011

**International Law Enforcement Academy,** *Interviewing Child Victims/Witnesses, Budapest, Hungary,* June, 2011

**Federal Bureau of Investigation,** *Forensic Interviewing Clinic, Cyber/Innocent Images, Potomac, MD,* February 2011 and May 2011

**Four Corners Indian Country Conference,** *Basic Child Interviewing Skills, Santa Fe, NM,* September, 2010

**Federal Bureau of Investigation**, *Indian Country Child Forensic Interview Training*, *Guidelines for Child Interviews, Albuquerque, NM,* August, 2010

**Wind River Native American Conference,** *Mandatory Reporting Child Abuse and When is it Appropriate to Interview, Lander, WY,* August, 2010

**Wyoming Crimes against Children Conference,** *Investigations Involving Compliant Teens, Basic Child Interviewing Skills, Cheyenne, WY*, May, 2010

**Denver Children's Advocacy Center**, *Child Interview Training, Interviewing Skills with the Child/Adolescent Victim, Denver, CO,* December, 2010

**Denver Domestic Violence Coordinating Council,** *Violence: How are our kids doing? Denver, CO,* June 2009

**Denver Children's Advocacy Center**, *Child Interviewing Skills: "Why won't they tell?" Working with the Reluctant Child Witness, Denver, CO,* April, 2009

**University of Denver,** Graduate School of Professional Psychology, Forensic Psychology, Field Instructor, 2008-2010

**Federal Bureau of Investigation**, *Indian Country Child Forensic Interview Training*, *Guidelines for Child Interviews, Albuquerque, NM,* August, 2008

**Denver Children's Advocacy Center**, *Child Interview Training, Interviewing Skills with the Child/Adolescent Victim, Denver, CO,* June 2008

**Wyoming Supreme Court Children's Justice Project/Guardian ad Litem Program**, *Basic Interviewing Skills with Children, Cheyenne, WY,* June 2008

**Denver Multidisciplinary Team,** *How to Successfully Use the Child Forensic Interview in your Investigation, Denver, CO,* October 2007

**Federal Bureau of Investigation**, *Indian Country Child Forensic Interview Training, Working Effectively with the Child Witness, Pierre, SD*, December, 2007

**Denver District Attorney's Office**, *Working Effectively with the Child Witness ,Denver, CO,* December, 2007

**West Virginia Children's Justice Task Force**, *Forensic Interviewing Skills with the Compliant Adolescent Victim*, October, 2007

**West Virginia Children's Justice Task Force**, *When a Child Dies: A Collaborative Response,* October, 2007

**Colorado Organization for Victims Assistance,** *Child Sexual Abuse Investigation, Panel Presentation, Denver, CO,* November, 2006

**Colorado District Attorney's Conference,** *Child Abuse; the Effective Use of Forensic Interviews in Prosecution, Breckenridge, CO,* September, 2006

**Colorado Coalition against Sexual Assault,** *The Impact of Sexual Abuse in Children, Denver, CO,* October, 2006

**VS2000**, Cross trainings for Denver Children's Advocacy Center attended by VS2000 agency affiliates, 2003-2009

**University of Denver**, Graduate School of Social Work, Field Instructor, 2001-2004

**CASA of Adams and Broomfield Counties**, Volunteer Trainings, *Broomfield, CO,* 2002-2005

**Adams County Department of Social Services,** *Presentations on Play Therapy* attended by Social Service workers, and graduating M.S.W. students, 1999-2003

## Coursework/Research

**Pathways from Childhood Trauma to Adolescent Violence**              October 2010

*Denver University Graduate School of Social Work*                    *2 hrs*
*James Garbarino, PhD*

**Research Based Forensic Interviewing**                    June 2007
*Jefferson County Children's Alliance*                    *24 hrs*
Topics Included
- National Institute of Child Health and Human Development (NICHD)
  Interview Guidelines
- Children's Language Development
- Memory and Suggestibility

**CornerHouse Forensic Interview Training**                    August 2006
*CornerHouse*                    *24 hrs*
Topics Included
- RATAC Model
- Suggestibility
- Childhood Development Issues

**Advanced Forensic Interviewing of Children Alleging Abuse**        September 2004
*Prevent Child Abuse, Inc.*                    *40 hrs*
Topics Included:
- Interview Techniques of Pre-School, Anxious, Reluctant & Mentally
  Challenged Victims
- Cultural Considerations
- Offender Dynamics & Process of Victimization

**Childhood Interrupted: The Impact of Adverse Experiences on the Developing
Child**                    April 2004
*Dr. Jerry Yager and Dr. Gizane Indart*                    *8 hrs*

**The Impact of Adverse Experiences on the Developing Child**        April 2003
*Dr. Bruce Perry*                    *8 hrs*

**Forensic Social Work Practice Assessment and Intervention with High-Risk
Offenders**                    March-May 2002
*University of Denver, School of Social Work*                    *1Quarter*

**Current Issues Facing Professionals Conducting Forensic/Investigative Interviews
of Children**                    January 2001
*University of Denver, School of Social Work*                    *21 hrs*

**Early Life Experience and Brain Development**                    May 2001
*University of Denver*                    *21 hrs*

**Medical Aspects of Child Maltreatment**                    October 2000
*Kempe Children's Center*                    *8 hrs*

**Separation, Placement and Reunification in Child Protective Services**   March 2000
*University of Denver*                    *21 hrs*

**The Effects of Abuse and Neglect on Child Development**            February 2000
*University of Denver*                    *21 hrs*

**Interviewing Skills with Latency Aged Children**                October 1999
*University of Denver*                    *40 hrs*

**Family-Centered Child Welfare**                    September 1999
*University of Denver*                    *21 hrs*

Developed and proposed course curriculum, *Social Work with Children*, University of
    New England, School of Social Work, 1999
Thesis: *Sibling Incest: Understanding the Needs of Survivors,* 1999


## Conferences Attended

**Indian Nations Conference,** Palm Springs, CA                      December 2018

**Crimes Against Children Conference,** Dallas, TX                      August 2015

**Four Corners Indian Country Conference,** Santa Fe, NM           August, 2015

**31st International Symposium on Child Abuse,** Huntsville, AL        March, 2015

**Crimes Against Children Conference,** Dallas, TX                      August 2014

**Four Corners Indian Country Conference,** Santa Fe, NM      September, 2012

**Indian Nations Conference,** Palm Springs, CA                      December 2010

**Four Corners Indian Country Conference,** Santa Fe, NM      September, 2010

**Colorado Organization for Victim Assistance**, Keystone, CO          October 2008

**American Bar Association, Center for Children and the Law, CCTV and
    Recording Technology Grant Program,** Washington DC        August 2007

**Colorado Organization for Victim Assistance**, Keystone, CO       November 2006

**Beyond Finding Words, American Prosecutors Research Institute**,
    Indianapolis, IN                                        August 2006

**Drug Endangered Children**, Denver, CO                          June 2004

**14th International Conference on Child Abuse and Neglect, International Society
    for Prevention of Child Abuse and Neglect,** Denver, CO        July 2002

**Colorado Child Welfare Conference,** Keystone, CO                  May 2002

**Association for Play Therapy International Conference**, Portland, OR  October 2001

**Child Maltreatment Symposium,** Denver, CO                      April 2001

**National Adolescent Perpetration Network Conference,** Denver, CO  February 2000

GSW CV Last Updated 11/01/2019

**Biographical Sketch**

George Sam Wang, MD FAAP FAACT
Assistant Professor, Section of Emergency Medicine and Medical Toxicology
Department of Pediatrics, Children's Hospital Colorado
University of Colorado Anschutz Medical Campus
(303)-724-9967 (o); (720)-777-7317 (fax)
George.Wang@childrenscolorado.org

**Education**

| | |
|---|---|
| University of Notre Dame<br>B.S. Biology<br>Notre Dame, IN | Aug 1997 – May 2001 |
| New York Medical College<br>Doctor of Medicine<br>Valhalla, NY | Aug 2001 – May 2005 |
| Children's Hospital Colorado<br>University of Colorado Anschutz Medical Campus<br>General Pediatric Internship and Residency Program<br>Denver, CO | June 2005 – June 2008 |
| Children's Hospital Colorado<br>University of Colorado Anschutz Medical Campus<br>Pediatric Emergency Medicine Fellowship Program<br>Aurora, CO | July 2008 – June 2011 |
| Rocky Mountain Poison and Drug Center<br>Denver Health Hospital Authority<br>Medical Toxicology Fellowship Program<br>Denver, CO | July 2011 – June 2013 |

**Academic Appointments**

| | |
|---|---|
| Clinical Instructor of Pediatrics<br>The Children's Hospital<br>University of Colorado School of Medicine<br>Aurora, CO | June 2008 – June 2013 |
| Assistant Professor of Pediatrics<br>Section of Emergency Medicine, Medical Toxicology<br>Department of Pediatrics<br>University of Colorado Anschutz Medical Campus<br>Children's Hospital Colorado<br>Aurora, CO | Aug 2013 – Present |
| Volunteer Faculty, Medical Toxicology<br>The Rocky Mountain Poison and Drug Center (RMPDC)<br>Denver Health Hospital Authority<br>Denver, CO | Aug 2013 - Present |
| Assistant Professor of Emergency Medicine, Medical Toxicology<br>Section of Emergency Medicine, University of Colorado Hospital<br>Aurora, CO | Sept 2013 - Present |

1

GSW CV Last Updated 11/01/2019

## Honors, Special Recognition and Awards

| | |
|---|---|
| Alpha Epsilon Delta Honor Society | 2001 |
| AOA Medical Honors Society | 2006 |
| Fellow, American Academy of Pediatrics | 2008 |
| Board of Directors' Resolution of Service, Children's Hospital Colorado | 2010 |
| American Academy of Clinical Toxicology (AACT) Jr Investigator Research Grant/Lampe-Kunkel Memorial Award | 2016 |
| CU School of Medicine Emergency Medicine Clerkship Outstanding Faculty Teaching Award | 2017-2018 |
| 5280 Magazine Top Docs and Dentists (Medical Toxicology) | 2014, 2016-2018 |
| Fellow, American Academy of Clinical Toxicology | 2018 |

## Membership in Professional Organization

| | |
|---|---|
| American Medical Association (AMA) | 2005 – 2008 |
| American Academy of Pediatrics (AAP) | 2005 – Present |
| American Academy of Clinical Toxicology (AACT) | 2011 – Present |
| American College of Medical Toxicology (ACMT) | 2011 – Present |
| American Public Health Association (APHA) | 2016 - 2017 |

