**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  DAKOTA MICHAEL HELLER,

        Defendant.

---

**GOVERNMENT'S NOTICE OF REQUEST FOR REDACTION**
---

      The United States of America, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Assistant United States Attorneys Patricia Davies and Andrea Surratt, hereby submits this Notice of Request for Redaction. Specifically, during the recent trial in this matter between October 28 through November 1, 2019, there were several instances in which the victim's true name was inadvertently stated in open court and appears in the trial transcript. The government hereby requests that, in instances when the victim's true name appears in the trial transcript, such true name be redacted.  Alternatively, with the Court's permission and if no objection from the defendant, the government requests that the victim's true name be replaced with the victim's chosen pseudonym "Christopher," in conformity with the Court's prior Orders (*e.g.*, Document # 220).[1]

---

[1] Those instances are as follows: Day 2 (19oct29) – Page 300, Line 11; Page 305, Line 23; Page 331, Lines 1 & 2; Day 3 (19oct30) – Page 425, Line 14; Page 575, Line 24

1

Additionally, the government requests that, if the effected portion of the trial transcript is used in a future proceeding in this matter, such use be conducted only with a version of the transcript that includes the requested redactions or substitutions.

Respectfully submitted this 19th day of November, 2019.

                                  JASON R. DUNN
                                UNITED STATES ATTORNEY

By:    *s/ Patricia Davies & Andrea Surratt*
        Assistant United States Attorneys
        U.S. Attorney's Office
        1801 California Street, Suite1600
        Denver, CO. 80202
        Telephone (303) 454-0100
        Email: Patricia.Davies@usdoj.gov
        Andrea.Surratt@usdoj.gov
        Attorneys for the Government

## CERTIFICATE OF SERVICE

  I hereby certify that on this 19th day of November, 2019, I electronically filed the foregoing **GOVERNMENT'S NOTICE OF REQUEST FOR REDACTION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

              s/ *Amy McDaniel*
              Amy McDaniel
              Legal Assistant
              U.S. Attorney's Office