IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DAKOTA MICHAEL HELLER,

       Defendant.
_____

**RESPONSE TO GOVERNMENT'S MOTION TO REDACT [DOC. 121]**
_____

       Dakota Michael Heller, through counsel, has no objection to the government's request to redact, including replacing the name of the alleged victim with the pseudonym, "Christopher."

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/Kelly Christl
       KELLY CHRISTL
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       kelly.christl@fd.org
       Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on November 20, 2019, I electronically filed the foregoing ***Response to Government's Motion to Redact [Doc. 121]*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Patricia W. Davies, Assistant United States Attorney
    Email: patricia.davies@usdoj.gov

    Andrea L. Surratt, Assistant United States Attorney
    Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Dakota Michael Heller  (via Mail)

                                       s/Kelly Christl
                                       KELLY CHRISTL
                                       Assistant Federal Public Defender
                                       633 17th Street, Suite 1000
                                       Denver, CO  80202
                                       Telephone:  (303) 294-7002
                                       FAX:  (303) 294-1192
                                       kelly.christl@fd.org
                                       Attorney for Defendant