**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DAKOTA MICHAEL HELLER,

    Defendant.

---

**GOVERNMENT'S UPDATED NOTICE REGARDING PROPOSED
EXPERT TESTIMONY DURING DECEMBER 16, 2019 RETRIAL**
_____

    The United States of America, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Assistant United States Attorneys Patricia Davies and Andrea Surratt, hereby provides updated notice regarding proposed expert testimony during the retrial scheduled for December 16, 2019.  The Government has provided a summary of the anticipated expert testimony to the defendant. (*See* Attachment A).

Dated: November 22, 2019

                                           RESPECTFULLY SUBMITTED,

                                           JASON R. DUNN
                                           UNITED STATES ATTORNEY
                                           DISTRICT OF COLORADO

                  By:    *s/ Patricia Davies & Andrea Surratt*
                            Assistant United States Attorneys
                            U.S. Attorney's Office
                            1801 California Street, Suite1600
                            Denver, CO 80202
                            Telephone (303) 454-0100
                            Email: Patricia.Davies@usdoj.gov
                                        Andrea.Surratt@usdo.gov
                            Attorneys for the Government