IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAKOTA MICHAEL HELLER,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter comes before the Court on the Government's Notice of Request for Redaction [Docket No. 121]. The Court will treat the "notice" as a motion for redaction. On June 18, 2019, the Court allowed the alleged victim to testify under a pseudonym and ordered other witnesses and the attorneys to refer to the alleged victim by that pseudonym. Docket No. 22. The government requests that, where the alleged victim's actual name appears in the trial transcript, the name should be redacted or replaced with the alleged victim's pseudonym. Docket No. 121 at 1. During the course of the October 28-30, 2019 trial, some witnesses inadvertently used the alleged victim's actual first name. Defendant does not oppose redacting or replacing the alleged victim's actual name in the trial transcript. Docket No. 124.

    In accordance with the Court's prior orders permitting the use of a pseudonym, the Court grants the government's motion and orders that the court reporter replace those instances where the alleged victim's actual name appears in the trial transcript with his pseudonym.

    DATED November 22, 2019.