IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAKOTA MICHAEL HELLER,

    Defendant.
_____

### DEFENDANT'S NOTICE OF EXPERT DISCLOSURE
_____

Dakota Michael Heller, through counsel, disclosed the following expert witness pursuant to Fed. Rule Crim. P. 16 and Fed. Rule of Evidence 702 to the government: Deborah Davis, Ph.D.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Kelly Christl
        KELLY CHRISTL
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Email:  Kelly_Christl@fd.org
        Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on November 22, 2019, I electronically filed the foregoing ***DEFENDANT'S NOTICE OF EXPERT DISCLOSURE*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Patricia W. Davies, Assistant United States Attorney
    Email: patricia.davies@usdoj.gov

    Andrea L. Surratt, Assistant United States Attorney
    Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Dakota Michael Heller  (via Mail)

                                                  s/ Kelly Christl
                                                  KELLY CHRISTL
                                                  Assistant Federal Public Defender
                                                  633 17th Street, Suite 1000
                                                  Denver, CO  80202
                                                  Telephone:  (303) 294-7002
                                                  FAX:  (303) 294-1192
                                                  Email:  Kelly_Christl@fd.org
                                                  Attorney for Defendant