IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Philip A. Brimmer

Criminal Action No.:  19-cr-00224-PAB
Courtroom Deputy:    Sabrina Grimm

Date:   December 2, 2019
Court Reporter:   Janet Coppock

*Parties:*

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  DAKOTA MICHAEL HELLER,

   Defendant.

*Counsel:*

Patricia Davies
Andrea Surratt

Kelly Christl
Natalie Stricklin

## COURTROOM MINUTES

**MOTION HEARING**

**1:06 p.m.**       **Court in session.**

Appearances of counsel.  Defendant present on bond.

Discussion regarding excluding time from speedy trial calculations.

**ORDERED:**   Defendant's Unopposed Motion to Continue Trial set for December 16, 2019 [131] is GRANTED.  An additional 45 days from today's date shall be excluded from the computation of speedy trial.

**ORDERED:**   Trial Preparation Conference is VACATED and RESET to February 28, 2020 at 4:00 p.m. in Courtroom A701 before Chief Judge Philip A. Brimmer.

**ORDERED:**   Trial is VACATED and RESET to March 2, 2020 at 8:00 a.m., for four days, in Courtroom A701 before Chief Judge Philip A. Brimmer.

Discussion regarding the filing of a Superseding Indictment.

**ORDERED:**   Bond is continued.

**1:25 p.m.     Court in recess.**

Hearing concluded.
Total in-court time:    00:19