IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAKOTA MICHAEL HELLER,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

    The trial set for three days beginning December 16, 2019 at 8:00 a.m. is RESET for four days beginning March 2, 2020 at 8:00 a.m. The trial preparation conference set for December 13, 2019 at 1:00 p.m. is RESET for February 28, 2020 at 4:00 p.m., both in Courtroom A701 before Chief Judge Philip A. Brimmer. Proposed jury instructions, verdict forms, voir dire, witness lists, and exhibit lists and any motions in limine the Court has not already ruled on shall be filed on or before February 17, 2020. Responses to all motions shall be due no later than February 21, 2020.

    DATED December 2, 2019.