**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAKOTA MICHAEL HELLER,

    Defendant.

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about April 3, 2017, in the State and District of Colorado and elsewhere, and on an aircraft in the special aircraft jurisdiction of the United States, that is Emirates Air flight EK229, DAKOTA MICHAEL HELLER, defendant herein, committed an act that if committed in the special maritime and territorial jurisdiction of the United States, as defined in 18 U.S.C. § 7, would violate 18 U.S.C. § 2244(b), which is part of Chapter 109A of Title 18, United States Code, to wit: DAKOTA MICHAEL HELLER did knowingly engage in and cause sexual contact with another person, Minor # 1, without that other person's permission.

All in violation of Title 18, United States Code, Sections 2244(b) and 2246(3), and Title 49, United States Code, Sections 46501(2) and 46506(1).

## COUNT 2

On or about April 3, 2017, in the State and District of Colorado and elsewhere, and on an aircraft in the special aircraft jurisdiction of the United States, that is Emirates Air flight EK229, DAKOTA MICHAEL HELLER, defendant herein, committed an act that if committed in the special maritime and territorial jurisdiction of the United States, as defined in 18 U.S.C. § 7, would violate 18 U.S.C. § 2244(a)(2), which is part of Chapter 109A of Title 18, United States Code, to wit: DAKOTA MICHAEL HELLER did knowingly engage in and cause sexual contact with another person, Minor # 1, while Minor # 1 was at the time incapable of appraising the nature of the conduct, and physically incapable of declining participation in the sexual contact, and physically incapable of communicating unwillingness to engage in the sexual contact.

All in violation of Title 18, United States Code, Sections 2244(a)(2) and 2246(3), and Title 49, United States Code, Sections 46501(2) and 46506(1).

A TRUE BILL:

*Ink signature on file in Clerk's Office*
FOREPERSON

JASON R. DUNN
United States Attorney
By: *s/Patricia Davies & Andrea Surratt*
Patricia Davies
Andrea Surratt
Assistant U.S. Attorneys
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: patricia.davies@usdoj.gov
          andrea.surratt@usdoj.gov
Attorneys for Government

2