| | |
|---|---|
| <u>DEFENDANT</u>: | DAKOTA MICHAEL HELLER |
| <u>AGE/YOB</u>: | 1981 |
| <u>COMPLAINT FILED?</u> | _____ Yes   \_\_\_x\_\_\_\_ No<br>If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? | \_\_ Yes   \_x\_ No<br>If No, a new warrant is required |
| <u>OFFENSE(S)</u>: | Count 1: 18 U.S.C. §§ 2244(b) and 2246(3); 49 U.S.C. §§ 46501(2) and 46506(1) (Abusive Sexual Contact – Without Permission)<br>Count 2: 18 U.S.C. §§ 2244(a)(2) and 2246(3); 49 U.S.C. §§ 46501(2) and 46506(1) (Abusive Sexual Contact–Incapable Victim) |
| <u>LOCATION OF OFFENSE</u>: | Jefferson County, Colorado & elsewhere |
| <u>PENALTY</u>: | Count 1: NMT 2 years imprisonment, $250,000 fine, and $100 special assessment<br>Count 2: NMT 3 years imprisonment, $250,000 fine, and $100 special assessment |
| <u>AGENT</u>: | Philip Jones<br>Special Agent, FBI |
| <u>AUTHORIZED BY</u>: | Patricia Davies<br>Andrea Surratt<br>Assistant U.S. Attorneys |

<u>ESTIMATED TIME OF TRIAL</u>:

\_x\_ five days or less; \_\_\_ over five days

<u>THE GOVERNMENT</u>

 X   will not seek detention in this case.

The statutory presumption of detention is not applicable to this defendant.