IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAKOTA MICHAEL HELLER,

        Defendant.
_____

**MOTION FOR ORDER TO EXTEND THE DEADLINE TO FILE REPLY RE: EXPERT OBJECTIONS AND FOR BRIEFING SCHEDULE RE: ELEMENTS JURY INSTRUCTIONS**
_____

Dakota Michael Heller, through counsel, Assistant Federal Public Defender Jacob Rasch-Chabot, requests this Court extend the time for Mr. Heller to file his reply to the Government's Response to Defendant's Objection to Karen Blackwell (ECF No. 140), until after the Court rules on the government's proposed elements jury instructions. In support, counsel states:

1. In its Response to the Defendant's Objection to Karen Blackwell, the government states, correctly, that Mr. Heller's relevance objection to Ms. Blackwell is based on his assumption that the jury in the retrial will be given the same elements instruction that the jury in the first trial was given. (ECF No. 140.) More specifically, he assumes that, as in the first trial, the only disputed element will be his subjective knowledge of his lack of permission. However, the government revealed in its Response that it expects to provide a new jury instruction that

    potentially affects the relevancy of the expert's testimony and the validity of Mr. Heller's objections thereto.  (*Id.*).

2. Accordingly, Mr. Heller requests that this Court grant Mr. Heller an extension of time to file a reply at least until the government has submitted its new proposed elements instruction.

3. Moreover, because the elements of the offenses greatly impact both parties' trial strategies and preparation, Mr. Heller requests that this Court set a briefing schedule to litigate the elements instructions for both charges long before the current jury instruction deadline of February 17, 2020.

4. Mr. Heller understands that it is this Court's usual practice is to get proposed instructions from both parties prior to trial and to hold jury instruction conferences and finalize the instructions during trial.  However, litigating just the elements instructions in advance is appropriate here for a few reasons.  First, as stated above, the elements of the offenses, especially the mens rea elements, has a substantial effect on trial strategies for both parties, and knowing the actual elements of the offenses would be very beneficial in preparing for trial.  Second, the elements instructions largely, if not entirely, concern questions of law, which can be litigated and decided prior to trial.  Third, to the extent that the instructions do turn on any factual issues, the parties and the Court, having been through one trial already, are well aware of the evidence in this case and are in a better position than usual to litigate jury instructions in advance of trial.

For these reasons, Mr. Heller requests that this Court set a briefing schedule for the parties to litigate, and for this Court to decide, the elements instructions to be given in

this case. Moreover, Mr. Heller requests that he be allowed to file his reply to the government's response to his expert objections after this Court rules on the elements instructions.

                Respectfully submitted,

                VIRGINIA L. GRADY
                Federal Public Defender

                s/Jacob Rasch-Chabot
                JACOB RASCH-CHABOT
                Assistant Federal Public Defender
                633 17th Street, Suite 1000
                Denver, CO  80202
                Telephone:  (303) 294-7002
                FAX:  (303) 294-1192
                jacob.rasch-chabot@fd.org
                Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on December 6, 2019, I electronically filed the foregoing ***MOTION FOR ORDER TO EXTEND THE DEADLINE TO FILE REPLY RE: EXPERT OBJECTIONS AND FOR BRIEFING SCHEDULE RE: ELEMENTS JURY INSTRUCTIONS*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Patricia W. Davies, Assistant United States Attorney
    Email: patricia.davies@usdoj.gov

    Andrea L. Surratt, Assistant United States Attorney
    Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Dakota Michael Heller  (via Mail)

                                  s/Jacob Rasch-Chabot
                                    JACOB RASCH-CHABOT
                                    Assistant Federal Public Defender
                                    633 17th Street, Suite 1000
                                    Denver, CO  80202
                                    Telephone:  (303) 294-7002
                                    FAX:  (303) 294-1192
                                    jacob.rasch-chabot@fd.org
                                    Attorney for Defendant