# Attachment A

| | |
|---|---|
| **From:** | Kelly Christl |
| **To:** | "Davies, Patricia (USACO)" |
| **Cc:** | "Surratt, Andrea (USACO)" |
| **Subject:** | RE: United States v. Heller, 19-cr-00224-PAB |
| **Date:** | Wednesday, August 21, 2019 3:08:00 PM |

Patricia,

I heard back from my evaluator. He is backpacking in the mountains and said he would have the report to me on Monday. I'm hoping to get it Monday morning since I have an 11 am flight. What is your time frame for talking to the victim?

Kelly

**Sent:** Tuesday, August 20, 2019 5:18 PM
**To:** 'Davies, Patricia (USACO)' <Patricia.Davies@usdoj.gov>
**Cc:** Surratt, Andrea (USACO) <Andrea.Surratt@usdoj.gov>
**Subject:** RE: United States v. Heller, 19-cr-00224-PAB

Patricia,

I just got off the phone with my client. He would agree to this offer. I will get in touch with the evaluator to see if he can get me the report ASAP. If for some reason he is unable to finish it in the next few days, I would allow him to speak with you to verify my representation that Mr. Heller is low-risk.
I will be out of the office next week (and not accessible by email) so I'd like to wrap this up by the end of the week, if possible.

Kelly

**From:** Davies, Patricia (USACO) <Patricia.Davies@usdoj.gov>
**Sent:** Tuesday, August 20, 2019 4:53 PM
**To:** Kelly Christl <Kelly_Christl@fd.org>
**Cc:** Surratt, Andrea (USACO) <Andrea.Surratt@usdoj.gov>
**Subject:** United States v. Heller, 19-cr-00224-PAB

Kelly,

Andrea & I have discussed your proposed plea disposition further, and I write to clarify some details. The aspects I list below are prerequisites from our standpoint before we take any further steps in this direction.

1. We receive a copy of the psycho-sexual evaluation report for Mr. Heller.
2. He would plead guilty to 18 USC Section 113(a)(5) & the plea agreement would include a complete factual recitation, including that he knowingly committed the offense conduct and

      that he did so without the permission of the victim.  Allowing him to plead to Section 113(a)(5) is a considerable concession on our part, and we will not proceed with anything less than a full factual recitation of what Mr. Heller did to A.H. during the flight.

3. It is unclear to us at this time whether this plea might require Mr. Heller to register as a sex offender under Colorado state law, and the plea agreement would so advise him (so that it would be his responsibility to contact the sex registration authority where he resides and determine if he has a registration obligation).

If you are still interested in pursuing this framework for a plea resolution, please let me know as soon as you can. We will then contact the victim and discuss it with him as his input will be very important in our decision about whether to proceed. If Mr. Heller is not interested in this approach with the requirements/ factors listed above in my email, please let me know that decision as we will then not discuss it with the victim.

Please call me if you have any questions.

Thanks,

**Patricia Davies**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Phone:  (303) 454-0100
Email:   patricia.davies@usdoj.gov