# Attachment B

| | |
|---|---|
| **From:** | Davies, Patricia (USACO) |
| **To:** | Kelly Christl; Natalie Stricklin; Jacob Rasch-Chabot |
| **Cc:** | Surratt, Andrea (USACO) |
| **Subject:** | US v. Heller, 19-cr-00224-PAB |
| **Date:** | Friday, November 22, 2019 3:50:46 PM |

Good afternoon,

We intend to present a superseding indictment in this case, alleging Mr. Heller's violation of 18 U.S.C. Sections 2244(a)(2), based on 18 USC 2242(2). We expect to do so in early December. If Mr. Heller is interested in pleading to the current charge, please let us know by noon on 12/2/2019.

**Patricia Davies**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Phone:  (303) 454-0100
Email:   patricia.davies@usdoj.gov