IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DAKOTA MICHAEL HELLER,

      Defendant.

_____

**ORDER**

_____

      This matter is before the Court on the Government's Motion to Restrict

Document [Docket No. 82].  No objections have been filed under D.C.COLO.LCrR 47.1.

Good cause appearing, it is

      **ORDERED** that the Government's Motion to Restrict Document [Docket No. 82]

is granted.  It is further

      **ORDERED** that Docket Nos. 83 and 84 shall be restricted under Level One

Restriction until further order of this Court.


      DATED January 7, 2020.


                           BY THE COURT:

                           _____

                           PHILIP A. BRIMMER
                           Chief United States District Judge