IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAKOTA MICHAEL HELLER,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court on the Government's Motion to Restrict Documents No. 153 and No. 154 [Docket No. 155]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

    **ORDERED** that the Government's Motion to Restrict Documents No. 153 and No. 154 [Docket No. 155] is granted. It is further

    **ORDERED** that Docket Nos. 153 and 154 shall be restricted under Level Two Restriction until further order of this Court.

    DATED January 15, 2020.

                                           BY THE COURT:

                                           PHILIP A. BRIMMER
                                           Chief United States District Judge