IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-CR-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAKOTA MICHAEL HELLER,

    Defendant.
_____

REPORTER'S TRANSCRIPT
Hearing on Motion
_____

    Proceedings before the HONORABLE PHILIP A. BRIMMER, Chief Judge, United States District Court for the District of Colorado, commencing at 1:06 p.m., on the 2nd day of December, 2019, in Courtroom A701, United States Courthouse, Denver, Colorado.

APPEARANCES

    Andrea Surratt and Patricia Davies, U.S. Attorney's Office, 1801 California Street, Suite 1600, Denver, CO 80202, appearing for the plaintiff.

    Kelly Christl and Natalie Stricklin, Office of the Federal Public Defender, 633 17th Street, Suite 1000, Denver, CO 80202, appearing for the defendant.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Janet M. Coppock, 901 19th Street, Room A257, Denver, Colorado, 80294, (303) 335-2106

```
 1                        PROCEEDINGS
 2            THE COURT:  The matter before the Court is United
 3   States of America versus Dakota Michael Heller.  This is
 4   Criminal Case 19-CR-224.
 5            I will take entries of appearance, please.
 6            MS. SURRATT:  Good afternoon, Your Honor.  Andrea
 7   Surratt and Patricia Davies for the government.
 8            THE COURT:  Good afternoon to you.
 9            MS. CHRISTL:  Good afternoon, Your Honor.  Kelly
10   Christl and Natalie Stricklin on behalf of Mr. Heller.
11            THE COURT:  And Mr. Heller is here.  He is on bond.
12   Good afternoon to each of you.  We are here today on the motion
13   to exclude time and continue the trial in this matter.  It's
14   Docket No. 131.
15            Any additional information on behalf of Mr. Heller,
16   for instance, the schedule of the expert that Mr. Heller is
17   retaining?
18            MS. CHRISTL:  Your Honor, it's my understanding that
19   she is available the last two weeks of February, preferably the
20   last week of February.
21            THE COURT:  You know, because everyone has been
22   continuing all of their trials, all I have been doing the last
23   month is continuing trials, and it's just stacked completely,
24   so you're not going to be picking it.  I will give you a few
25   options and you can pick your poison, but you know, we may be
```

|   |   |
|---|---|
| 1 | doing it like January 2nd.  It sounds like your expert is |
| 2 | unavailable only at the end of January, but we'll see. |
| 3 |       *MS. CHRISTL:*  Your Honor, I don't believe she is |
| 4 | available in early January either.  She is testifying, if I |
| 5 | recall correctly, somewhere in the United States early January, |
| 6 | and then she is out of the country for two weeks the last two |
| 7 | weeks of January. |
| 8 |       *THE COURT:*  Your motion doesn't say anything to my |
| 9 | knowledge about her testifying in early January. |
| 10 |       *MS. CHRISTL:*  Your Honor, I did not include that, but |
| 11 | my understanding when I talked to her initially was the first |
| 12 | availability she had was that second to the last week of |
| 13 | February. |
| 14 |       *THE COURT:*  Okay. |
| 15 |       *MS. CHRISTL:*  She testifies a lot in military trials, |
| 16 | and in those trials she is required to be there for the entire |
| 17 | trial sitting at counsel table as like a consulting expert, |
| 18 | which is why it's -- why her time is limited.  It's not like |
| 19 | she just goes somewhere and testifies for a day. |
| 20 |       *THE COURT:*  Oh, she has to sit through the whole |
| 21 | thing. |
| 22 |       *MS. CHRISTL:*  Yes. |
| 23 |       *THE COURT:*  Okay.  And how much time do you think is |
| 24 | left on speedy trial? |
| 25 |       *MS. CHRISTL:*  Your Honor, I calculated if the Court |

