# Attachment

# JUROR QUESTIONNAIRE

Name: _____

---

Relationship status (check one):
- ☐ Single
- ☐ Widowed
- ☐ Married
- ☐ Unmarried, but cohabitating
- ☐ Committed relationship, but not cohabitating

---

Type of relationship (check one):
- ☐ N/A
- ☐ Different gender partner or spouse
- ☐ Same gender partner or spouse

---

Which of the following best describes your religious and spiritual life? (check one)
- ☐ Spiritual, but not religious
- ☐ Not spiritual or religious
- ☐ Religious

---

Do you attend religious services? (check one)
- ☐ Yes
- ☐ No

---

How often do you attend religious services? (check one)
- ☐ At least once a week
- ☐ At least once a month
- ☐ Holidays and/or special occasions
- ☐ Rarely
- ☐ Never

---

What is your religious affiliation? (write "N/A" if this doesn't apply) _____

---

What best describes the religious ideology regarding homosexuality and the LGBTQ community at your place of worship? (check one)
- ☐ N/A
- ☐ Does not have a policy
- ☐ Believes homosexuality is immoral and LGBTQ members are not welcome unless they want to change
- ☐ Believes homosexuality is immoral, but accepts LGBTQ members
- ☐ Accepting of homosexuality and welcomes LGBTQ

---

What best describes your personal views regarding homosexuality or the LGBTQ community?
- ☐ Believe it to be immoral/sin
- ☐ No position
- ☐ Tolerant
- ☐ Supportive