IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAKOTA MICHAEL HELLER,

    Defendant.

_____

**MOTION TO RENEW PRETRIAL MOTIONS**
_____

Mr. Dakota Heller, through undersigned counsel, Kelly Christl, renews previously filed pretrial motions:

1. Motion to Admit Evidence Pursuant to Fed. R. Evid. 412(c)(1), ECF Doc. 73.

2. Motion *In Limine* to Exclude All Confidential Communication Made by Dakota Heller Under the Clergy-Communicant Privilege, ECF Doc. 72.

3. Motion to Reconsider Order Denying Defendant's *Motion In Limine*, ECF Doc. 104.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    s/Kelly Christl
    KELLY CHRISTL
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    kelly.christl@fd.org
    Attorney for Defendant

s/David Kraut<br>
DAVID KRAUT<br>
Assistant Federal Public Defender<br>
633 17th Street, Suite 1000<br>
Denver, CO  80202<br>
Telephone:  (303) 294-7002<br>
FAX:  (303) 294-1192<br>
David_Kraut@fd.org<br>
Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, I electronically filed the foregoing ***Motion to Renew Pretrial Motions*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Patricia W. Davies, Assistant United States Attorney
Email: patricia.davies@usdoj.gov

Andrea L. Surratt, Assistant United States Attorney
Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Dakota Michael Heller        (via Mail)

s/Kelly Christl<br>
KELLY CHRISTL<br>
Assistant Federal Public Defender<br>
633 17th Street, Suite 1000<br>
Denver, CO  80202<br>
Telephone:  (303) 294-7002<br>
FAX:  (303) 294-1192<br>
kelly.christl@fd.org<br>
Attorney for Defendant