IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No. 19-cr-00224-PAB             Date: March 2, 2020

Case Title: United States v. Dakota Michael Heller

GOVERNMENT'S WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| 1. Gabriel Kinzley | March 2: 1.5 hours |
| 2. Joy Wolf | March 2-3: 25 minutes |
| 3. "Christopher" | March 3: 2.25 hours |
| 4. Dr. George Sam Wang | March 3: 1.25 hours |
| 5. Nate Goodman | March 3: 30 minutes |
| 6. Special Agent Philip Jones | March 3: 1.5 hours |
| 7. Aaron Wardle | March 3-4: 30 minutes |
| 8. David Wolf | March 4: 1 hour |
| 9. Kari Quesada | March 4: 45 minutes |
| 10. Nate Ferguson | March 4: 30 minutes |
| 11. Michael Helling | March 4: 30 minutes |
| 12. Taryn McElvany | March 4: 30 minutes |
| 13. Karen Blackwell | March 4: 1.5 hours |