**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

DAKOTA MICHAEL HELLER,

      Defendant.

_____

**VERDICT FORM**
_____

**COUNT 1**

We, the jury, upon our oaths, unanimously find the Defendant, DAKOTA MICHAEL HELLER, in Count 1 of the Superseding Indictment:

    **____** Not Guilty

    **____** Guilty

**COUNT 2**

We, the jury, upon our oaths, unanimously find the Defendant, DAKOTA MICHAEL HELLER, in Count 2 of the Superseding Indictment:

    **____** Not Guilty

    **____** Guilty

                                    _____
                                      FOREPERSON

Dated this _____ day of _____, 2020.