DECLARATION FOR RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

Subpoena #: 19-1550

Company Name: Colorado Department of Regulatory Agencies, Division of Professions and Occupations

I, Justin Wipf , declare that I am/was employed by Colorado Department of Regulatory Agencies
and am/was a duly authorized custodian of records or am otherwise qualified to speak about
these records produced in response to the subpoena referenced above. These records are further
described as: (Please describe records with as much specificity as possible below or on an
attached sheet.)

Colorado Prescription Drug Monitoring Program (PDMP) Investigative
Patient Report (in PDF and CSV format) for
Dakota Heller, DOB August 29, 1981 for dispensed
controlled substance prescriptions between January 1, 2017
through April 1, 2017.

I am familiar with the mode of preparation of these records.  I certify that these records are true
copies of records of the entity listed above and that these records were:

   A.  Made at or near the time of the act, event, condition, opinion, or diagnosis by--or from
       information transmitted by--a person with knowledge;

   B.  Kept in the course of the entity's regularly conducted activity; and

   C.  Made as a regular practice of that activity.

I declare under penalty of perjury that the foregoing is true and correct.

_____                    _____
Signature                                          Printed name   Justin Wipf

Date: 11/20/2019