IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DAKOTA MICHAEL HELLER,

      Defendant.

**GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO RENEW
PRETRIAL MOTIONS (Document #169)**

      The United States of America, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Assistant United States Attorneys Patricia Davies and Andrea Surratt, hereby responds to the Defendant's Motion to Renew Pretrial Motions ("Motion") (Document # 169).

      In his Motion (Doc. #169), defendant seeks to renew previously filed:

1. Motion to Admit Evidence Pursuant to Fed.R.Evid. 412(c)(1), ECF. Doc. 73;

2. Motion *In Limine* to Exclude All Confidential Communication Made by Dakota Heller Under the Clergy-Communicant Privilege, ECF Doc. 72; and

3. Motion to Reconsider Order Denying Defendant's *Motion In Limine*, ECF Doc. 104.

The government notes that, as to Doc. #73, the Court previously granted the admission of the proffered evidence. (Document #102).

As to Documents #72 (Motion in limine re alleged clergy-communicant communications) and Document #104 (Motion to reconsider), the government continues to oppose on the grounds previously set forth in Document #84, and the Court's orders at Documents #98 and #105.

Respectfully submitted this 20th day of February 2020.

        JASON R. DUNN
        UNITED STATES ATTORNEY
        DISTRICT OF COLORADO

        By:  *s/ Patricia Davies & Andrea Surratt*
        Assistant United States Attorneys
        U.S. Attorney's Office
        1801 California Street, Suite1600
        Denver, CO. 80202
        Telephone (303) 454-0100
        Email: Patricia.Davies@usdoj.gov
                Andrea.Surratt@usdo.gov
        Attorneys for the Government