**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  DAKOTA MICHAEL HELLER,

      Defendant.

---

### GOVERNMENT'S PROPOSED ALTERNATIVE JURY INSTRUCTION

---

The United States of America, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Assistant United States Attorneys Patricia Davies and Andrea Surratt, hereby propose an alternative jury instruction.

### Background Regarding Alternative Instruction

On February 17, 2020,  the government filed its proposed jury instructions, including an elemental instruction pertaining to Count 2, which articulated the standard for the defendant's mens rea as "knew or had reason to know" regarding the victim's state of being "incapable of appraising" and  "physically incapable."  (*See* Doc. #175, p.12). Defendant has filed his proposed jury instruction, requesting that the jury be instructed that "the defendant, Dakota Heller, knew that Christopher…" was "incapable of appraising" or "physically incapable…" (Doc. #167, p.3).

After considering the defendant's proposed instruction, the government agrees that it articulates a legally appropriate mens rea, so long as the elemental instruction defines "incapable of appraising" and "physically incapable" to avoid confusion by the

jury. The proposed alternative instruction, which incorporates the mens rea proposed by

the defendant but also defines "incapable of appraising" and "physically incapable," is

attached hereto as Exhibit 1.

       Respectfully submitted this 20th day of February 2020.


                    JASON R. DUNN
                    United States Attorney

         By:    */s  Patricia Davies & Andrea Surratt*
                    Assistant U.S. Attorneys
                    United States Attorney's Office
                    1801 California Street, Suite 1600
                    Denver, Colorado 80202
                    Telephone: (303) 454-0100
                    E-mail: Patricia.davies@usdoj.gov;
                    andrea.surratt@usdoj.gov