IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No. 19-cr-00224-PAB                                    Date: March 2-5, 2020

Case Title: United States v. Dakota Michael Heller

DEFENDANT'S AMENDED WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Harmony Kilgore | March 4, 2020; 30 minutes |
| Josh Korac | March 4, 2020; 30 minutes |
| Rivka Morgan-Sherman | March 4, 2020; 15 minutes |
| Susan Burchett | March 4, 2020; 50 minutes |
| Deborah Davis, Ph.D. | March 5, 2020; 2 hours |
| Brian Carlucci | March 5, 2020: 10 mins. |