CASE CAPTION: *United States v. Dakota Michael Heller*

CASE NO.: 19-cr-00224-PAB

EXHIBIT LIST OF: GOVERNMENT (Amended)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 1 | SA Philip Jones | Booking report from Heller's arrest | | | | | |
| 2 | SA Philip Jones | Heller's iPhone | | | | | |
| 3 | SA Philip Jones | Text messages between Heller and Kari Quesada from April 2018 located on GX 202 | | | | | |
| 4 | SA Philip Jones | Text messages between Heller and David Wolf from April 2019 located on GX 202 | | | | | |
| 5 | SA Philip Jones | Text messages between Heller and Mike Helling from April 2019 located on GX 202 | | | | | |
| 6 | SA Philip Jones | Text messages between Christopher and Heller from Christopher's cell phone from January 2019 | | | | | |
| 7 | SA Philip Jones | Screenshot of Heller Gofundme page | | | | | |
| 8 | SA Philip Jones | Disc with videos from 2018 Uganda trip *(for cross-examination only)* | | | | | |
| 8A | SA Philip Jones | Video from 2018 Uganda trip (Clip #1) located on GX 202 | | | | | |
| 8B | SA Philip Jones | Video from 2018 Uganda trip (Clip #2) located on GX 202 | | | | | |
| 8C | SA Philip Jones | Video from 2018 Uganda trip (Clip #3) located on GX 202 | | | | | |
| 8D | SA Philip Jones | Video from 2018 Uganda trip (Clip #4) located on GX 202 | | | | | |
| 9 | SA Philip Jones | Disc with videos/images of boy on couch *(for cross-examination only)* | | | | | |
| 9A | SA Philip Jones | Couch video (Clip #1) located on GX 202 | | | | | |
| 9B | SA Philip Jones | Couch video (Clip #2) located on GX 202 | | | | | |
| 9C | SA Philip Jones | Couch still image located on GX 202 | | | | | |
| 9D | SA Philip Jones | Couch image (with photo editing) located on GX 202 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 10 | SA Philip Jones | Facebook video April 2017 | | | | | |
| 11 | SA Philip Jones | Facebook video from April 2017 | | | | | |
| | | | | | | | |
| 20 | Gabe Kinzley | Text message conversation between Gabe Kinzley, Brian Carlucci, and Dakota Heller on January 2019 | | | | | |
| 21 | Gabe Kinzley | Text messages between Kinzley and Heller from January 2019 | | | | | |
| 22 | Gabe Kinzley | Uganda Mission Trip, March-April 2017 Group Photo ("Uganda Mission Trip") | | | | | |
| 23 | Gabe Kinzley | Photo from Uganda Mission Trip - Music at School | | | | | |
| 24 | Gabe Kinzley | Photo from Uganda Mission Trip – Classroom | | | | | |
| 25 | Gabe Kinzley | Photo from Uganda Mission Trip - River Trip | | | | | |
| 26 | Gabe Kinzley | Photo from Uganda Mission Trip – Building Desks | | | | | |
| 27 | Gabe Kinzley | Photo from Uganda Mission Trip - New Well | | | | | |
| 28 | Gabe Kinzley | Photo from Uganda Mission Trip - New Well Ceremony | | | | | |
| 29 | Gabe Kinzley | Text message between Kinzley and Heller on March 22-23, 2017 | | | | | |
| | | | | | | | |
| 30 | Mike Helling | Text messages between Mike Helling and Dakota Heller from March 2019 | | | | | |
| | | | | | | | |
| 40 | Kari Quesada | Text message between Heller and Quesada from April 2018 | | | | | |
| 41 | Kari Quesada | Text message between Heller and Quesada from April 2018 | | | | | |
| 42 | Kari Quesada | Text message between Heller and Quesada from April 2018 | | | | | |
| 43 | Kari Quesada | Text message from Heller to Quesada on April 2019 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 44 | Kari Quesada | Email chain with SA Philip Jones *(only if necessary to refresh recollection on dates of 2018 text messages)* | | | | | |
| 45 | Kari Quesada | Email chain with SA Philip Jones *(only if necessary to refresh recollection on dates of 2019 text messages)* | | | | | |
| | | | | | | | |
| 61 | David Wolf | Disc containing excerpts of recording made on January 16, 2019 ("Recording") | | | | | |
| 61A | David Wolf | Excerpt of Recording | | | | | |
| 61B | David Wolf | Excerpt of Recording | | | | | |
| 61C | David Wolf | Excerpt of Recording | | | | | |
| 61D | David Wolf | Excerpt of Recording | | | | | |
| 61E | David Wolf | Excerpt of Recording | | | | | |
| 61F | David Wolf | Excerpt of Recording | | | | | |
| 61G | David Wolf | Excerpt of Recording | | | | | |
| 61H | David Wolf | Excerpt of Recording | | | | | |
| 61I | David Wolf | Excerpt of Recording | | | | | |
| 62 | David Wolf | Transcript of Recording excerpts in GX 61 | | | | | |
| | | | | | | | |
| 200 | Stipulation | Trial stipulations | | | | | |
| 201 | Stipulation | Emirates Airlines seat assignments | | | | | |
| 202 | Stipulation | Disc containing Cellebrite extraction of Heller's iPhone | | | | | |
| 203 | Stipulation | Trial stipulations re: recordings and transcript | | | | | |
| 204 | Stipulation | Emirates Airlines seating chart for row 27 | | | | | |
| | | | | | | | |
| 300 | Certification | Heller DORA records | | | | | |