IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No. 19-cr-00224-PAB             Date: March 2, 2020

Case Title: United States v. Dakota Michael Heller

GOVERNMENT'S WITNESS LIST

| | WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|---|
| 1. | Gabe Kinzley | March 2; 1.5 hours |
| 2. | Special Agent Phillip Jones | March 2; 1.5 hours |
| 3. | "Christopher" | March 3; 2.25 hours |
| 4. | Joy Wolf | March 3; 25 minutes |
| 5. | Dr. George Sam Wang | March 3; 1.25 hours |
| 6. | David Wolf | March 3; 1 hour |
| 7. | Nate Goodman | March 3-4; 30 minutes |
| 8. | Aaron Wardle | March 3-4; 30 minutes |
| 9. | Kari Quesada | March 4; 45 minutes |
| 10. | Nate Ferguson | March 4; 30 minutes |
| 11. | Michael Helling | March 4; 30 minutes |
| 12. | Taryn McElvany | March 4; 30 minutes |
| 13. | Karen Blackwell | March 4; 1.5 hours |