IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 19-cr-00224-PAB
Courtroom Deputy:  Sabrina Grimm

Date:  February 28, 2020
Court Reporter:  Janet Coppock

*Parties:*

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  DAKOTA MICHAEL HELLER,

   Defendant.

*Counsel:*

Patricia Davies
Andrea Surratt

Kelly Christl
David Kraut

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**

**4:22 p.m.**    **Court in session.**

Appearances of counsel.  Defendant is present on bond.

Also present and seated at Government's counsel table, Special Agent Phillip Jones.

The matter is set for trial beginning March 2, 2020.

Discussion regarding jury selection of 13 jurors, preliminary jury instruction, proposed voir dire questions, voir dire by counsel limited to 20 minutes per side, opening statements limited to 30 minutes per side, witnesses, and exhibits.

**ORDERED:**  Witnesses will be sequestered.

**ORDERED:**  Defendant's Motion to Renew Pretrial Motions [169] is ruled upon as previously stated.

**ORDERED:**  Government's Motions in Limine [174] is GRANTED IN PART AND DENIED IN PART, as stated on record.

**ORDERED:** Government's Notice of Intent to Offer Additional Statement by the Defendant Pertaining to Sex Addiction [185] is DENIED.

**ORDERED:** Defendant's oral motion in limine, as discussed, is GRANTED.

Discussion regarding protective order and Christopher.

**ORDERED:** Defendant's oral motion to preclude use of the pseudonym Christopher is DENIED.

**ORDERED:** Defendant's bond is continued.

**5:47 p.m.** Court in recess.

Hearing concluded.
Total in-court time:   1:25