IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 19-cr-00224-PAB
Courtroom Deputy: Sabrina Grimm

Date: March 2, 2020
Court Reporter: Janet Coppock

*Parties:*

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. DAKOTA MICHAEL HELLER,

   Defendant.

*Counsel:*

Patricia Davies
Andrea Surratt

Kelly Christl
David Kraut

## COURTROOM MINUTES

### JURY TRIAL – DAY 1

**8:02 a.m.**　　**Court in session.**

Appearances of counsel. Defendant is present on bond.

Also present and seated at Government's counsel table, FBI Special Agent Philip Jones.

Discussion regarding objections to Government's expert witness Ms. Blackwell, trial procedures, scheduling, and jury instructions.

Objections ruled upon by the Court, as stated on record.

**8:33 a.m.**　　**Court in recess.**
**8:51 a.m.**　　**Court in session.**

Jurors present. 31 jurors seated in the jury box.

Court's preliminary remarks and introduction of staff, counsel, and parties.

Statement by the Court.

All jurors sworn for voir dire.

Voir dire by the Court.

9:57 a.m. to 10:02 a.m.        Bench conference.

Continued voir dire by the Court.

**10:17 a.m.    Court in recess.**
**10:34 a.m.    Court in session.**

Continued voir dire by the Court.

11:28 a.m. to 11:37 a.m.       Bench conference.

11:37 a.m.    Voir dire by Ms. Surratt.

11:50 a.m.    Voir dire by Mr. Kraut.

Jury excused.

**12:14 p.m.    Court in recess.**
**12:24 p.m.    Court in session.**

8 additional jurors are present and seated in the jury box.

Jurors sworn for voir dire.

Voir dire by the Court.

12:49 p.m. to 1:00 p.m.        Bench conference.

Continued voir dire by the Court

Voir dire by Ms. Surratt

1:22 p.m. to 1:32 p.m.         Bench conference.

Voir dire by Mr. Kraut.

1:44 p.m. to 1:49 p.m.         Bench conference.

**1:51 p.m.    Court in recess.**

2

**2:08 p.m.** Court in session.

Jury present.

Continued voir dire by the Court.

2:27 p.m. to 2:59 p.m.                Bench conference.

Jury excused until March 3, 2020 at 8:30 a.m.

**3:20 p.m.** **Court in recess.**
**3:50 p.m.** **Court in session.**

16 additional jurors are present and seated in the jury box.

4:03 p.m. to 4:04 p.m.                Bench conference.

Jurors sworn for voir dire.

Voir dire by the Court.

4:48 p.m.      Voir dire by Ms. Surratt.

4:55 p.m. to 4:59 p.m.                Bench conference.

5:01 p.m.      Voir dire by Mr. Kraut.

5:22 p.m. to 5:27 p.m.                Bench conference.

Jury excused until March 3, 2020 at 8:30 a.m.

Discussion regarding jury instructions.

**ORDERED:** Defendant's bond is continued.

**5:34 p.m.** **Court in recess.**

Trial continued.
Total in-court time:    8:00