IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 19-cr-00224-PAB | Date:  March 2, 2020 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:  Janet Coppock |

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,                Patricia Davies
                                         Andrea Surratt

  Plaintiff,

v.

1.  DAKOTA MICHAEL HELLER,              Kelly Christl
                                        David Kraut

  Defendant.

## AMENDED COURTROOM MINUTES

### JURY TRIAL – DAY 1

**8:02 a.m.        Court in session.**

Appearances of counsel.  Defendant is present on bond.

Also present and seated at Government's counsel table, FBI Special Agent Philip Jones.

Discussion regarding objections to Government's expert witness Ms. Blackwell, trial procedures, scheduling, and jury instructions.

Objections ruled upon by the Court, as stated on record.

**8:33 a.m.        Court in recess.**
**8:51 a.m.        Court in session.**

Jurors present.  31 jurors seated in the jury box.

Court's preliminary remarks and introduction of staff, counsel, and parties.

Statement by the Court.

All jurors sworn for voir dire.

Voir dire by the Court.

9:57 a.m. to 10:02 a.m.        Bench conference.

Continued voir dire by the Court.

**10:17 a.m.     Court in recess.**
**10:34 a.m.     Court in session.**

Continued voir dire by the Court.

11:28 a.m. to 11:37 a.m.       Bench conference.

11:37 a.m.     Voir dire by Ms. Surratt.

11:50 a.m.     Voir dire by Mr. Kraut.

Jurors excused.

**12:14 p.m.     Court in recess.**
**12:24 p.m.     Court in session.**

8 additional jurors are present and seated in the jury box.

Jurors sworn for voir dire.

Voir dire by the Court.

12:49 p.m. to 1:00 p.m.        Bench conference.

Continued voir dire by the Court

Voir dire by Ms. Surratt

1:22 p.m. to 1:32 p.m.         Bench conference.

Voir dire by Mr. Kraut.

1:44 p.m. to 1:49 p.m.         Bench conference.

**1:51 p.m.     Court in recess.**

**2:08 p.m.**     **Court in session.**

Jurors present.

Continued voir dire by the Court.

2:27 p.m. to 2:59 p.m.          Bench conference.

Jury excused until March 3, 2020 at 8:30 a.m.

**3:20 p.m.     Court in recess.**
**3:50 p.m.     Court in session.**

16 additional jurors are present and seated in the jury box.

4:03 p.m. to 4:04 p.m.          Bench conference.

Jurors sworn for voir dire.

Voir dire by the Court.

4:48 p.m.     Voir dire by Ms. Surratt.

4:55 p.m. to 4:59 p.m.          Bench conference.

5:01 p.m.     Voir dire by Mr. Kraut.

5:22 p.m. to 5:27 p.m.          Bench conference.

Jurors excused for cause:

1) 100400081
2) 100401020
3) 100422863
4) 100412170
5) 100400030
6) 100379740
7) 100414568
8) 100399648
9) 100414568
10) 100379719
11) 100400032
12) 100405299
13) 100398833
14) 100417184

3

15) 100387579
16) 100386178
17) 100395383
18) 100408787
19) 100401834
20) 100397388
21) 100407647

Jurors excused until March 3, 2020 at 8:30 a.m.

Discussion regarding jury instructions.

**ORDERED: Defendant's bond is continued.**

**5:34 p.m.    Court in recess.**

Trial continued.
Total in-court time:    8:00