IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 19-cr-00224-PAB | Date:  March 3, 2020 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:  Janet Coppock |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Patricia Davies |
| | Andrea Surratt |
| Plaintiff, | |
| v. | |
| 1.   DAKOTA MICHAEL HELLER, | Kelly Christl |
| | David Kraut |
| Defendant. | |

## COURTROOM MINUTES

**JURY TRIAL – DAY 2**

**8:28 a.m.**      Court in session.

Also present and seated at Government's counsel table, FBI Special Agent Philip Jones.  Defendant is present on bond.

Discussion regarding the status of defendant's expert witness, Dr. Davis.

**8:36 a.m.**      **Court in recess.**
**9:25 a.m.**      **Court in session.**

Mr. Kraut updates the Court on the status of Dr. Davis.

Defendant's oral motion to continue by Mr. Kraut.
Argument by Mr. Kraut and Ms. Davies.

**ORDERED:   Defendant's oral motion to continue is GRANTED.**

**9:49 a.m.**       **Court in recess.**
**10:04 a.m.**     **Court in session.**

Discussion regarding scheduling.

**ORDERED:** Counsel shall contact chambers to reset the matter for trial, as discussed.

**ORDERED:** Defendant's bond is continued.

10:09 a.m.   Court in recess.
10:33 a.m.   Court in session.

Discussion regarding resetting trial dates.

**ORDERED:** Four-day jury trial is reset for March 16, 2020 at 8:00 a.m. in Courtroom A701 before Chief Judge Philip A. Brimmer. Additional days starting today through March 17, 2020 shall be excluded from the computation of speedy trial.

10:40 a.m.   Court in recess.

Trial concluded.
Total in-court time:   00:44