IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAKOTA MICHAEL HELLER,

    Defendant.
_____

## ORDER
_____

This matter is before the Court on the Unopposed Motion to Continue Trial Subpoenas [Docket No. 193]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Unopposed Motion to Continue Trial Subpoenas [Docket No. 193] is GRANTED. Subpoenas served on witnesses to appear and testify at the trial previously scheduled for March 2, 2020 are continued to the new trial date of March 16, 2020.

DATED March 3, 2020.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge