**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DAKOTA HELLER,

    Defendant.
_____

**GOVERNMENT'S SUPPLEMENTAL PROPOSED QUESTIONS
FOR JUROR VOIR DIRE**
_____

    The United States of America, by and through United States Attorney Jason R. Dunn and undersigned counsel, respectfully submits the following supplemental questions for voir dire:

- Do you have any strongly-held personal beliefs?

- During this trial, do you think you can set aside those beliefs to follow the law as instructed by the Judge?

- Do you think you can set aside those personal beliefs in order to fairly and impartially judge the evidence in this trial?

- Do you think you can set aside those personal beliefs to render a fair and impartial verdict in this trial?

2

Respectfully submitted this 11th day of March 2020.

                JASON R. DUNN
                UNITED STATES ATTORNEY
                DISTRICT OF COLORADO

                By:  *s/ Patricia Davies & Andrea Surratt*
                Assistant United States Attorneys
                U.S. Attorney's Office
                1801 California Street, Suite1600
                Denver, CO. 80202
                Telephone (303) 454-0100
                Email: Patricia.Davies@usdoj.gov
                        Andrea.Surratt@usdo.gov
                Attorneys for the Government