IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 19-cr-00224-PAB | Date:   March 12, 2020 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:   Janet Coppock |

*Parties:*                                                                  *Counsel:*

UNITED STATES OF AMERICA,                          Patricia Davies
                                                                             Andrea Surratt

    Plaintiff,

v.

1.   DAKOTA MICHAEL HELLER,                       David Kraut
                                                                             Rick Williamson
                                                                             Kelly Christl

    Defendant.

## COURTROOM MINUTES

**STATUS CONFERENCE**

**1:33 p.m.     Court in session.**

Appearances of counsel.  Defendant present on bond.

Discussion regarding coronavirus, building safety, and trial scheduled for March 16, 2020.

Defendant's oral motion to continue the trial by Mr. Kraut.
Argument by Mr. Kraut and Ms. Davies.

**ORDERED:   Defendant's oral motion to continue the trial is GRANTED.  An additional 60 days from today's date shall be excluded from the computation of speedy trial.**

Counsel shall confer and decide on a future trial date.

**ORDERED:   Defendant's bond is continued.**

**2:08 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:    00:35