IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAKOTA MICHAEL HELLER,

        Defendant.

_____

**MOTION TO EXCEED PAGE LIMITATION**
_____

        Defendant Dakota Heller, through undersigned counsel, moves this Court to allow him to exceed the page limitation for the *Defendant's Motion to Exclude 90 Days from the Speedy Trial Act*. In support:

        1.      This Court's practice standards call for motions not to exceed fifteen pages. The Court will grant a motion to exceed page limitation upon a "showing of good cause." *See,* CJ PAB Practice Standards,

        2.      Mr. Heller's motion exceeds that page limit.

        3.      Good cause is demonstrated throughout the motion. The facts, law, and arguments contained therein are critical to the effective representation of Mr. Heller and protection of his constitutional rights at trial. The motion sets forth facts that are crucial for the Court's ability to rule on the motion.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  Kelly_Christl@fd.org
Attorney for Defendant

*s/David Kraut*
David Kraut
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:   (303) 294-7002
FAX:   (303) 294-1192
Email: David_Kraut@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on November 2, 2020, I electronically filed the foregoing ***Motion to Exceed Page Limitation*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Patricia W. Davies, Assistant United States Attorney
    Email: patricia.davies@usdoj.gov

    Andrea L. Surratt, Assistant United States Attorney
    Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Dakota Michael Heller    (via Mail)


    s/Kelly Christl
    KELLY CHRISTL
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  Kelly_Christl@fd.org
    Attorney for Defendant