## Major Committee and Service Responsibilities

*Departmental,* none
*SOM,* none
*University,* none

<u>Hospital</u>

| | |
|---|---|
| Pharmacy and Therapeutics Children's Hospital Colorado Interim Medical Chair June – Nov 2019. | Aug 2013 - Present |
| ECMO Advanced Clinical Care Team Children's Hospital Colorado | Aug 2013 - Present |
| Pediatric Emergency Medicine Fellowship Selection Committee Children's Hospital Colorado | 2013, 2016, 2017 |
| Medical Toxicology Fellowship Clinical Competency and Steering Committee, Site Director Rocky Mountain Poison and Drug Center | Aug 2014 – Present |
| Pediatric Intensive Care Unit Emergency Department Representative Children's Hospital Colorado | Oct 2014 – Present |
| Junior Faculty Steering Committee Children's Hospital Colorado | Aug 2015 – April 2018 |
| Opioid Analgesic Clinical Care Guideline Committee Children's Hospital Colorado | Apr 2016 – Present |
| ED Front End Redesign Committee Children's Hospital Colorado | 2016 – 2017 |
| ED Medication Reconciliation Work Group | 2017 – Present |

GSW CV Last Updated 11/01/2019

Children's Hospital Colorado

| | |
|---|---|
| ED Medication Safety Committee Work Group<br>Children's Hospital Colorado | 2019 – Present |
| Interview Committee for Director of Pharmacy<br>Children's Hospital Colorado | October 2019 |

*State Committees, Task Forces, Boards and Commissions*

| | |
|---|---|
| Child Fatality Prevention System Team<br>Colorado Department Public Health and Environment<br>Colorado Governor Appointment | Apr 2012 – Sept 2017 |
| Retail Marijuana Product Potency and Serving Size Working Group<br>Marijuana Enforcement Division<br>Colorado Department of Revenue | Apr 2014 – May 2014 |
| Marijuana Health Effects and Public Health Policy Advisory Committee<br>Colorado Department Public Health and Environment (CDPHE)<br>Colorado Governor Appointment | May 2014 - Present |
| Marijuana Education Oversite Committee<br>Colorado Department Public Health and Environment<br>Colorado Department of Revenue | Nov 2014 – Jan 2015 |
| Lead Screening Guidelines Task Force<br>CDPHE | June 2018 |

*Consultant*

| | |
|---|---|
| Medical Legal Consultant.<br>Great Falls, Montana Police Department. | December 2013 |
| Medical Consultant. Consumer Healthcare Products Association Children's<br>Cough and Cold Safety Monitoring Program. | Oct 2013 - present |
| Medical Consultant. Researched Abuse, Diversion and Addiction-Related<br>Surveillance (RADARS) System. | August 2015-2018. |
| Medical Legal Consultant.<br>Salt Lake City Utah Valley Regional Medical Center. | October 2015 |
| Medical Toxicology Clinical Consultant.  Toxicology Associates.  Swedish,<br>Porter, and Littleton Hospitals, Denver, CO. | Sept 2015 – Dec 2017 |
| Acetaminophen Safety Review Panel Consultant.  Rocky Mountain Poison<br>and Drug Center. | July 2016 |
| American Board of Emergency Medicine (ABEM) Medical Toxicology<br>Examination Standard Setting. | Nov 14-16, 2016 |
| Topic Expert Consultant (Medical Toxicology).  The Child Abuse and Neglect<br>Expert Staffing (CANES), Denver, CO. | Dec 2016 – present |
| Medical Toxicology Topic Expert, START Team Consultant.  KEMPE<br>Center, Children's Hospital Colorado, Aurora CO. | March 2018-present |

GSW CV Last Updated 11/01/2019

Medical Legal Consultant. University of Mississippi.                              June 2018

**Licensure and Board Certification**

American Board of Pediatrics                                                              2008
General Pediatrics

American Board of Pediatrics                                                              2013
Pediatric Emergency Medicine

American Board of Pediatrics                                                              2014
Medical Toxicology

**Review and Referee Work**

2016 Grant Reviewer for CDPHE Marijuana Public Health Research Grant RFA #2902

Ad lib reviewer for Peer Review Journal Articles (Pediatric Emergency Care, Journal of Pediatric Intensive Care, Journal of Pediatrics, European Journal of Epidemiology, Clinical Toxicology, Child Abuse and Neglect, JAMA Network)

**Invited extramural lectures, presentations and visiting professorships**

*Local*

1.  Wang G. Adolescent Drug Abuse. Pediatric Grand Rounds, Denver Health Hospital. February 15, 2012.

2.  Wang G. Drugs of Abuse. Denver Health Family Medicine CME. August 15, 2012.

3.  Kosnett MJ, Wang G. Pediatric Intoxication from Ingested Cannabis Products in Colorado and the Preventive Value of Child-Resistant Packaging.  Amendment 64 Task Force Meeting on Safety and Packaging. January 30, 2013.  Children's Hospital Colorado Luncheon Lecture Series, February 18, 2013. Safe Kids Colorado, April 10, 2013.  RMPDC Call Center Lecture, April 18, 2013.

4.  Wang G. Toxicology in the News.  Pediatric Grand Rounds, Denver Health Hospital. September 25, 2013.

5.  Wang G. Decriminalization of Marijuana and Impact on Unintentional Pediatric Exposures. University of Colorado Denver Anschutz Medical Campus Interprofessional Education LEADS program lecture series.  November 20, 2013.

6.  Wang G. Drugs of Abuse.  Platte Valley EMS Education Days.  November 19, 22, 2013

7.  Wang G. Inpatient Medical Toxicology.  Common Inpatient Medical Toxicology.  Children's Hospital Colorado Hospitalist CME lecture. March 18th, 2014.

8.  Wang G. Marijuana and Pediatric Topics.  Community Pediatrics Monthly Lecture Series. May 8th, 2014.

9.  Wang G. Common Pediatric Toxicology. Partnership in Outstanding Pediatric Prehospital Care. EMS Lecture Series. June 13, 2014.

10. Wang G. Marijuana, Colorado and Kids.  Denver Health Pediatric Grand Rounds.  August 13, 2014.

11. Wang G. Marijuana and Children. Nursing Division Meeting, Tri-County Health Department. Aug 27, 2014

12. Wang G. Marijuana Legislation and Kids.  Mini Med School Lecture Series.  October 7th, 2014.

GSW CV Last Updated 11/01/2019

13. Wang G, Hoyte C. Injurious Inhalants and Ingestions…Coming in Hot! PICU Education Committee Lecture Series.  January 22, 2015.

14. Wang G. Toxicologic Emergencies.  Escalation of Care Nursing Conference. October 8, 2015.

15. Wang G. Pediatric Toxicology. EMS Mini Conference, Porter Hospital. June 27, 2016.

16. Wang G. Common Pediatric Toxicologic Emergencies.  Flight for Life CME Conference. St Anthony's Hospital.  Aug 10 and 11, 2016.

17. Harpin S, Wang G. Child and Adolescent Marijuana Policy Implications Since Recreational Implementation. Nursing Grand Rounds, Children's Hospital Colorado.  January 16, 2018.

18. Wang G.  Basics on Clinical Drug Testing.  Division of Child Welfare.  Denver, CO.  Oct 3, 2018.

19. Wang G. Marijuana and Impact of Pediatrics.  Children's Hospital Lunch and Learn.  Littleton, CO. Oct 4, 2018.

20. Wang G. Marijuana in Medicine.  Colorado Academy of Family Practioners' CME conference. Dec 8, 2018.

21. Wang G. The Opioid Crisis and Pediatrics. 35th Annual Community and School Health Pediatric Conference.  June 13, 2019.

22. Wang G. Common Toxicological Exposures in the PICU.  PICU/ED Trauma Conference.  June 28, 2019.

23. Wang G. Protocol Success Stories – Pioneering CBD Research on the Anschutz Medical Campus. Clinical Translational Research Center. October 2, 2019.

24. Wang G. Acetaminophen Toxicity, What's Old and What's New. Denver Health Pediatric Grand Rounds, Denver, CO.  October 23, 2019.

25. Wang G. Marijuana, Pediatrics.  Academic Pediatrics, Children's Hospital Outreach Lecture Series.  November 7, 2019.

26. Wang G. Marijuana and Adolescents. Pediatric Mental Health Institute Grant Rounds. Children's Hospital Colorado, Aurora CO. December 10, 2019.

*Regional*

1. Tham E, Winslow M, Bruny J, Mahar P, Wang S.  7.0-The Haiti Earthquake Experience.  The Annual Rocky Mountain Trauma and Emergency Medicine Conference. June 17, 2010.

2. Wang, G. Pediatric Toxicology: The Killers.  The Children's Hospital EMS Conference. January 27, 2011.

3. Wang, G. Common Pediatric Ingestions.  Emergency Trauma and Outreach Symposium Lecture Series, April and September, 2011.

4. Wang, G. Toxic Exposures Module.  Pediatric in Disasters Training Course for Colorado, The Children's Hospital.  April 22 2011.

5. Wang G. Toxicology of Marijuana.  Medical Marijuana: Is there Science Behind the Substance? Colorado Medical Society, July 20, 2011.

6. Wang G. Dangerous Pediatric Medicinal Ingestions. Children's Hospital Urgent Care Conference. September 21, 2012.

GSW CV Last Updated 11/01/2019

7.  Wang G. Tox in the News. Children's Hospital Pediatric Emergency Discourse Conference. January 30, 2014.

8.  Wang G. Safety of Marijuana.  Marijuana and Public Health Symposium.  University of Colorado School of Public Health.  March 7th, 2014.

9.  Wang G. Colorado Marijuana, where are we now?  Panel Discussion.  4th annual Pediatric Advanced Practice Conference Agenda 2014.  April 7th, 2014.

10.  Wang G. Toxicology. Emergency and Trauma Outreach Symposium. June 25, 2014.

11.  Wang G. Sick Medical Kids (DKA and Sepsis). Emergency and Trauma Outreach Symposium. June 26, 2014.

12.  Wang G. Dangers of Marijuana Edibles: Kids and Adults. 41st Annual Rocky Mountain Trauma and Emergency Medicine Conference. July 11, 2014.

13.  Wang G. Marijuana Policies.  Colorado Association of School Nurses Annual Fall Conference. November 8, 2014.

14.  Wang G. Marijuana, Colorado and Kids. Eagle County EMS Educational Conference. November 12, 2014.

15.  Wang G. Hot Toxicology Topics.  5th Annual Colorado American College of Emergency Physicians Meeting.  November 19, 2014.

16.  Wang G. Marijuana Testing and Relationship to Trauma.  Colorado Pediatric Trauma Conference.  November 20, 2014.

17.  Wang G, Bajaj L. Children' Hospital Colorado and Marijuana.  CLMS Conference with Oregon and Alaska. CDPHE. January 13, 2015.

18.  Wang G. Marijuana, Pediatrics and Colorado.  St. Charles Grand Rounds, Bend OR.  January 16, 2015.

19.  Wang G. Poison Prevention, Marijuana.  Kids Safe Denver Metro Coalition Meeting, Denver CO. February 11, 2015.

20.  Wang G. Marijuana and Pediatrics. St. Mary's Hospital, Regional Medical Center Grand Rounds. Grand Junction CO. March 10, 2015

21.  Wang G. Marijuana and Pediatrics.  Pediatric Grand Rounds.  Fairbanks Memorial Hospital/Denali Center.  Fairbanks AK. Aug 31, 2015.