1  were to grant my motion, we'd have until March 6th, but there
2  is still a motion pending right now with regard to the experts.
3      THE COURT:  That doesn't quite answer my question.
4      MS. CHRISTL:  How much time is left?  So January 10th
5  was the date and right now this motion has been on file for 10
6  days, so I think right now the speedy trial date would be
7  January 20th.
8      THE COURT:  Government?
9      MS. SURRATT:  That sounds right, Your Honor.
10     THE COURT:  The answer is non-responsive to my --
11 Ms. Christl didn't answer my question.  How many days are left
12 on speedy trial?
13     MS. SURRATT:  So what is today, the 2nd?  And when did
14 they file their motion?
15     THE COURT:  Well, let's try it a different way.  Given
16 the fact that the curiously styled request for redaction is
17 really a motion, that would toll speedy during the pendency of
18 it.  I ruled on it the same day that the motion to continue the
19 trial was set, which was November 22nd.  Between November 1st,
20 the date of the mistrial, and the 19th would have been 18 days.
21 The motion to continue the trial continues to toll speedy
22 trial.
23     Ms. Christl is right, there is an additional motion --
24 well, the objection, assuming that that's a motion, that would
25 continue too, but in any event, not relevant for our purposes

```
 1   today, that would mean that 62 days are left on speedy trial,
 2   which given the request to exclude 45 days would mean that 107
 3   days from today's date would be March 18th, so we would have
 4   until March 18th.  Any disagreement with that?
 5            MS. CHRISTL:  No, Your Honor.  I think I just did bad
 6   math on my part.
 7            THE COURT:  That's all right.  Any disagreement with
 8   that calculation?
 9            MS. SURRATT:  No, Your Honor.
10            THE COURT:  So I would propose -- and given
11   Ms. Christl's additional information about the schedule of her
12   expert, although it does raise the question of whether she is
13   available in early March, but I would suggest that we set this
14   matter --
15            MS. CHRISTL:  Your Honor, I can tell the Court that I
16   actually just got an e-mail back from her.  I e-mailed her
17   earlier today about her schedule.  She is available in early
18   March.
19            THE COURT:  Okay.  I would suggest -- I was going to
20   suggest March 2nd.
21            MS. CHRISTL:  That's fine with me, Your Honor.
22            THE COURT:  Does that work for the government?
23            MS. SURRATT:  It does, Your Honor.
24            THE COURT:  Okay.  So I would suggest that we go ahead
25   and set this matter for three days on March 2nd.
```

```
 1              Let's pick a trial preparation conference date just in
 2    case there are additional issues.
 3              MS. SURRATT:  Your Honor, to the extent there will be
 4    two more experts potentially testifying in this trial, it may
 5    go over three days.
 6              THE COURT:  Well, there is just no way that -- No. 1,
 7    Ms. Blackwell's testimony -- I can't remember, when did we get
 8    it to the jury on day three?
 9              MS. SURRATT:  At the very end of the day.  They had it
10    for maybe 10 minutes.
11              THE COURT:  I'm not sure about that, but it was
12    probably the end of the day.
13              MS. SURRATT:  It was the very end of the day, but they
14    also were released early on Halloween by an hour.
15              THE COURT:  Yeah, I am going to set it for three days.
16    But we will have your expert too.  We'll have it a little bit
17    augmented.  We will have an Ambien expert, right?  How long do
18    you think, Ms. Christl, your expert would testify for, do you
19    know?
20              MS. CHRISTL:  Your Honor, I would say probably an hour
21    and a half.
22              THE COURT:  Probably not, but with the cross it
23    probably would be maybe that long.  Yeah, I think we maybe
24    better set it for four days because just to be safe.  So we
25    will say four days beginning on March 2nd.  How about
```

1   11:00 a.m. on February 24th for the trial preparation
2   conference?
3           *MS. CHRISTL:*  That's fine with us, Your Honor.
4           *MS. SURRATT:*  Us too, Your Honor.
5           *THE COURT:*  Okay.  All right.  Anything more before I
6   rule on that motion, Ms. Christl?  Anything else?
7           *MS. CHRISTL:*  No, Your Honor.
8           *THE COURT:*  Thank you.
9           Ms. Surratt?
10          *MS. SURRATT:*  No, Your Honor.
11          *THE COURT:*  Then the matter before the Court is the
12  motion to continue trial.  This is Docket No. 131.  After the
13  mistrial in this case, the trial was reset for December 16th.
14  Mr. Heller in the first trial did not have his own expert to
15  rebut Ms. Blackwell's testimony, but Mr. Heller has indicated
16  that he has retained an expert for the retrial and that the
17  witness, because she does testify in military trials and not
18  just testify, but the nature of the rule is to sit in on the
19  trial, so it takes more time.  She has indicated that she is
20  available for trial on March 2nd.  She would not be available
21  in basically January.  Her schedule is bad.  She would be
22  available in late February.
23          The Court finds that the request of Mr. Heller to
24  exclude 45 days is appropriate under the circumstances.  And as
25  I have indicated before, when 45 days are added to the 62