22.  Wang G. Pick Your Poison.  O'Neil Conference.  Aurora CO. Oct 29, 2015.

23.  Wang G. Medical marijuana: the Colorado Experience and Pediatric Perspectives. Pick Your Poison 2016. Phoenix, AZ. Apr 21, 2016.

24.  Wang G. Drugs of Abuse (old and new).  Annual Pediatric EMS Conference.  Aurora, CO. January 27, 2017.

25.  Drug Testing & Toxicology. ECHO Web Series.  Best Practice Hospital Learning Collaborative. Illuminate Colorado.  Denver, CO.  February 1, 2017.

26.  Wang G. Marijuana and Pediatrics.  2017 All Alaska Pediatric Symposium.  Anchorage, AK. November 4, 2017.

27.  Wang G. Novel Drugs of Abuse.  Children's Hospital Colorado Annual Trauma Conference. Aurora, CO. November 16, 2017.  Children's Hospital EMS Conference. Aurora, CO.  January 26, 2018.

GSW CV Last Updated 11/01/2019

28. Wang G.  Unintentional Pediatric Exposure to Marijuana in Colorado: Are We Ready in Ohio? 2017 Ohio Pediatric Trauma Symposium.  Akron, OH.  December 7, 2017.

29. Wang G.  Finding a Niche in the Era of Marijuana Legalization.  University of Utah School of Pharmacy, Seminar Series.  Salt Lake City, UH.  February 1, 2018.

30. Wang G. What do Drug Test Results Really Tell us?  ECHO: in Depth with Substance Us & Families. Child Welfare Training System.  Illuminate Colorado, Division of Child Welfare State of Colorado. March 21, March 27, April 19, May 3, May 9, May 31 2018.

31. Wymore E, Wang G. The Opioid Epidemic: Management of Pediatric Pain and Neonatal Abstinence. AAP-CO Annual Meeting and CME. April 14, 2018.

32. Wang G. Moderators: Iwanicki J, Hoyte C. Acute Health Effects of Cannabis. Institute of Cannabis Research at CSU-Pueblo, Annual Conference.  Pueblo, CO.  April 24, 2018.

33. Wang GS, Wymore E, Baskfield H. The Opioid and Substance Abuse Crisis Enveloping Our Community.  41st Annual L Joseph Butterfield Perinatal Conference.  Aurora, CO. September 10, 2018.

34. Wang GS. Marijuana and Impact on Families.  Colorado Springs Chamber of Commerce. Co Springs, CO. September 19, 2018.

35. Wang GS. Marijuana and Pediatrics.  Acute Care Conference, Children's Hospital Colorado. Aurora, CO. October 22, 2018.

36. Wang GS. Marijuana and Impact on Pediatrics.  Virtual Education Series.  Children's Hospital Colorado.  Aurora, CO. November 13, 2018.

37. Wang GS. Marijuana and impact on Pediatrics.  Grand Rounds, Dell Children's Hospital. Austin, Tx. November 16, 2018.

38. Wang GS. Common Pediatric Toxicological Exposures.  Emergency and Trauma Outreach Symposium. Ft Collins, CO. June 20, 2019.

39. Wang GS. Marijuana and Pediatrics.  2nd Annual Children's Hospital Colorado & Billings Clinic Care Alliance Pediatric Conference. Billings, MT. August 23, 2019.

40. Wang GS. Tox Shorts. 8th Clinical Concepts and Conundrums in Pediatric Hospital Medicine. Children's Hospital Colorado Aurora, CO. September 27, 2019.

41. Wang GS. Novel Drugs of Abuse. Acute Care Conference, Children's Hospital Colorado.  Aurora, CO. October 7, 2019.

42. Wang GS. Marijuana Legalization and Impact on Pediatric Population.  Florida House of Representatives.  November 6, 2019.

43. Wang GS. Toxicology and SANE.  ECHO Series Children's Hospital Colorado.  Aurora, CO. November 12, 2019.

*National*

1. Wang G. Hepatic Failure from Acetaminophen Despite Early NAC. ACMT Monthly National Case Conference. August 18, 2011.

2. Wang G. Evidence Behind High Dose Insulin and Verapamil Toxicity.  ACMT National Journal Club.  November 1, 2011.

3. Wang G. Vandyke M, Keteles K, Anderson M. Marijuana and Public Health.  Pediatric Environmental Health Specialty Unit (PEHSU) National Conversation. April 10, 2014.

GSW CV Last Updated 11/01/2019

4. Wang G, Brooks-Russell A, Tung G. Legalization of Marijuana and Implications for Injury. Society for Advancement of Violence and Injury Research (SAVIR). April 28, 2014

5. Wang G. Western Pacific Injury and Prevention Network (WPIPN) Learning Session: Marijuana and Liquid Nicotine: Emerging Issues in Home Safety.  Western Pacific Injury Prevention Network.  May 21, 2014.

6. Wang G. Marijuana and Impact on Pediatric Population.  American College of Medical Toxicology PEHSU Grand Rounds.  Aug 26, 2015.

7. Freeman A, Wolk L, Wang G. Marijuana and Colorado.  Reforming States Group (RSG) Steering Committee, Milbank Memorial Fund.  Sept 2, 2015.

8. Wang G. Pediatric Concerns Due to Expanded Cannabis Use. A legal Potpourri: The New World of Legal Marijuana and Challenges in Toxicologic Consulting.  2015 American College of Medical Toxicology Seminars in Forensic Toxicology. December 9, 2015.

9. Wang G. Marijuana and its Impact on Adolescent and Perinatal Populations.  American College of Medical Toxicology PEHSU Grand Rounds.  May 25, 2016.

10. Wang G, Koski L, Van Dyke M. Observations and Lessons Learned from Colorado Experience and Regulations on Marijuana.  Canada. June 28, 2016.

11. Wang G. Marijuana Legalization and Impact on Emergency Care. 4th Annual Conference on Behavior Change, Health and Health Disparities.  Burlington, VT. Oct 7, 2016.

12. Wang G.  2017 Annual Clinical Pathologic Competition (CPC).  North American Congress of Clinical Toxicology.  Vancouver, BC.  Oct 11, 2017.

13. Wang G, Hoffman R.  PEC Symposium: Marijuana: The Toke of the Town.  North American Congress of Clinical Toxicology.  Vancouver BC.  Oct 14, 2017.

14. Wang G. ECMO and Toxicology. AACT Webinar Series.  August 7, 2018.

15. Miller E, Wang G. Marijuana As Medicine.  S1094. American Academy of Pediatrics National Conference. Orlando, FL. Nov 3, 2018.

16. Wang GS. Marijuana and Pediatric Impact. Department of Education National State School Meeting.  Aurora, CO. Jun 25, 2019.

17. Wang GS.  Pediatric Marijuana Exposure, and Public Health Impact.  SAFE KIDS PREVCON Annual Conference.  Washington DC. July 18, 2019.

18. Hodgeman M, Wang GS. Section on Herbal Toxicity: An Update on CBD. 2019 North American Congress of Clinical Toxicology Conference. Nashville, TN.  September 25, 2019.

## Teaching record

### Medical student

1. Wang G. Edible and Inedible Plants.  Wilderness Medicine Course, University of Colorado Denver School of Medicine.  April 14, 2011.

2. Wang G. Introduction to Toxicology. Medical Student Orientation Lectures for Emergency Medicine rotation Aug 29, 2011

3. Wang G.  EMED 6620 History of Pharmacology and Toxicology.  October 8, 2015, October 20, 2016, September 28, 2017, October 25, 2018.

4. University of Colorado School of Medicine Foundations of Doctoring Curriculum Preceptor. November 2015-2018.

GSW CV Last Updated 11/01/2019

*Undergraduate/Graduate student:*

1. Wang G. My Road to Medicine. Med Advance Internship Program.  July 31, 2014.

2. Wang G. Final Judge for School of Public Health 2014 Rocky Mountain Region Public Health Case Competition.  Nov 2, 2014

*House Officer (resident and fellow):*

1. Wang G. Toxicology I.  Pediatric Residency Noon Conference. November 2011,2012,2013,2014,2018

2. Wang G. Medical Toxicology Curriculum.  Pediatric Emergency Medicine Fellowship Lecture Series, Series of 12 lectures over 2 years.  2013-present.

3. Wang G. Pediatric Metabolic Emergencies Mistaken for Toxicology. Medical Toxicology Annual Fellowship Lecture Series.  August 2013-present.

4. Wang G. Introduction to Toxicology.  PICU Physician Assistant Lecture/educational series.  December 2, 2014.

5. Wang G. Toxicology II. Pediatric Resident Noon Conference. February 2013, 2014

6. Wang G. Toxicology Problem Based Learning.  Pediatric Intern Conference.  May 5, 2015

7. Wang G. Toxicology Problem Based Learning.  Pediatric Resident Conference.  May 12, 2015. May 10, 2016, Nov 21, 2017.

8. Wang G. PICU Fellowship Lecture Series 2015-present.

    a. Antidotes and the ICU.  July 7, 2015.

    b. Pulmonary Toxicology and the ICU.  October 8, 2015.

    c. Cardiovascular Toxins and the ICU.  February 25, 2015

9. Wang G. Common Household Exposures.  Advance Pediatric Care Provider CME Lecture Series. November 19, 2015.

10. Wang G. Pediatric Toxicology for Emergency Medicine Residents. University of Colorado Hospital. July 27, 2016.

11. Wang G. One Pill Can Kill.  Emergency Medicine Pediatric/Toxicology Curriculum. September 26, 2018.

12. Wang. Anesthetic Toxicity. Emergency Medicine Pediatric/Toxicology Curriculum. September 26, 2018.

*Other Teaching Accomplishments and Obligations:*

1. Aug 2013 – present: Supervision and bedside teaching of medical students, residents, and fellows in the emergency department – 18 hrs/week.

2. Aug 2013 – present: Supervision, didactic and bedside teaching of medical toxicology fellows at the Rocky Mountain Poison and Drug Center – 6 hours/month

3. Aug 2013 – present: didactic and bedside teaching of medical students, residents, and fellows in the hospital through initiation of a medical toxicology consulting service– 4-6 hrs/week.

4. Aug 2013 – present: development of a medical toxicology lecture curriculum for pediatric emergency fellowship program.

GSW CV Last Updated 11/01/2019

5. March 2013 – present: initiation of the Rocky Mountain Poison and Drug Center Medical Toxicology Fellowship Program to include Children's Hospital Colorado as a clinical practice site for consultation.