1   currently remaining on speedy trial, that would mean that this
2   matter would need to be set for trial on or before March 18th.
3   The intent to set it on March 2nd would be within that period
4   of time.
5           The Court, in order to exclude time from the speedy
6   trial, has to take certain factors into consideration; namely,
7   whether the failure to grant such a continuance would be likely
8   to make a continuation of the proceeding impossible or result
9   in a miscarriage of justice, and the fourth factor is whether
10  the failure to grant such a continuance would deny counsel for
11  the defendant the reasonable time necessary for effective
12  preparation taking into account the exercise of due diligence.
13          The Court finds that Mr. Heller is diligent, and the
14  United States does not object to the exclusion of time.  I find
15  that it would be unreasonable to expect adequate preparation by
16  Mr. Heller despite due diligence for the trial proceedings and
17  trial preparation proceedings within the time that is allowed
18  after the mistrial.
19          I have considered the factors, which I must, under
20  18, United States Code, Section 3161(h)(7)(B)(i) through (iv);
21  and as required by Section 3161(h)(7)(C), I have not predicated
22  my ruling on congestion of the Court's calendar or lack of
23  diligent preparation by counsel.
24          Accordingly, I conclude as follows:
25          No. 1, that failure to grant the continuation of trial

1   beyond the time prescribed by Section 3161(c) would likely
2   result in a miscarriage of justice within the meaning of
3   3161(h)(7)(B)(i); second, that even considering due diligence,
4   failure to grant the motion would deny counsel for Mr. Heller
5   the reasonable time necessary for effective pretrial and trial
6   preparation within the meaning of Section 3161(h)(7)(B)(iv);
7   that 45 days from today's date shall be excluded from the
8   computation of speedy trial; and that therefore the ends of
9   justice served by granting the motion outweigh the best
10  interests of the public and Mr. Heller in a speedy trial within
11  the meaning of Section 3161(h)(7)(A).
12           Therefore, it is ordered that the motion to continue
13  trial, Docket No. 131, is granted.  It is further ordered that
14  45 days from today's date shall be excluded from the
15  computation of speedy trial.  It is further ordered that the
16  trial preparation conference which is currently set will be
17  vacated and will be reset for February 28th, 2020 at 11:00 a.m;
18  that the trial currently set for three days shall be vacated
19  and shall be reset for March 2nd, 2020 for four days beginning
20  at 8:00 a.m.
21           All right.  Anything more on that motion?
22           *MS. SURRATT:*  Your Honor, I may have misunderstood the
23  first time you said it, but I thought you set the final trial
24  preparation conference for February 24th at 11:00 a.m.
25           *THE COURT:*  I meant Friday the 28th.

1         *MS. CHRISTL:*  Your Honor, the 28th at 11:00 a.m. did
2  you say?
3         *THE COURT:*  Yeah, maybe I did misspeak.  Yes,
4  11:00 a.m. the 28th, which is a Friday.
5         *MS. CHRISTL:*  Your Honor, I have a sentencing in front
6  of Judge Martinez at 10:30 that Judge Martinez has continued I
7  think twice already, so I'd hate to --
8         *THE COURT:*  How about 4:00 p.m. on that day?
9         *MS. CHRISTL:*  That's fine with me.
10        *MS. SURRATT:*  That's fine with us, Your Honor.
11        *THE COURT:*  Okay.  4:00 p.m. on the 28th.  Good
12  clarification.
13        All right.  Anything more on that motion, Ms. Christl?
14        *MS. CHRISTL:*  No, Your Honor.
15        *THE COURT:*  Do you want to -- if you are ready to, it
16  really wasn't scheduled, but I am in a position to rule on the
17  objections to Ms. Blackwell at this time, if you want to hear
18  that, or unless you were going to file a reply.
19        *MS. CHRISTL:*  Your Honor, are you planning to -- did
20  you want to hear argument on it?  I am not prepared to argue it
21  today.  Mr. Rasch-Chabot drafted it.
22        *THE COURT:*  Yeah, I wasn't going to really entertain
23  argument on it, but if he was -- you may not know the answer to
24  that question, but if he was intending to reply, then I won't
25  rule on it today.