6. Spring 2014 Reviewer for Children's Hospital "Just Ask": Marijuana, what parents need to know: http://www.childrenscolorado.org/wellness-safety/parent-resources/expert-tips/marijuana-what-parents-need-to-know

7. Spring 2015 Reviewer for CDPHE Youth and Marijuana Public Education Flyer: https://www.colorado.gov/pacific/sites/default/files/MJ_RMEP_Factsheet-Youth-and-MJ.pdf

8. Scholarly Oversight Committee, Pediatric Emergency Medicine Fellow.  2015-2018.

9. March 2018: ACMT Expert Reviewer for ACMT Pediatric Cannabis Statement.

10. Faculty Reviewer, Toxicology Section of the Pediatric Residency Handbook. Oct 2019.

**Grant support**

Active:

1. The American Academy of Clinical Toxicology Junior Investigator Research Grant Award. A Randomized Trial Comparing Physostigmine vs Lorazepam for Treatment of Adolescent Antimuscarinic (Anticholinergic) Toxidrome.  08/01/2016-7/31/2020.  Role: Principle Investigator. $24,006 ($45,000 total award).

2. Colorado Department of Public Health and Environment Marijuana Public Health Research Grant Program.  Comparative Assessment of Driving Impairment in Occasional Versus Heavy Marijuana Users. 18 FHHA 98865.  04/01/2017 – 1/30/2020.  Role: Co-Investigator/Consultant (Brooks-Russell). $5,480 ($843,500 total award)

3. Building Partnership, Expanding Access and Increasing Awareness to Reduce Environmental Threats to Reproductive and Pediatric Health.  CDC FOA TS13-1402, Pediatric Environmental Health Specialty Units (PEHSU) Program.  American College of Medical Toxicology.  09/30/2015 – present.  Grant # NU61TS000238-03-00. Role: Consultant/Subcontract (Wax). $11,268 annual. http://www.rmrpehsu.org/

4. Impact of Marijuana Legalization on Opioid Prescribing and Poisonings in Colorado.  NIH NIDA: 1R01DA045051-01A1.  07/15/2018-03/31/2021.  Role: Co-Investigator (Pacula/RAND). $18,955 ($636,198 total award).

5. Cough and Cold Medication Safety Surveillance Study and Root Cause Analysis A12-0004-V001. 01/01/2014 – 12/31/2019. Perform a national multi-data surveillance system evaluating serious adverse events in pediatrics from cough and cold medications.  The results of the surveillance mechanism will help inform best practices in public health interventions to minimize harms in the pediatric population. Role: Consultant (Dart).

Previous:

1. Colorado Department of Public Health and Environment Medical Marijuana Grant Program. Cannabidiol (CBD) and Pediatric Epilepsy.  16-83460.  10/01/2015 – 6/30/2019.  Role: Principle Investigator. $211,378 ($576,350 total award).

**Bibliography**

*Letters to the Editor/Commentary*

1. Tham E, Mahar P, **Wang S**.  Lessons Learned in Haiti. Emergency Medicine News. 2010 Mar; 32 (3): 4.

2. **Wang GS**, Heard K. How Legalizing Marijuana Has Impacted Colorado. ACEP NOW. 2014 Oct 9.

GSW CV Last Updated 11/01/2019

3. **Wang GS.** Food For Thought. Clin Tox (Phila).  2016 Aug18:1-2. PMID:27534572.

4. **Wang GS**, Hoppe J, Brou L, Heard K**.** In Response to "Balancing the risks and benefits of medication organizers." Clin Tox (Phila). 2017 July. PMID: 28748717.

5. **Wang GS**, Heard K, Roosevelt G. The Unintended Consequences of Marijuana Legalization.  J Peds. 2017;190:12-13. PMID: 29144239

6. **Wang GS**, Davies S, Halmo LS, Sass A, Mistry RD. Marijuana Legalization and Adolescent Health. J Adol Health. 2018 Sep;63(3):367. doi:10.1016/j.jadohealth.2018.06.018. PMID: 30237003.

7. Heard K, Monte A, **Wang GS**. Another perspective on Cannabis and Emergency Medicine in Colorado. Western Journal of Emergency Medicine.  October 2019. DOI:10.5811/westjem.2019.8.44882.

*Peer Reviewed Manuscripts/Case Reports*

1. Aminlari A, Klein RD, Zhang HY, O'Donnell D, **Wang GS**, Alarcon WH, Steinstraesser L, Wang SC, Remick DG, Su GL. LPS activation of Kupffer Cells is Mediated by Toll Like Receptor 4 (Tlr 4). Hepatology 30(4): 855 Part 2; 10.1999.

2. **Wang G**, Monte A, Bagdure D, Heard K. Massive Acetaminophen-Diphenhydramine Overdose Leading to Hepatic Failure Despite Early Acetylcysteine Administration.  Pediatrics.  2011 Apr; 127 (4): e1077-80.   doi:10.1542/peds.2010-2521. PMID: 21402629

3. **Wang G**, Narang S, Wells K, Chuang, R. A Case Series of Marijuana Exposures in Pediatric Patients Less than Five Years of Age.  Child Abuse and Neglect. 2011 Jul; 35 (7):563-5. doi:10.1016/j.chiabu.2011.03.012. PMID: 21816471

4. **Wang G**, Erwin N, Zuk J, Henry D, Dobyns E. Retrospective Review of Emergency Response Activations During a 13 Year Period at a Tertiary Care Children's Hospital. Journal of Hospital Medicine.  2011 Mar; 6 (3): 131-5. doi:10.1002/jhm.832. PMID: 21387548

5. **Wang GS**, Yin S, Shear B, Heard K. Severe Poisoning Following Accidental Pediatric Ingestion of Glycol Ethers. Pediatrics. 2012 Oct; 130(4):e1026-9. doi:10.1542/peds.2011-3849. PMID: 23008459

6. **Wang GS**, Tham E, Maes J, Buchanan JA. Flecainide Toxicity in a Pediatric Patient Due to Differences in Pharmacy Compounding. International Journal of Cardiology.  2012 Nov 29; 161(3):178-9. doi:10.1016/j.ijcard.2012.06.028. PMID: 22749450

7. **Wang, GS**, Deakyne S, Bajaj L, Yin S, Heard K, Roosevelt G. The Limited Utility of Screening Laboratory Tests and Electrocardiograms in the Management of Unintentional Asymptomatic Pediatric Ingestions.  The Journal of Emergency Medicine. 2013 Jul; 45(1):34-6. doi:10.1016/j.jpeds.2013.08.038. PMID: 24094880

8. **Wang GS**, Banerji S, Roussil K, Heard K. Survival After Amphotericin B Overdose Treated with Plasmapheresis.  The Annals of Pharmacotherapy. 2013 Feb;47(2):e9. doi:10.1345/aph.1R527. PMID: 23362040

9. Borgelt LM, Franson K, Nussbaum AM, **Wang GS**.  The Pharmacologic and Clinical Effects of Medical Cannabis.  Annals of Pharmacotherapy.  2013 Feb;33(2):195-209. doi:10.1002/phar.1187. PMID: 23386598

10. **Wang GS**, Roosevelt G, Heard K. Pediatric Marijuana Exposures in a Medical Marijuana State. JAMA Pediatrics.  2013 Jul; 167(7):630-3. doi:10.1001/jamapediatrics.2013.140. PMID: 23712626

GSW CV Last Updated 11/01/2019

11. **Wang GS**, Le Lait MC, Heard K. Unintentional Pediatric Exposures to Central Alpha-2 Agonists Reported to the National Poison Data System. Journal of Pediatrics.  2014 Jan; 164(1):149-52. doi:10.1016/j.jpeds.2013.08.038. PMID: 24094880

12. **Wang GS**, Roosevelt G Bucher-Bartelson, B, Le Lait, MC, Bronstein A, Heard K. Impact of Decriminalizing Marijuana on Unintentional Pediatric Exposures in the US. Annals of Emergency Medicine. 2014 June; 63(6): 684-689. doi:10.1016/j.annemergmed.2014.01.017. PMID: 24507243

13. Richards D, **Wang GS**, Buchanan J. Pediatric Tea Tree Oil Aspiration Treated with Surfactant in the Emergency Department.  Pediatric Emergency Care.  2015 Apr;31(4):279-80. doi:10.1097/PEC.0000000000000234. PMID: 25285387

14. **Wang GS,** Monte AA, Hatten BH, Brent J, Buchanan J, Heard K.  Initiation of a Medical Toxicology Consult Service at a Tertiary Care Children's Hospital.  Clinical Toxicology (Phila). 2015 May;53(4):192-4. doi:10.3109/15563650.2015.1013196. PMID: 25686099.

15. Cao D, Maddux A, Mashburn D, Vohwinkel C, **Wang GS.**  Pediatric Occult Methanol Ingestion with Hyperammonemia.  American Journal of Emergency Medicine.  2016 Feb;34(2): 343-344. doi:10.1016/j.ajem.2015.06.031. PMID: 26162618

16. **Wang GS,** Levitan R, Lowry J, Wiegand T, Schult R, Shan Y. Extracorporeal Membrane Oxygenation (ECMO) for Severe Toxicological Exposure, Review of the Toxicology Investigators Consortium (ToxIC).  Journal of Medical Toxicology.  2016 Mar;12(1):95-9. doi:10.1007/s13181-015-0486-8. PMID: 26013746

17. Heizer J, Borgelt L, Bashqoy F, **Wang GS**, Reiter PD.  Marijuana Misadventures in Children: Exploration of a Dose-Response Relationship and Summary of Clinical Effects and Outcomes. Pediatric Emergency Care.  2018 Jul;34(7):457-462. doi:10.1097/PEC.0000000000000770. PMID: 27050740.

18. **Wang GS**, Roosevelt G, Fagan K, Hoppe J. Pediatric Emergency Physicians Knowledge and Utilization of Prescription Drug Monitoring Programs (PDMP). Clinical Pediatrics.  (Phila). 2017 Jan;56(1):80-82. doi:10.1177/0009922816638508. PMID: 26976807

19. **Wang GS,** Lelait MC, Deakyne S, Bronstein A, Bajaj L, Roosevelt G. Increase in Unintentional Pediatric Exposures in a Recreational Marijuana State.  JAMA Peds.  2016;170(9):e160971. doi:10.1001/jamapediatrics.2016.0971. PMID: 27454910

20. **Wang GS.**  Pediatric Concerns Due to Expanded Cannabis Use: Unintended Consequences of Legalization. Journal of Medical Toxicology.  2017 Mar;13(1):99-105. doi:10.1007/s13181-016-0552-x. PMID: 27139708

21. Green JL, **Wang GS,** Reynolds KM, Banner W, Bond GR, Kauffmann RE, Palmer RB, Paul IM, Dart RC. Safety Profile or Cough and Cold Medication Use in Pediatrics. Pediatrics. 2017;139(6):e20163070  doi:10.1542/peds.2016-3070. PMID:28562262.

22. **Wang GS,** Roosevelt G, Becker A, Brou L, Galinkin J. Evaluation of Drug Use and Medication Compliance in Adolescents Admitted to a Psychiatric Facility from the Pediatric Emergency Department.  General Hospital Psychiatry.  2017 May;46:38-40. doi:10.1016/j.genhosppsych.2017.02.005. PMID: 28622813.

23. **Wang GS,** Hall K, Vigil D, Banerji S, Monte A, VanDyke M. Marijuana and Acute Health Care Contacts in Colorado.  Preventative Medicine.  2017 Nov;104:24-30. doi:10.1016/j.ypmed.2017.03.022. PMID: 28365373.