1        *MS. CHRISTL:*  Your Honor, I'd prefer that we have a
2  little time to decide if we want to file a reply.
3        *THE COURT:*  That's no problem because I think the
4  government's response was just filed on the 29th.
5        Anything else that we should take up at this time?
6        *MS. SURRATT:*  Your Honor, there is one thing we would
7  like to bring to the Court's attention, although I think it has
8  less relevance now that trial is set considerably far out.  We
9  intend to add a charge to the indictment.  We intend to go to
10  trial on a superseding indictment.  As the Court has probably
11  divined, we have learned a lot of things about this case
12  through investigation both leading up to the first trial and
13  subsequent to the first trial, most notably about Ambien.
14        As the Court knows, we have retained an expert.  And
15  we have also learned what dose of Ambien Christopher took on
16  that airplane.  So we intend to add a charge under 18 U.S.C.
17  2244, which then points to 2242, and we intend to do that
18  sometime this week.
19        *THE COURT:*  Okay.  Well, obviously if a superseding
20  indictment is returned, then Mr. Heller may have motions in
21  connection with it or may have to think about things.  So yes,
22  I would urge that make sure you get that in front of the Grand
23  Jury as soon as you can because that could have an effect on
24  how Mr. Heller defends the case.
25        *MS. SURRATT:*  We intend to do it extremely shortly,

1   Your Honor, and that's why I raise it.  We have already been
2   told that motions are likely by the defense.
3               *THE COURT:*  Yeah, I would assume so.
4               So anyway, Ms. Christl, if there are any motions in
5   connection with the superseding indictment, do you want to --
6   since we don't know exactly when it will be returned, do you
7   want to set a deadline now or how would you like to do that?  I
8   do want to make sure that after you've had an appropriate
9   amount of time to look at it, that we get any motions filed.
10              *MS. CHRISTL:*  Yes, Your Honor, we could set a deadline
11  for that.
12              *THE COURT:*  When do you think based upon what
13  Ms. Surratt mentions in terms of when she anticipates the
14  return of an indictment you could be in position to file any
15  motions?
16              *MS. CHRISTL:*  Your Honor, since trial isn't until
17  March, could we have until -- I am not sure.  Mr. Rasch-Chabot
18  will be drafting the motion and I am not sure what his schedule
19  is around the holidays.
20              *THE COURT:*  What I don't want to do is have the
21  deadline be too far out and then I rule on it and then -- let's
22  assume that I deny the motion and then Mr. Heller has to defend
23  against a new charge, and then we move to continue the trial
24  because you need another expert or something like that.
25              *MS. CHRISTL:*  Right.  Would early January be too long

1  in the Court's opinion for a deadline?

2      *THE COURT:*  Well, I am kind of in a way throwing it

3  back on you to try to get the motion filed early enough so that

4  a ruling on it doesn't trigger another continuance of trial,

5  not that that's the end of the world or we have to try it on

6  March 2nd, but just for efficiency sake.  I won't force you to

7  have a deadline now since Mr. Rasch-Chabot is going to be

8  drafting it, but if you could, just try to get something filed

9  as soon as you can.

10      *MS. CHRISTL:*  Thank you, Your Honor.

11      *MS. SURRATT:*  Along the lines of motions deadlines,

12  Your Honor, do all of this week's motion deadlines still stick

13  since the trial has now been continued?

14      *THE COURT:*  No, so the other ones such as filing jury

15  instructions, no.  We will send out another order setting

16  those.  Yeah, that's a good point.

17      All right.  Anything else we should take up at this

18  time, then?

19      *MS. SURRATT:*  Not from the government, Your Honor.

20  Thank you.

21      *THE COURT:*  Anything, Ms. Christl, on behalf of

22  Mr. Heller?

23      *MS. CHRISTL:*  No, Your Honor.  Thank you.

24      *THE COURT:*  Then Mr. Heller's bond will be continued

25  and the court will be in recess.  Thank you.

1  (Recess at 1:25 p.m.)

2  REPORTER'S CERTIFICATE

3  I certify that the foregoing is a correct transcript from
4  the record of proceedings in the above-entitled matter.  Dated
5  at Denver, Colorado, this 27th day of January, 2020.

6

7  S/Janet M. Coppock