24. **Wang GS,** Hoppe J, Brou L, Heard K. Medication Organizers (Pill Minders) Increase the Risk for Unintentional Pediatric Ingestions.  Clin Tox.  2017 Sep;55(8):897-901. doi 10.1080/15563650.2017.1321117. PMID: 28471310.

12

GSW CV Last Updated 11/01/2019

25. Klawitter J, **Wang GS,** etc.  An Atmospheric Pressure Ionization MS/MS Assay using Online Extraction for the Analysis of 11 Cannabinoids and Metabolites in Human Plasma and Urine. Therapeutic Drug Monitoring.  2017 Oct;39(5):556-564. doi:10.1097/FTD.0000000000000427. PMID: 28640062.

26. Baker KA, Austin EB, **Wang GS.**  Antidotes: Familiar Friends and New Approaches for Treatment of Select Pediatric Toxicological Exposures.  Clinical Pediatric Emergency Medicine. July 2017;19(3):218-226. https://doi.org/10.1016/j.cpem.2017.07.007

27. Kraynik J, Barberio M, **Wang GS.**  Capsaicin Cream for Treatment of Cannabinoid Hyperemesis Syndrome in Adolescents: A Case Series. Pediatrics.  2017 Dec;140(6). pii: e20163795. doi:10.1542/peds.2016-3795. PMID: 29122973

28. **Wang GS,** Deakyne Davis S, Halmo S, Sass A, Mistry R. Impact of Marijuana Legalization in Colorado on Adolescent Emergency and Urgent Care Visits. Journal of Adolescent Health2018 Aug;63(2):239-241. doi:10.1016/j.jadohealth.2017.12.010. PMID: 29609916.

29. **Wang GS,** Severton SG, Bau GE, Dart RC, Green JL. Unit-Dose Packaging and Unintentional Buprenorphine-Naloxone Exposures.  Pediatrics. 2018 Jun;141(6). pii: e20174232. doi:10.1542/peds.2017-4232. PMID: 29724879.

30. **Wang GS**, Hoyte C. Substances of Abuse.  Pediatrics in Review.  2018 Aug;39(8):403-414. doi:10.1542/pir.2017-0267. PMID: 30068741.

31. **Wang GS**, Hoyte C.  Review of Biguanide (Metformin) Toxicity. Journal of Intensive Care Medicine.  2018 Aug 21:885066618793385. doi:10.1177/0885066618793385. PMID: 30126348.

32. **Wang GS,** Hoyte C, Roosevelt G, Heard K. The Continued Impact of Marijuana Legalization on Unintentional Pediatric Exposures in Colorado. Clin Pediatr (Phila). 2019 Jan;58(1):114-116. doi:10.1177/0009922818805206.  PMID: 30288992.

33. Sommer S, Johnson A, **Wang GS,** Poel K. Surfactant for the Management of Pediatric Hydrocarbon Ingestion. American Journal of Emergency Medicine. 2018 Dec;36(12):2260-2262. doi:10.1016/j.ajem.2018.09.016. PMID: 30236893.

34. **Wang GS,** Hoyte C. Novel Drugs of Abuse.  Pediatrics in Review.  2019 Feb;40(2):71-78. doi:10.1542/pir.2018-0050. PMID: 30709973.

35. **Wang GS**, Haynes C, Besharat A, Le Lait MC, Green JL, Dart RC, Roosevelt G. Brief Report: Characterization of Marijuana Use in US College Students by State Marijuana Legalization Status as Reported to an Online Survey. American Journal of Addiction. 2019 Jul;28(4):266-269. doi:10.1111/ajad.12870. PMID: 30901123.

36. Ng P, Schimmel J, **Wang GS**. Lacosamide overdose: case of QRS prolongation and seizures. Journal of Emergency Medicine.  2019 Jun;56(6):652-656. doi:10.1016/j.jemermed.2019.01.018. PMID: 30879851

37. Bashqoy F, Heizer J, Reiter P, **Wang GS,** Borgelt L. Increased Testing and Health Care Costs for Pediatric Cannabis Exposures.  Pediatr Emerg Care. 2019 Apr 12. doi:10.1097/PEC.0000000000001811. PMID: 30998654.

38. **Wang GS,** Bourne DW, Klawitter J, Sempio C, Chapman K, Knupp K, Wempe WF, Borgelt L, Christians U, Heard K, Bajaj L.  Disposition of Oral Delta-9 Tetrahydrocannabinol (THC) in Children Receiving Cannabis Extracts for Epilepsy. Clin Toxicol (Phila). 2019 May 21:1-5. doi:10.1080/15563650.2019.1616093. PMID: 31111749.

39. Ng P, Leonard J, Graham J, Banerji S, **Wang GS.**  Adolescent Exposures to Traditional and Novel Psychoactive Drugs, Reported to National Poison Data System (NPDS), 2007-2017. Drug and Alcohol Dependence.  2019 Sep 1;202:1-5. doi:10.1016/j.drugalcdep.2019.04.026. PMID: 31279256.

GSW CV Last Updated 11/01/2019

40. Desai N, Mistry R, Brou L, Boehnke M, Lee JS, **Wang GS**. Pediatric Exposures Reported to the Toxicology Investigators Consortium (ToxIC), 2010-2015. Pediatric Emergency Care. 2019 Aug 23. doi: 10.1097/PEC.0000000000001893. [Epub ahead of print] PMID: 31464880.

41. Halmo L, Hurst I, Ng P, **Wang GS.** Latrodectus Facies after *Latrodectus hesperus* Envenomation in a Pediatric Patient. Journal of Emergency Medicine. 2019 Sep 3. doi:10.1016/j.jemermed.2019.06.018. PMID: 31492593.

42. Bonney C, Hatten B, **Wang GS.** Toxicity from Unintentional Pediatric Ingestion of a Performance Enhancing Drug: A Case Report with Review of Clenbuterol Toxicity and Treatment. Journal of Emergency Medicine. 2019 Sep 4. doi: 10.1016/j.jemermed.2019.06.016. [Epub ahead of print] PMID: 31493966

43. **Wang GS**. Reynolds, Banner W, Bond GR, Kauffman RE, Palmer RB, Paul IM, Rapp-Olsson M, Green JL, Dart RC.. Medication Errors from Over-the-Counter Cough and Cold Medications in Children. Acad Pediatr. 2019 Sep 25. doi: 10.1016/j.acap.2019.09.006. [Epub ahead of print]

44. **Wang GS**, Banerji S, Contreras E, Hall K. Marijuana Exposures in Colorado, Reported to Regional Poison Center, 2000-2018. Injury Prevention. 2019;0:1-3. doi:10.1136/injuryprev-2019-043360. PMID: 31676510.

45. **Wang GS,** Reese J, Bakel LA, Leonard J, Bielsky A, Reid A, Bos T, Nickels S, Bajaj L. Prescribing patterns of oral opioid analgesic for acute pain at a tertiary care children's hospital. Pediatric Emergency Care. 2019 Nov 4. doi: 10.1097/PEC.0000000000001909. PMID: 31688834

46. Fredericks R, Vohwinkel C, **Wang GS,** Graham J. An unusual Case of Severe Anion Gap Metabolic Acidosis in a 3-year-old Girl. Pediatrics in Review. Accepted Sept 16, 2019.

47. Graham J, Leonard J, Banerji S, **Wang GS.** Illicit Drug Exposures in Young Pediatric Patients Reported to the National Poison Data System, 2006-2016. Journal of Pediatrics. Accepted Nov 5, 2019.

*Book Chapters/References:*

1. **Wang G**. Chest Trauma. Bajaj L, Kerby G, Hambidge S, Nyquist A, Editors. Berman's Pediatric Decision Making. 5th Edition, Elsevier. 2011.

2. **Wang G**. Contributing author to Poisindex Reference, MICROMEDEX, 2011-2013.

3. **Wang G**, Rumack B, Dart R. Poisoning. Hay W, Levin M, Sondheimer J, Deterding R, Editors. Current Diagnosis &Treatment Pediatrics. 21st Edition, McGraw Hill. 2013

   a. 22nd Edition 2015

   b. 23rd Edition 2017

   c. 24th Edition 2019

4. **Wang G**, Brent J. Smoking Inhalation Injury. Zaoutis ZB, Chiang VW, Editors. Comprehensive Pediatric Hospital Medicine. 2nd Edition, Mosby 2013.

5. **Wang G.** Methoxyethanol. Wexler P, et al. Editors. Encyclopedia of Toxicology, 3rd Edition. Elsevier March 2014.

6. **Wang G**. Acute marijuana (Cannabis) intoxication. Up To Date. Orig (Annual updates) Dec 2014.

7. **Wang G**. Synthetic cannabinoid intoxication. Up To Date. Orig (Annual updates) Dec 2014.

8. Monitoring Health Concerns Related to Marijuana in Colorado: 2014. Colorado Department of Public Health and Environment.

GSW CV Last Updated 11/01/2019

      a.   Update 2016, 2018.

9.  **Wang G**. Pediatric Ingestions. Markovchick, et al. Editors. Emergency Medicine Secrets, 6th Edition. Elsevier 2015.

      a.   Halmo L, **Wang G**. 7th Edition. Elsevier 2019

10.  **Wang G**. Toxicological Emergencies. Pediatric Emergency Medicine Board Review Course. Oakstone. May 2016.

11.  **Wang G**. Environmental Emergencies. Pediatric Emergency Medicine Board Review Course. Oakstone. May 2016.

12.  **Wang G**. Oral Anticoagulants. Brent J, et al. Editors.  Critical Care Toxicology.  In press Oct 18, 2016.

13.  **Wang G**. Hydrocarbons. Marx J, et al. Editors.  Rosen's Emergency Medicine, 9th Edition. Saunders. Mar 2017.

      a.   Update 2020. 10th Edition

14.  **Wang G**. Marijuana Exposure in Pediatric Populations.  Pediatric Environmental Health Specialty Unit (PEHSU) E-learning Module. http://www.pehsuclassroom.net/lms/index.php?r=course/details&id=70.  April 2017.

15.  **Wang G**. Marijuana Use in Perinatal Populations. Pediatric Environmental Health Specialty Unit (PEHSU) E-learning Module. http://www.pehsu.net/cgi/page.cgi/_zine.html/Marijuana/Marijuana_Use_in_Perinatal_Populations .  June 2017.

16.  **Wang G**. Marijuana Use in Adolescent Populations. Pediatric Environmental Health Specialty Unit (PEHSU) E-learning Module. http://www.pehsuclassroom.net/lms/index.php?r=course/details&id=71.  June 2017.

17.  **Wang G**. 25I-NBOMe Intoxication.  Dye L, et al. Editors.  Case Studies in Medical Toxicology, ACMT Case Conference Series.  2017.

18.  Leham-Huskamp KL, Kennan WJ, Szalzo AJ, **Wang G,** Yin S.  Toxic Exposures.  Module 10.  Global Health Pediatric Disasters Course.  2017.

19.  **Wang G.** Interpreting Drug Test Results, Section 3.  Child Welfare Training.  Colorado Department of Human Services by the Colorado Child Welfare Training System and Illuminate Colorado.  September 2017. https://www.coloradocwts.com/find-a-class-2/learn-more-state-county-staff-2/explore-courses-register

20.  **Wang G.** Marijuana and the Impact on the Pediatric Population (including Perinatal and Adolescent) PEHSU Factsheet. September 2018. https://www.pehsu.net/_Marijuana_and_the_Impact_.html

21.  **Wang G.** Children's Health and Vaping: E-cigarettes & electronic nicotine delivery systems (ENDS). PEHSU Factsheet. December 2018. https://www.pehsu.net/_Children_s_Health_and_Vaping.html

22.  Graham J, **Wang G.** Think Before You Act(ivate). Avoiding Common Errors in Pediatric Emergency Medicine. 1st Edition. Wolters Kluwer. Pending May 2019.

23.  **Wang G.** Impact of Marijuana on Young Pediatrics.  Cannabis in Medicine.  1st Edition.  Springer. Pending September 2019.

GSW CV Last Updated 11/01/2019

24. **Wang G.** Common Drugs of Abuse and Associated Drug/Toxicology Testing Reference Guide. Illuminate Colorado, Colorado Division of Child Welfare. http://www.cotoxguide.org/  September 2019.

25. Halmo L, **Wang G.** Pediatric Drug Therapy. Marx J, et al. Editors.  Rosen's Emergency Medicine, 10th Edition. Saunders. Feb 2020.

*Other Products of Scholarship:*

1. Acetaminophen Toxicity Clinical Care Guideline, 2019.  Children's Hospital Colorado. Lead author.

2. Opioid Prescribing Practices Clinical Care Guideline, 2017.  Children's Hospital Colorado. Contributing author.

3. Monitoring Health Concerns Related to Marijuana in Colorado, 2014, 2016, 2018. Colorado Department of Public Health and Environment. Contributing author.

   a. https://www.colorado.gov/pacific/marijuana/news/monitoring-health-concerns-related-marijuana-colorado-2014

   b. https://localtvkdvr.files.wordpress.com/2017/01/monitoring_health_concerns_report_final.pdf

   c. https://www.colorado.gov/pacific/marijuanahealthinfo/summary

4. Lead Screening Guidelines. 2018. CDPHE. Contributing author. https://www.colorado.gov/pacific/cdphe/lead-health-professionals

*Presented Abstracts and Workshops (competitive):*

1. **Wang GS**, Deakyne S, Bajaj L, Heard K, Yin S, Roosevelt G. Under Utilization of a Regional Poison Center by the Community and a Tertiary Care Hospital. American Academy of Pediatrics 2010 National Conference and Exhibition.  San Francisco, CA.  Oct 4, 2010.

2. **Wang GS**, Heard K. Pediatric Marijuana Exposures in Medical Marijuana Legal State. The North American Congress of Clinical Toxicology (NACCT) National Conference, Las Vegas, NV, October 5, 2012.

3. **Wang GS**, Le Lait MC, Heard K. Unintentional Pediatric Exposures to Alpha-2 Agonists. 2013 Pediatric Academic Societies' Annual Meeting. Washington DC. May 6, 2013.

4. **Wang GS.**  Decriminalization of Marijuana and Impact on Unintentional Pediatric Exposures. Symposium: Evaluating the Public Health Risks of Marijuana: Scientific Evidence and Data Needs.  Society for Risk Analysis Annual Meeting.  Denver, CO. December 8, 2014.

5. Hoppe J, Monte A, Hatten B, **Wang GS**, Heard K.  The Mile High Club: The Effects of Marijuana Legalization in Colorado.  2015 Society for Academic Emergency Medicine Annual Meeting.  San Diego, CA.  May 15, 2015.

6. **Wang GS**, McDaniel H, Bartelson BB, Green J, Dart R. Unintentional Exposures to Prescription Opioid Analgesics among Children Underage Six: Trends over Time. 2016 Pediatric Academic Societies' Annual Meeting. Baltimore, MD. April 30, 2016.

7. **Wang GS.** National Surveillance of Pediatric Adverse Events Associated With Cough/Cold Medications.  2016 Pediatric Academic Societies' Annual Meeting. Baltimore, MD. May 1, 2016.

8. Bunik M, Talmi A, Wilson K, Wells KM, **Wang GS**, Walker LR, Riggs PD, Wymore E.  The Marijuana Movement: A Practical Workshop for Pediatric Practioners and Policy Advocates Interested in the Protection of Children.  2016 Pediatric Academic Societies' Annual Meeting. Baltimore, MD. May 1, 2016.

16

GSW CV Last Updated 11/01/2019

9. **Wang GS**, Becker A, Roosevelt G, Brou L, Galinkin J. Utility of an Expanded Urine Drug Screen in an Adolescent Psychiatric Population. 2016 Pediatric Academic Societies' Annual Meeting. Baltimore, MD. May 2, 2016.

10. **Wang GS,** Lelait MC, Deakyne S, Bronstein A, Bajaj L, Roosevelt G. Increase in unintentional pediatric exposures in a recreational marijuana state. 2016 European Association of Poison Centres and Clinical Toxicologists. Madrid, Spain. May 25, 2016.

11. **Wang GS**, Mayer A, Kosnett M, Freeman A.  Marijuana and Public Health: Marijuana Legislation, Impact on Public Health, EMS and Children**.** American Public Health Association Annual Conference.  Denver, CO.  November 2, 2016.

12. Brumbaugh D, Stevens A, **Wang GS.** Medical and Recreational Marijuana – What's Your Policy? 2017 Quality and Safety in Children's Health Conference. Orlando, FL.  March 22, 2017.

13. **Wang GS,** Lebourdais S, Deakyne S, Sass A, Mistry R. Impact of Marijuana Legalization in Colorado on Adolescent Emergency Department (ED) Visits.  Pediatric Academic Societies Annual Meeting.  San Francisco, CA.  May 8, 2017.

14. Wymore E, Palmer C, **Wang GS,** Metz T, Bourne D, Henthorne T, Sempio C, Klawitter J, Bunik M.  Excretion and Persistence of Marijuana in Human Breast Milk.  Pediatric Academic Societies Annual Meeting. Toronto, Canada. May 5, 2018.

15. Carney K, Woerly G, Schnell J, Caltagirone R, Roswell K, **Wang GS**, Portugal D, Brethouwer N, Baucum J, Distefano M.  Description and Operational Performance of a Novel Physician "Intake" System in a Pediatric Emergency Department. Pediatric Academic Societies Annual Meeting. Toronto, Canada. May 7, 2018.

16. Ng P, Banerji S, Graham J, Leonard J, **Wang GS**. Novel Drugs of Abuse in Adolescents Reported to National Poison Data System, 2007-2017.  Pediatric Academic Societies 2019 Meeting.  Baltimore, MD.  April 27, 2019.

17. Buttorff, C, Kress A, Tung G, **Wang GS,** Rosalie P.  The Impact of the Recreational Cannabis on the Opioids Crisis: Place Matters. 2019 Public Health in the Rockies Annual Conference. Keystone, CO.  August 30, 2019.

18. Buttorff, C, Kress A, Tung G, **Wang GS**, Rosalie P.  The Impact Of Recreational Cannabis Legalization On Opioid Use: The Colorado Experience.  2019 Addiction Health Services Research (AHSR) Conference.  Salt Lake City, Utah. October 17, 2019.

*Abstracts (competitive):*

1. Fan MH, Aminlari A, Gong NK, **Wang GS**, Myc A, Steinstraesser L, Wang SC, Su GL. *LBP and CD14 Mediate LPS Activation of Human Kupffer Cells.* Keystone Symposium on Macrophage Activation and Deactivation: Links Between Innate and Acquired Immunity. Keystone, CO, USA, 2001.

2. **Wang G**, Deakyne, S, Heard K, Yin S, Bajaj L, Roosevelt G. Limited Utility of Screening Laboratory and Ancillary Test in Pediatric Ingestions. Pediatric Academic Societies, Vancouver, Canada, May 1, 2010.

3. Richards, DS, **Wang GS**, Buchanan JA. Tea Tree Oil Ingestion Treated with Surfactant. The North American Congress of Clinical Toxicology (NACCT) National Conference, Las Vegas, NV, October 5, 2012.

4. **Wang GS**, Heard K. Pediatric Marijuana Exposures in Medical Marijuana Legal State. The North American Congress of Clinical Toxicology (NACCT) National Conference, Las Vegas, NV, October 5, 2012.

GSW CV Last Updated 11/01/2019

5. Banerji S, **Wang GS**, Heard K, Bronstein A. Plasmapheresis for Amphotericin B Overdose. The North American Congress of Clinical Toxicology (NACCT) National Conference, Las Vegas, NV, October 5, 2012.

6. **Wang GS**, Bronstein A, Roosevelt G, Sessions S, Heard K. Impact of Decriminalizing Marijuana on Unintentional Pediatric Marijuana Exposures in the US. 2013 Pediatric Academic Societies' Annual Meeting. Washington DC. May 5, 2013.

7. Kosnett M, **Wang GS.** Child Resistant Packaging for Edible Cannabis Products: Translating Research to Practice." The North American Congress of Clinical Toxicology (NACCT) National Conference, Atlanta, GA, October 2, 2013.

8. Cao D, Bronstein AC, **Wang GS**. Respiratory Failure, QTc Prolongation, and Myoclonic Movements after Massive Pediatric Ondansetron Oral Dissolving Tablet Ingestion. American College of Medical Toxicology National Conference. Phoenix, Az. March 28, 2014.

9. **Wang GS**, Brou L, Hoppe L, Heard K. Pediatric Ingestion Risk Factor Survey. Pediatric Academic Societies Annual Meeting. Vancouver, BC. May 3, 2014.

10. **Wang GS**, Simone K, Palmer R. Description of Edible Marijuana Products Potency Ranges, and Similarities to Mainstream Foods. North American Congress of Clinical Toxicology (NACCT) National Conference, New Orleans, LA. Oct 21, 2014.

11. **Wang GS**, Bronstein. Pediatrics Marijuana Exposures at a Regional Poison Center Serving a Decriminalized State. North American Congress of Clinical Toxicology (NACCT) National Conference, New Orleans, LA. Oct 21, 2014.

12. Bernard AS, **Wang GS**, PD Reiter, BR Braden, IS Douglas. Massive Intentional Ingestion of Viscous Lidocaine and Associated Neurotoxicity. Annual Critical Care Congress, Society of Critical Care Medicine Conference. Phoenix, Az. January 2015.

13. **Wang GS**, Monte A, Hatten B, Brent J, Buchanan J, Heard K. Medical Toxicology Consult Service at a Tertiary Children's Hospital. Annual American College of Medical Toxicology Conference. Clearwater, Fl. March 28, 2015.

14. **Wang GS**, Levitan R, Lowry J, Wiegand T, Schult R, Yin S. Extracorporeal Membrane Oxygenation for Severe Toxicologic Exposures: Review of the Toxicology Invesigators Consortium (ToxIC). Annual American College of Medical Toxicology Conference. Clearwater, Fl. March 28, 2015.

15. **Wang GS**, Roosevelt G, Fagan K, Hoppe. Pediatric Emergency Physician Knowledge of Prescription Drug Monitoring Programs and Interpretation of Prescription Profiles. Society for Academic Emergency Medicine (SAEM) 2015 Annual Meeting. San Diego, CA. May 12-15, 2015.

16. **Wang GS**, Besharat A, Le Lait MC, Haynes C, Dart R, Roosevelt G. Characterization of marijuana use in US college students as reported to an online survey. 2016 European Association of Poison Centres and Clinical Toxicologists. Madrid Spain. May 25, 2016.

17. Williams H, Coss S, **Wang GS**, Mackenzie J, Bianco J, Buckvold S. The implementation of Extracorporeal Membrane Oxygenation (ECMO) activations in the emergency department of a level 1 pediatric trauma center. Western Pediatric Trauma Conference. Aspen, CO. August 2016.

18. **Wang G**, Bau G, Bucher-Bartelson B, Severtson G, Green J, Dart R. Buprenorphine Products and Formulations and Rate of Unintentional Pediatric Exposures. American Public Health Association Annual Conference. Denver, CO. November 2, 2016.

19. **Wang GS**, Reynolds KM, Paul IM, Banner W, Gond G, Kauffman R, Green JL. Focusing Prevention: Frequency, Causation and Significant of Adverse Events from Cough and Cold

Medications in Children.  Pediatric Academic Societies Annual Meeting.  San Francisco, CA.  May 9, 2017.

20. Desai N, Brou L, Boehnke M, Lee J, Mistry M, **Wang GS.** Pediatric Toxicological Exposures as reported by the American College of Medical Toxicology (ACMT) ToxIC Registry from 2010 to 2015.  Pediatric Academic Societies Annual Meeting.  San Francisco, CA.  May 9, 2017.

21. Desai N, Brou L, Boehnke M, Lee J, Mistry M, **Wang GS.** Antidote and Treatment Utilization for Pediatric Toxicologic Exposures as reported by the American College of Medical Toxicology (ACMT) ToxiC Registry from 2010 to 2015.  Pediatric Academic Societies Annual Meeting.  San Francisco, CA.  May 9, 2017.

22. Johnson AB, Wilson KM, **Wang GS,** Mistry RD. Prevalence and Impact of Second Hand Marijuana Smoke Exposure on Emergency Department Visitation in Children. Pediatric Academic Societies Annual Meeting.  San Francisco, CA.  May 9, 2017.

23. Reese J, **Wang GS**, Bielsky A, Reid A, Nickels S, Hahn S, Mooney R, Erickson M, Kent S, Grantham J, Bos T, Bajaj L, Swanson, Marin S, Bakel LA. Development and Implementation of an Opioid Prescribing Clinical Pathway in a Pediatric Hospital Setting. Colorado Hospital Association Opioid Safety Summit.  Denver, CO.  January 25, 2018.

24. Reese J, Nickels S, Moss A, **Wang GS,** Reid A, Bos T, Bajaj L, Bakel LA.  Prescribing Pattern Variation of Discharge Oral Opioids from the Inpatient Medical Setting at an Academic Children's Hospital. Pediatric Academic Societies Annual Meeting. Toronto, Canada. May 7, 2018.

25. **Wang GS,** Reese J, Bakel LA, Bielsky A, Reid A, Hahn S, Bos T, Nickels S, Bajaj L.  Prescribing Patterns of Oral Opioid Analgesic for Acute Pain at a Tertiary Care Children's Hospital Emergency Departments (ED) and Urgent Cares (UC).  Pediatric Academic Societies Annual Meeting. Toronto, Canada. May 8, 2018.

26. Johnson AB, Wilson KM, **Wang GS,** Mistry RD. Characteristics of Marijuana Users Bringing Their Children to a Colorado Emergency Department and Impact of Second Hand Marijuana Smoke. Pediatric Academic Societies Annual Meeting. Toronto, Canada. May 8, 2018.

27. Johnson AB, Wilson KM, **Wang GS**, Mistry RD. Exposure on Pediatric Health and Emergency Department Visitation. Pediatric Academic Societies Annual Meeting. Toronto, Canada. May 8, 2018.

28. Reid A, Nickels S, Mooney R, Bakel LA, Reese JW, **Wang GS**, Fernandez P, Hahn S, Erickson M, Grantham J, Bos T, Bielsky A, Reyburn-Orne T, Kalita K. Opioid  Prescribing Practices in a Pediatric Hospital: Next Steps, Opioid Stewardship. 2018 Pain Week. Las Vegas, NV. Sept 6, 2018.

29. Nickels, Hahn S, Marin S, Bernier B, Thomas A, Cook M, Reese J, **Wang GS,** Bielsky A, Bos T, Rach M, Mooney R, Reid A, Bakel LA.  Improving Inpatient Substance Use Screening to Inform Opioid Prescribing Risk in a Pediatric Hospital Setting. American Society of Pain Management Nursing 28th National Conference.  Bonita Springs, FL. September 26, 2018.

30. Brandehoff N, Tanverdi M, **Wang GS.** Burning Coral Causing Multiple Palytoxin Exposures. Annual American College of Medical Toxicology Conference.  Chicago, IL.  Oct 25, 2018.

31. Halmo L, **Wang GS,** Reynolds KM, Banner W, Bond GR, Kauffman RE, Palmer RB, Paul IM, Dart RC. Pediatric Deaths Associated with Over-the-Counter Cough and Cold Medication Exposures. Annual American College of Medical Toxicology Conference.  Chicago, IL.  Oct 25, 2018.

32. Wymore E, Palmer C, **Wang GS**, Metz T, Bourne D, Henthorne T, Sempio C, Klawitter J, Bunik M. Duration of Marijuana Excretion in Human Breast Milk. Academy of Breastfeeding Medicine Annual Conference.  San Francisco, CA.  Nov 12, 2018.

GSW CV Last Updated 11/01/2019

33. Hurst I, Topoz I, Schmidt S, **Wang GS.** Implementing Pediatric Emergency Department Substance Abuse Screening and Referrals.  Pediatric Academic Societies 2019 Meeting. Baltimore, MD. Apr 29, 2019.

34. Graham J, Banerji B, Leonard J, **Wang GS.**  Illicit Drug Exposures in Young Pediatric Patients Reported to the National Poison Data System, 2006-2016. Pediatric Academic Societies 2019 Meeting.  Baltimore, MD. Apr 27, 2019.

35. Buttorff, C, Kress A, Tung G, **Wang GS,** Rosalie P.  Development and Validation of a Time-Varying Neighborhood-Level Measure of Exposure to Medical and Recreational Marijuana in Colorado. 2019 Academy Health Research Meeting. Washington DC. June 2, 2019.

**Media**

1. Legal Pot Results in More Calls to the Poison Control Center. March 7, 2013.  CBS Denver News. http://denver.cbslocal.com/2013/03/07/doctors-urge-child-resistant-packaging-pot-edibles/

2. Booth, M. Colorado pot accidents spur call for childproof packaging. The Denver Post. April 1, 2013. http://www.denverpost.com/news/marijuana/ci_22912949/colorado-pot-accidents-spur-call-childproof-packaging?source=rss

3. Ricin found in letters to senators. April 17, 2013.  9news Denver, Fox News Denver. http://kdvr.com/2013/04/17/mississippi-man-arrested-in-ricin-letters-authorities-say/

4. Marijuana exposures and child safety.  Joy in our Town. Public Service Television. April 30, 2013.

5. Doctors: Marijuana edibles post danger to children. May 2, 2013. 9news Denver. http://www.9news.com/news/article/334028/188/Doctors-Marijuana-edibles-pose-danger-to-children

6. State regulators set to vote on marijuana regulations. Boston Globe.  May 8, 2013. http://www.bostonglobe.com/lifestyle/health-wellness/2013/05/08/state-wants-independent-labs-test-medical-marijuana-sold-massachusetts/Y6hwAbDpN1AM1pJporCHVK/story.html

7. ACMT Physicians Advocate for Child-Resistant Packaging for Marijuana Products. May 16, 2013. http://www.prweb.com/releases/2013/5/prweb10727304.htm

8. Interviews pertaining to JAMA Pediatric article

   a. http://www.komonews.com/news/local/Medical-pot-laws--treats-may-send-more-kids-to-ER-209088571.html

   b. http://consumer.healthday.com/kids-health-information-23/misc-kid-s-health-news-435/kids-poisoned-by-medical-marijuana-study-finds-676753.html

   c. http://healthland.time.com/2013/05/28/more-kids-accidentally-ingesting-marijuana-following-new-drug-policies/

   d. http://durangoherald.com/article/20130527/NEWS01/130529507/Report:-More-kids-eating-medical-pot-—-accidentally-

   e. http://blogs.westword.com/latestword/2013/05/marijuana_edibles_study_hospital_visits_children.php

   f. http://denver.cbslocal.com/2013/05/28/medical-pot-laws-treats-may-send-more-kids-to-er/

   g. http://www.cpr.org/article/Doctors_Seeing_More_Kids_Whove_Eaten_MarijuanaLaced_Food

   h. http://www.npr.org/blogs/thesalt/2013/05/28/186899565/pot-brownies-should-be-childproofed-doctors-say

GSW CV Last Updated 11/01/2019

    i.    http://www.reuters.com/article/2013/05/28/us-pot-medical-use-idUSBRE94R0XH20130528

    j.    http://www.wbur.org/npr/186899565/pot-brownies-should-be-childproofed-doctors-say?ft=3&f=186899565

    k.    http://globalnews.ca/news/593442/new-drug-laws-in-colorado-lead-to-rise-in-children-accidentally-eating-marijuana/

    l.    http://www.healthpolicysolutions.org/2013/05/28/accidental-pot-ingestion-spikes-in-babies-kids/

    m.    http://www.npr.org/2013/12/17/251946079/a-majority-in-u-s-favor-legal-pot-but-will-that-stick

9. Rise in synthetic marijuana use in Denver. Denver Fox31 News. August 30, 2013. http://kdvr.com/2013/08/30/more-kids-hospitalized-after-smoking-synthetic-marijuana/

10. Snacks Laced with Marijuana Raise Concerns.  New York Times.  January 31, 2014. http://www.nytimes.com/2014/02/01/us/snacks-laced-with-marijuana-raise-concerns.html?_r=0

11. Decriminalizing Pot May Land more Kids in the ER. Feb 14, 2014. http://radiomd.com/show/er-101/item/18149-decriminalizing-pot-may-land-more-kids-in-the-er

12. Alice 105.9 marijuana interview.  http://www.childrenscolorado.org/alice

13. Ask the Experts.  Online Childrens Hospital Colorado.   March 4, 2014. http://childrenscolorado.tumblr.com/post/78041762969/ask-the-experts-home-safe-home#disqus_thread

14. Poison Prevention Week.  Fox 31. March 19, 2014. http://kdvr.com/2014/03/19/poison-prevention-week/

15. Hospital news, testimony for HB 1122 https://info.childrenscolorado.org/HospitalNews/Pages/gov-signs-pot-edible-safe-packaging-bill.aspx

16. Law Keeps Children From Accidental Pot Ingestion.  Stapleton Front Porch. 4/1/2014. http://www.usatoday.com/story/news/nation/2014/04/02/marijuana-pot-edibles-colorado/7154651/

17. Safety Concerns About Legal Marijuana Edibles.  4/23/2014. http://www.foxnews.com/health/2014/04/23/safety-concerns-about-legal-marijuana-edibles/

18. Colo Kids Getting into Parent's Pot-laced goodies.  USATODAY. 4/2/2014 http://www.usatoday.com/story/news/nation/2014/04/02/marijuana-pot-edibles-colorado/7154651/

19. Safety Concerns About Legal Marijuana Edibles. FoxNews.  4/23/2014 http://www.foxnews.com/health/2014/04/23/safety-concerns-about-legal-marijuana-edibles/

20. Doctor's have warning for pot using parents.  CBS4 Denver.  5/22/2014. http://denver.cbslocal.com/2014/05/22/doctors-have-warning-for-pot-using-parents/

21. Hershey's sues Colorado Pot Edibles Maker.  Fox31 Denver. 6/6/2014 http://kdvr.com/2014/06/06/hersheys-sues-colorado-pot-edibles-maker/

22. LA Times.  June 26, 2014.  http://touch.latimes.com/#section/717/

23. Marijuana legalization in Colorado: So far, so good. San Jose Mercury News. 7/6/2014. http://www.mercurynews.com/nation-world/ci_26095372/marijuana-legalization-colorado-so-far-so-good

24. Colorado's Pot Legalization, Six Months Later. ABCNEWS.  7/6/2014. http://abcnews.go.com/ThisWeek/video/colorados-pot-legalization-months-24444076

GSW CV Last Updated 11/01/2019

25. The Downside to Legalized Pot.  La Voz. 7/16/2014.
    http://www.lavozcolorado.com/detail.php?id=7636

26. NBC Nightly News. 9/14/2014. http://www.nbcnews.com/watch/nightly-news/edible-marijuana-sales-boom-in-colorado-330040387597

27. 9news Marijuana Public Service Announcement.  10/16/2014.
    https://gannett.wistia.com/medias/el9b2b6qmt

28. Bend Bulletin News.  http://www.bendbulletin.com/health/2807742-151/oregon-eyes-rules-to-keep-pot-edibles-away. 1/29/2015

29. Vermont WCAX News. http://www.wcax.com/story/28027365/worries-legal-weed-could-jeopardize-kids-road-safety.  2/4/2015

30. ABCNEWS.  http://abcnews.go.com/Health/pot-brownie-made-man-fear-stroke-highlights-concerns/story?id=29955435.  3/27/2015

31. Oregonian.  http://www.oregonlive.com/marijuana/index.ssf/2015/04/oregon_poison_center_studies_m.html.  4/14/2015

32. NPR, Science Friday. http://www.sciencefriday.com/playlist/#play/program/1792. 7/3/2015

33. Fairbanks AK.  http://mms.tveyes.com/Expand.asp?aln=20481921&id=278976&dt=09%2f01%2f2015+06%3a39%3a21+AM&u=160435.  9/2/2015

34. 7news.  http://www.thedenverchannel.com/thenow/kids-using-hand-sanitizer-to-get-drunk-even-small-amounts-can-cause-alcohol-poisoning. 9/15/2015

35. Radio MD. http://radiomd.com/show/er-101/item/29614-cbd-and-pediatric-epilepsy.  10/23/2015

36. Radio MD. http://radiomd.com/show/er-101/item/29613-pediatric-exposure-and-decriminalizing-marijuana. 10/23/2015

37. Portland Tribune.  https://webmail.childrenscolorado.org/owa/redir.aspx?C=5XPzDrnv_UOy9DNyASmPehDmxrmBDNMlpSaGNgW-73uYbCbUIfVfBiSJhRakVMSNwDdVi90c3GM.&URL=http%3a%2f%2fportlandtribune.com%2fpt%2f9-news%2f285052-161743-or-researcher-studies-safe-pot-doses-for-kids.  12/14/2015

38. MedicalResearch.com https://medicalresearch.com/author-interviews/more-kids-now-accidentally-exposed-to-edible-marijuana-poisoning/26468/ 7/25/2016

39. CBS News Denver. http://denver.cbslocal.com/2016/07/25/pot-sends-more-kids-to-er/.  7/25/2016

40. CNN. http://www.cnn.com/2016/07/27/health/colorado-marijuana-children/index.html. 7/26/2016

41. NPR. http://www.wbur.org/hereandnow/2016/07/28/hospitalizations-colorado-pot. 7/28/2016

42. Canada Broadcast Corporation. http://ici.radio-canada.ca/regions/special/2016/marijuana-legalisation/index.html. October 21, 2016.

43. USA Today. http://www.usatoday.com/story/news/2016/10/26/kratom-plant-used-help-heroin-cravings-remains-legal-use/92771826/.  Oct 28,2016.

44. NBC Nightly News. http://www.nbcnews.com/nightly-news/video/is-it-safe-for-kids-to-eat-marijuana-797038147752.  Oct 30, 2016.

45. Bend Bulletin. http://www.bendbulletin.com/health/4718634-151/mainstreaming-marijuana.  Nov 14, 2016.

GSW CV Last Updated 11/01/2019

46. CBC News, Nova Scotia. http://www.cbc.ca/news/canada/nova-scotia/iwk-marijuana-legalization-poison-children-hospital-1.4042405. Mar 28, 2017.

47. EurekAlert! AAAS.  https://www.eurekalert.org/pub_releases/2017-05/aaop-evr042617.php.  May 4, 2017

48. CBSNEWS.  http://www.cbsnews.com/news/pot-legalized-colorado-teens-hospital-er/  May 8, 2017.

49. Denverrite.  https://www.denverite.com/study-childrens-hospital-colorado-sees-minors-using-marijuana-quadruple-legalization-35445/  May 10, 2017

50. USNEWS.  http://health.usnews.com/health-care/articles/2017-05-05/pot-a-factor-in-more-er-admissions-for-colorado-teens-after-legalization.  May 5, 2017

51. NBC News  http://www.nbcnews.com/health/health-news/er-visits-kids-rise-significantly-after-pot-legalized-colorado-n754781 May 5, 2017

52. Denver Post.  http://www.denverpost.com/2017/05/18/marijuana-teenage-emergency-room-patients/.  May 18, 2017

53. Fox31 News.  http://kdvr.com/2017/05/24/debate-brews-over-childrens-hospital-marijuana-study/.  May 24, 2017

54. CNN. http://www.cnn.com/2017/08/14/health/marijuana-intoxication-children-france-study/index.html.  Aug 14, 2017

55. Reuters.  https://www.reuters.com/article/us-health-pediatrics-pot-idUSKCN1AU0AS.  Aug 13, 2017.

56. KPLR11 (St. Louis). http://kplr11.com/2018/02/15/childrens-er-visits-prompt-warning-about-marijuana-exposure-cccess/.  February 16, 2018.

57. Parents Magazine. https://www.parents.com/parenting/better-parenting/advice/household-products-that-look-like-candy/.  April 12, 2018.

58. Reuters. https://www.reuters.com/article/us-health-marijuana-kids/marijuana-related-er-visits-by-colorado-teens-on-the-rise-idUSKBN1HO38A.  Apr 18, 2018.

59. USNEWS. https://health.usnews.com/health-care/articles/2018-05-03/simple-drug-packaging-change-could-save-toddlers-lives.  May 3, 2018.

60. Healthday.  https://consumer.healthday.com/bone-and-joint-information-4/opioids-990/kids-are-overdosing-on-med-meant-to-fight-opioid-addiction-735104.html.  June 26, 2018.

61. Boulder Weekly.  https://www.boulderweekly.com/adventure/what-is-cbd-and-should-i-be-using-it/. September 7, 2018.

62. CafeMom. http://thestir.cafemom.com/being_a_mom/214357/mom-worried-about-marijuana-legalization. September 21, 2018.

63. Leafly. https://www.leafly.com/news/health/how-emts-and-doctors-treat-cannabis-overconsumption.  September 24, 2018.

64. CCTSI. http://www.ucdenver.edu/research/CCTSI/news-events/newsletter/Pages/Pharmacokinetics-of-CBD-in-children-with-epilepsy.aspx.  October 10, 2018.

65. CTV. https://www.ctvnews.ca/health/colorado-experienced-a-sharp-spike-in-er-visits-after-legalizing-cannabis-doctor-1.4137154. October 17, 2018.

GSW CV Last Updated 11/01/2019

66. Listen to Marijuana as Medicine – Live! From the 2018 AAP Annual Meeting (S2:E14): https://itunes.apple.com/us/podcast/charting-pediatrics/id1270942356?mt=2#episodeGuid=da95a48bef124cd4a5614a5c7f81861c http://traffic.libsyn.com/chartingpediatrics/S2E14_Marijuana_as_Medicine_-_Live_from_the_2018_AAP_Annual_Meeting.mp3

67. CNN. https://www.cnn.com/2019/02/05/health/marijuana-gummies-cleveland-school-bn/index.html.  February 5, 2019.

68. Charting Pediatrics. Pediatric Toxicology: http://traffic.libsyn.com/chartingpediatrics/S2E29_Most_Common_Peds_Overdoses.mp3. March 12, 2019.

69. CNN. https://www.cnn.com/2019/03/25/health/edible-cannabis-emergency-visit-study/index.html. March 24, 2019.

70. 9news.  https://www.9news.com/video/news/health/a-growing-number-of-young-children-are-accidentally-swallowing-marijuana-study-says/73-9008162e-9cb0-4c64-b41d-53a6f7c9b1ca. June 8, 2019.

71. CBS News. https://www.cbsnews.com/news/marijuana-the-unintended-consequences-of-more-potent-pot/ August 10, 2019.

72. Reuters. https://www.reuters.com/article/us-health-cannabis-children/parents-can-do-better-to-keep-their-pot-away-from-children-idUSKCN1VD26T?utm_source=CUAT-Fri-Aug-30-2019&utm_medium=email&utm_campaign=CUAnschutzToday&utm_content=Parents-can-do-better-to-keep-their-pot-away-from-children.  August 23, 2019.

73. KRDO News. https://www.krdo.com/news/doctors-warn-toddlers-could-die-from-drinking-vape-juice/1122566356. September 18, 2019.

74. Arizona 12News. https://www.12news.com/article/news/local/marijuana/colorado-420/75-630ad4fc-c18b-4219-9b74-af8ae4696cbc. November 2, 2019.