# Exhibit B

# Veiled Emotions: The Effect of Covered Faces on Emotion Perception and Attitudes

Social Psychological and
Personality Science
3(3) 266-273
© The Author(s) 2012
Reprints and permission:
sagepub.com/journalsPermissions.nav
DOI: 10.1177/1948550611418534
http://spps.sagepub.com
⑤SAGE

**Agneta H. Fischer[1], Marleen Gillebaart[1], Mark Rotteveel[1], Daniela Becker[1], and Michael Vliek[1]**

## Abstract

The present study explores the relative absence of expressive cues and the effect of contextual cues on the perception of emotions and its effect on attitudes. The visibility of expressive cues was manipulated by showing films displaying female targets whose faces were either fully visible, covered by a niqab, or partially visible (control condition). Targets expressed anger, shame, and happiness in the three different face conditions. Results show that perception of emotions is mainly affected by an absence of expressive cues: Covering the lower part of the face results in the perception of less happiness in happy videos and of more intense negative emotions in both happy and shame videos. This bias toward the perception of more negative emotions in covered faces mediates a negative attitude toward niqabs.

## Keywords

emotion perception, expressive cues, covered faces, stereotypes

## The Perception of Emotions Behind a Veil

Perceiving emotions is a constructive process in which various cues are used (e.g., Barrett, 2006; Carroll & Russell, 1996; Russell & Barrett, 1999). Most previous research on emotion recognition has focused on prototypical, posed expressions, here referred to as expressive cues[1] (but see e.g., Baron-Cohen, Wheelwright, & Jolliffe, 1997; Baron-Cohen, Wheelwright, Hill, Raste, & Plumb, 2001; Laeng et al., 2010). The results of that research have shown that people are able to recognize exemplars of specific emotion categories such as anger, fear, sadness, or shame above chance levels (e.g., Ekman, 1993; Keltner, 1995; Matsumoto, Keltner, Shiota, O'Sullivan, & Frank, 2008). However, in daily life, there are many contexts in which expressive, especially facial, cues are less available (e.g., during telephone conversations). One such context has gained much attention in recent political debates, namely, the wearing of face covering veils by Islamic women (see e.g., Moors & Salih, 2009). Specifically, the assumption that emotion recognition is impaired when interacting with women whose faces are veiled has been put forward as an argument for advocating a general prohibition of wearing niqabs (or burkas).

This assumption inspired the present research. Indeed, there is little empirical research on the effect of the relative absence of expressive facial cues on emotion perception per se. And there is no research on the perception of emotion in veiled faces. The aim of the present article was therefore to examine the effects of the absence of specific expressive cues on the perception of specific emotions. Because we are interested in the effects of wearing niqabs, we studied the consequences of covering the lower parts of the face. In order to test the unique effect of a niqab (context cue) in addition to a mere neutral covering of the face, we included a control condition, in which black bars on the screen covered the same parts of the face. The research is novel not only because we examined the effects of wearing face covering in an empirical study but also because we manipulated both expressive (physical) and contextual cues during different emotional displays.

### Lack of Expressive Cues

We assume that the lack of expressive cues has different implications for the perception of different emotions, depending on whether the facial movement associated with a specific emotion is primarily located in the upper or lower part of the face. For this reason, we investigated three discrete emotions: happiness, anger, and shame. Covering the lower portion of the face should impair the perception of happiness because the typical expressive cue for happiness, the smile, is characterized by a contraction of the Zygomaticus Major muscle.[2] On the other hand, the perception of anger should be less affected by covering the lower portion of the face, as anger involves contraction

[1] Department of Psychology, University of Amsterdam, Roeterstraat, Amsterdam, Netherlands

**Corresponding Author:**
Agneta H. Fischer, Department of Social Psychology, University of Amsterdam, Roeterstraat 15, 1018 WB Amsterdam, Netherlands
Email: a.h.fischer@uva.nl

Downloaded from spp.sagepub.com at UVA Universiteitsbibliotheek on September 28, 2012

of the Corrugator Supercilii muscle (furrowing of the brow), which is clearly visible in the upper part of the face.

The third emotion that we selected was shame. Shame is typically characterized by an averted gaze (Keltner, 1995) or by the position of the head (down), neither of which is obscured by a veil. On one hand, this suggests that like anger the perception of shame should not be affected by covering the lower portion of the face. However, shame is a relatively difficult emotion to recognize (e.g., Hawk, van Kleef, Fischer, & van der Schalk, 2009; Van der Schalk, Hawk, Fischer & Doosje [in press]), and difficulty in perceiving shame may increase when fewer expressive cues are available, even if the most typical cues are visible. On the other hand, perceivers may use the veiled face itself as a contextual cue to infer shame, because face covering can be seen as an expression of shame. Because the contextual cue is likely to be disambiguating (see below), we hypothesized that more shame is perceived in covered faces than in fully visible faces. In sum, we expected an effect of the absence of expressive cues for happiness (less happiness), and for shame (more shame), but not for anger.

### Contextual Cues

There is abundant evidence that contextual cues influence emotion perception, even when expressive cues are present (e.g., Aviezer et al., 2008; Bijlstra, Holland, & Wigboldus, 2010; Carroll & Russell, 1996; Hess, Adams, Grammer, & Kleck, 2009; Hugenberg & Sczesny, 2006; Righart & de Gelder, 2008). For example, faces belonging to a specific social category (i.e., women, or Blacks) trigger evaluative associations that facilitate valence-congruent emotion recognition (Hugenberg, 2005; Hugenberg & Sczensny, 2006). Moreover, the content of stereotypes affects the recognition of specific emotions (e.g., Hess, Adams, Grammer, & Kleck, 2009). For example, anger is recognized faster in an individual who belongs to a group that is stereotypically regarded as aggressive (Bijlstra et al., 2010).

In Western societies, face veiling has become a salient cue to the category Muslim, as symbol of the oppression of women, and the rejection of gender equality (e.g., Moors & Salih, 2009; van der Noll, 2010). It is unclear, however, whether the covering of the face in itself is the crucial cue for this negative association or whether this is due to the stereotypes that are elicited by wearing a veil. We have argued that the lack of expressive cues leads to the perception of less happiness and more shame. Contextual cues (i.e., wearing a niqab) may evoke negative stereotypes that may strengthen this effect. Thus, if negative stereotypes with regard to Muslims influence emotion perception, faces veiled by a niqab should be perceived as expressive of more shame and less happiness compared to partly covered faces.

In order to assess the possible effects of negative stereotypes of Muslim women further, we included two additional emotion items in addition to happiness, anger, and shame, namely, sadness and disappointment. We expected that the alleged subordinate position of Muslim women (in the eyes of Western people) would lead to inferences of more powerlessness, which is reflected in negative emotions like sadness, disappointment,

or shame (see e.g., Brody & Hall, 1993 for a similar theoretical distinction between inner-directed and outer-directed emotions, and Russell & Mehrabian, 1977 for an empirical validation of this distinction). These emotions imply appraisals in which the cause of a negative emotional event is attributed either to the self (shame, disappointment) or to external and uncontrollable circumstances (sadness, disappointment).

Finally, we examined the relation between the perception of negative emotions and attitudes toward Muslims. Previous research has shown that negative emotions, in particular anxiety, can mediate the effect of contact on attitudes toward out-group members (e.g., Islam & Hewstone, 1993). Extending this argument, we suggest that perceiving more negative emotions in veiled women causes an increase in negative attitudes toward wearing niqabs, the most typical characteristic of this out-group. According to our account, being unable to fully perceive emotional facial cues influences the perception of emotions, and in turn leads to an increase in negative attitude toward wearing niqabs.

## The Present Study

To enhance the ecological validity of our research, we developed short videos (length about 1 min and 20 s) that show target women telling emotional stories. We filmed three different target women in each of the three different face conditions (see Figure 1 for stills from these videos): (a) full face, in which her whole face is visible; (b) niqab, in which she wears a niqab, and (c) partial face, in which the lower part of the face is digitally covered. This latter served as a control condition and was used to examine whether it is the absence of expressive cues or the presence of contextual cues (niqab) that affects emotion perception. Moreover, each target woman was filmed telling standardized stories in which she expressed neutral emotion, happiness, anger, and shame.

The use of these videos allowed us to test the following four hypotheses: First, the absence of expressive cues in covered (partial and niqab) faces is related to the perception of less happiness and more shame, but no change in the perception of anger, compared to full faces. Second, the contextual cue of a niqab is related to the perception of less happiness, and more negative emotions that reflect powerlessness (shame, sadness, and disappointment) compared to partial faces. Third, attitudes toward wearing a niqab are most negative in the niqab condition but also more negative in the partial face compared to the full-face condition. Fourth, the effect of face condition on attitude is mediated by the perception of negative emotions, but only in the niqab condition.

In order to examine how the niqab and partial face condition differed from each other, and from the full face condition, in terms of the social information they convey, we first conducted a pilot study.

## Pilot Study

### Stimulus Materials

Target women acted in all three face conditions and recounted stories that involved the expression of three emotions, plus neutral emotion. In expressing anger, targets were instructed to use

Downloaded from spp.sagepub.com at UVA Universiteitsbibliotheek on September 28, 2012

268                                                                                                                    *Social Psychological and Personality Science 3(3)*



**Figure 1.** Stills from the happy and angry videos in the three different face conditions (full face, partial, and niqab).

the Corrugator Supercilii muscle (furrowed brow). For happiness, they were instructed to smile (Zygomaticus Major). For shame, they were instructed to avert their gaze and to look down. They first told the stories without niqab, then the same story with niqab, in order to minimize differences between the face conditions. Length of the films was standardized per emotion, so that all anger, happiness, and shame videos were of equal length. The videos lasted about 1 min and 20 s. The partial face videos, in which also only the eyes were shown, were edited versions of the full face videos, and thus contain exactly the same films (see Figure 1 for the stills from the videos). The same amount of expressive information was available in both covered face conditions

In order to test whether the niqab videos elicited more stereotypical associations related to Muslims, we presented respondents ($N = 67$, 52 women, $M_{age} = 22.08$, students at the University of Amsterdam) still photographs from the full face ($N = 21$), niqab ($N = 25$), and partial face ($N = 21$) videos, and

asked them three questions including (a) their probable social status ($1 = low$; $7 = high$), their likely degree of passivity ($1 = passive$; $7 = active$), and the religion that they likely practiced ($1 = Muslim$, $2 = Catholic$, $3 = Protestant$, $4 = none$). As a last task, we presented participants with one of the photographs, which remained on the screen for 3 s. Immediately afterward, they were presented with two different pictures (same emotion, same woman, but different face condition) on either side of the screen with a slider in between. We asked them to indicate, by moving the slider along the horizontal axis, to which of the two faces they thought the first face was most similar. The slider had a range of 0 (left picture) to 100 (right picture). Participants evaluated six faces in total (each of the three emotions in either the niqab or the partial face condition). The faces were counterbalanced for emotion and face condition.

Because the pattern of means was identical for the three emotions, we collapsed the ratings and conducted a multivariate analysis with perceived status and perceived passivity as

Downloaded from spp.sagepub.com at UVA Universiteitsbibliotheek on September 28, 2012



**Figure 2.** Perceived assigned status and perceived activity of the women in the three face conditions.

dependent measures. We found that women wearing a niqab were believed to have lower status than partial face women, who were in turn seen as having lower status than full face women, $F(2, 64) = 42.98$, $p < .0001$, $\eta^2_p = .57$. The same pattern was found for passivity. Women wearing a niqab were perceived as more passive than partial face women, who were seen as more passive than full face women, $F(2, 64) = 38.68$, $p < .0001$, $\eta^2_p = .55$). Post hoc tests showed that the differences between the three face conditions were significant (all $p$s < .0001, see Figure 2). With regard to religion, respondents believed that in all emotion conditions, women wearing a niqab were more likely to be Muslim than Catholic, Protestant, or atheist (in the case of anger, $\chi^2 = 45.37$, $p < .0001$, happiness, $\chi^2 = 40.08$, $p < .0001$, and shame, $\chi^2 = 17.11$, $p < .0001$). When comparing niqab faces and partial faces, we found that the difference was significant for anger faces, $\chi^2 = 29.21$, $p < .0001$, and happy faces, $\chi^2 = 12.91$, $p < .01$, but not for shame faces (where the woman looked down with an averted face; $\chi^2 = .22$, $p = $ n.s.). To explore the perceived similarities between the three types of faces, we computed one aggregate score for slider responses to the niqab faces and one for responses to the partial faces. One-sample $t$ tests (comparison to midpoint of scale) showed that participants associated the niqab faces more with the partial faces, $t(66) = 5.655$, $p = .000$, whereas partial faces were associated more with full faces, $t(66) = 4.203$, $p = .000$.

In sum, results of the pilot study indicate that the niqab videos evoke more negative evaluations and associations with Muslims than the partial face videos, which are in turn different from the full face videos. The same pattern was found for the perceived similarities. These results indicate that both face covering videos were seen as significantly different from the full face condition, but also that the manipulation of the contextual cue of the niqab was successful, because the niqab face was also seen as significantly different from the partial face.

## Main Study: Method

### Participants

Fifty-eight Dutch students from the University of Amsterdam (24 males and 33 females, $M_{age} = 22.6$; $SD = 7.14$, information of one participant was missing) participated in this study. They received course credit or financial compensation (€7) for participation and were randomly assigned to one of the three conditions.

### Design

The study had a 3 between-subjects (face condition: full face, niqab, partial face) × 4 within-subjects (story emotion: neutral, happy, anger, and shame) design.

### Procedure

Upon arrival, participants were told that the research concerned how emotion was conveyed in film and that they were going to see a number of videos in which a woman would tell a personal story. They were further informed that there would be no audio but only visual information. After having furnished demographic information, participants saw the visual portions of the videos. In order to be familiarized with the target woman, everyone first saw a neutral video. Then, the remaining three videos (angry, happy, and shameful) of the same target woman were presented in a random order. After each video, participants were asked questions about which emotions they imagined the woman in the video would have had when telling her story.

### Dependent Measures

*Personal characteristics.* Among the demographic questions, participants were requested to indicate their political

Downloaded from spp.sagepub.com at UVA Universiteitsbibliotheek on September 28, 2012

preference with a slider from right wing (−50) to left wing (+50). We further asked whether they had any Muslims in their friends or family (1 = *yes*; 2 = *no*) or they had contact with anyone wearing a niqab (1 = *yes*; 2 = *no*).

*Emotion perception.* Participants rated the intensity with which the target woman expressed each of the following emotions: anger, shame, disappointment, sadness, and happiness (1 = *not at all*; 7 = *very much*). The questions were asked after each video, starting with the neutral video.

*Attitudes.* After seeing the final emotion video, participants reported their attitudes toward women who wear niqabs ("To what extent do you find women wearing a niqab positive/a signal of emancipation/appropriate in the Netherlands?" α = .83; 1 = *negative*; 7 = *positive*).

## Results

### Personal Background Variables

In the sample, 23 participants (39.7%) have had contact with a woman wearing a niqab and 25 participants (43.1%) had Muslims among their family or friends. The political orientation of the participants was rather left wing ($M = 22.96$; $SD = 23.06$). Political orientation was positively correlated with the attitude measure ($r = -.27$, $p < .05$) but was not related to the perception of negative emotions ($r = -.07$, $p$ = n.s.).

### Emotion Perception After Neutral Display

We conducted a multivariate analysis of variance (MANOVA) with face condition as between-subject factor and anger, shame, disappointment, sadness, and happiness perceived in the neutral story condition as dependent measures. As expected, we found no significant effect of face condition, $F(10, 104) = 1.10$, $p = .37$, which confirms the idea that without any emotion display, the covering of the face does not lead to a differential perception of emotions.

### Overview of Main Analyses

Next we conducted MANOVAs for each of the three emotion videos with face condition as between-subject factor and perceived anger, shame, disappointment, sadness, and happiness as dependent measures. We used Helmert's contrasts test to first test the difference between the full face condition versus the niqab and partial face conditions combined, and then the difference between the niqab and the partial face condition.

### Emotion Perception After Happy Stories

For happiness stories, a multivariate effect of face condition was found, $F(10, 104) = 2.21$, $p = .022$, $\eta_p^2 = .18$. The test of the first contrast (between the full face condition on one hand and the niqab and partial face conditions on the other hand) was significant for anger, $p = .012$; happiness, $p =$

.001; shame, $p = .019$; disappointment, $p = .057$; and sadness, $p = .045$, indicating that participants perceived more intense shame, disappointment, sadness and anger, and less happiness in the covered face conditions compared to the full face condition (see Table 1). The second contrast (test of the difference between the niqab and partial face condition) was only significant for happiness ($p = .050$), indicating that participants perceived less intense happiness in the niqab condition compared to the partial face condition.

### Emotion Perception After Shame Stories

For shame stories, a multivariate effect of face condition was found, $F(10, 104) = 2.78$, $p = .004$, $\eta_p^2 = .21$. The test of the first contrast was significant for happiness, $p < .0001$; shame, $p = .008$; and disappointment, $p = .002$; but not for sadness, $p = .51$; and anger, $p = .50$, indicating that participants perceived more intense shame and disappointment and less happiness in the covered face conditions compared to the full face condition (see Table 1). The second contrast (test of the difference between the niqab and partial face condition) was not significant for any emotion.

### Emotion Perception After Angry Stories

As expected, no significant effect of face condition, $F(10, 104) = .88$, $p = .55$, was found for angry videos.

*Attitude.* A univariate analysis of variance showed a significant effect, $F(2, 54) = 5.43$, $p = .007$, $\eta_p^2 = .17$. The difference between full face and covered faces was significant ($p < .007$), the difference between the niqab and partial face condition was only marginally significant ($p = .078$), showing that seeing the niqab elicits the most negative attitude toward niqabs, followed by seeing a partially covered face (see Figure 3).

*Mediation analysis.* Because we did not observe differences in the perception of powerless negative emotions in the niqab and partial face conditions, we examined the effect of all negative emotions (anger, shame, disappointment, and sadness) perceived in all three emotion stories to test whether the perception of negative emotion mediates the attitude toward niqabs. We hypothesized that perceiving negative emotions mediates the effect of face covering on a more negative attitude toward niqabs. We first computed a dummy variable, comparing full face with covered faces (niqab and the partial face; 0 = *full face*, 1 = *covered faces*). Following Baron and Kenny (1986), we conducted a series of regressions analyses in order to test for mediation (see Figure 4). First, the regression showed that face condition significantly predicted our proposed mediator, negative emotion perception ($b = .36$, $SE = .15$; $t(57) = 2.43$, $p = .0181$): Covered faces predict the perception of more intense negative emotions. Second, regression analysis further showed that face condition significantly predicted positive attitudes ($b = -.88$, $SE = .32$; $t(57) = -2.71$, $p = .009$), that is, covered faces predict a less positive attitude. Third, the effect of face condition on attitude, when controlling for emotion perception,

Downloaded from spp.sagepub.com at UVA Universiteitsbibliotheek on September 28, 2012

*Fischer et al.*

271

**Table 1.** Means (and Standard Deviations) for Perceived Emotions in the Three Face Conditions

|  | Full Face (N = 18) | Partial (N = 21) | Niqab (N = 19) |
|---|---|---|---|
| **Perceived emotion after happiness display** | | | |
| Happiness | 5.67 (1.24)[a] | 4.48 (1.94)[c] | 3.37 (1.91)[b] |
| Anger | 1.61 (.92)[a] | 2.43 (1.50)[b] | 3.16 (2.14)[b] |
| Shame | 1.50 (.71)[a] | 2.48 (1.63)[b] | 2.42 (1.54)[b] |
| Sadness | 1.78 (1.11)[a] | 2.38 (1.47)[b] | 2.84 (1.64)[b] |
| Disappointment | 1.83 (.86)[a] | 2.71 (1.95)[b] | 2.68 (1.60)[b] |
| **Perceived emotion after angry display** | | | |
| Happiness | 1.89 (.91)[a] | 1.81 (1.08)[a] | 1.26 (.56)[a] |
| Anger | 5.61 (1.50)[a] | 5.52 (1.29)[a] | 5.63 (1.50)[a] |
| Shame | 2.28 (1.36)[a] | 2.52 (1.25)[a] | 2.79 (1.40)[a] |
| Sadness | 3.50 (1.20)[a] | 3.52 (1.60)[a] | 4.05 (1.90)[a] |
| Disappointment | 4.61 (1.24)[a] | 4.48 (1.54)[a] | 4.74 (1.79)[a] |
| **Perceived emotion after shame display** | | | |
| Happiness | 2.89 (1.91)[a] | 1.33 (.66)[b] | 1.37 (.96)[b] |
| Anger | 2.00 (1.65)[a] | 2.43 (1.54)[a] | 2.53 (2.09)[a] |
| Shame | 2.56 (2.12)[a] | 4.24 (2.61)[b] | 4.42 (2.04)[b] |
| Sadness | 3.11 (2.08)[a] | 3.19 (2.27)[a] | 3.89 (2.49)[a] |
| Disappointment | 2.33 (1.91)[a] | 1.33 (.66)[b] | 1.37 (.96)[b] |

Means with different superscripts in the same row differ significantly at the .05 level (Bonferroni test of significance).



**Figure 3.** Attitudes toward wearing niqabs in the three face conditions.

decreased and became nonsignificant ($b = -.565$, $SE = .34$; $t(57) = -1.66$, $p = .102$). Finally, in order to test the significance of the indirect effect of face condition on attitude through emotion perception, we generated bootstrap confidence intervals ($N_{boot} = 1,000$) as suggested by Shrout and Bolger (2002; see also, Preacher & Hayes, 2008). These analyses indicated that the indirect effect was statistically reliable ($b_{boot} = -.31$, $SE = .13$; 95% CI = $[-.667, -.111]$.



**Figure 4.** Indirect effects of perceived negative emotions on attitude toward women wearing niqabs.

## Discussion

The results of the present study demonstrate that covering the lower part of the face, as is the case when women wear a niqab, does not lead to the perception of less emotion in a general way. In support of our first hypothesis, happiness was perceived as less intense in covered faces. This was expected because obscuring the lower portion of the face hides the smile which is mostly seen as a signal of positive feelings. However, and also as expected, shame was perceived as more intense in the covered face conditions. The face covering in itself, and not the niqab, may be an implicit cue for shame. Also in line with our hypothesis, there was no difference in the perception of emotion conveyed in the anger stories across face conditions, probably due to the fact that anger is relatively easy to detect because of the prototypical furrowing of the brow, which was clearly visible in all face conditions. Overall, women whose faces are covered and who display anger, shame, and happiness, are perceived as more expressive of negative and less of positive emotions, compared to observers of women whose faces are fully visible.

In contrast with our second hypothesis that wearing a niqab enhances the effect of merely covering faces, because it is an additional contextual cue, we found few differences between the niqab and the partial face condition. There was only a difference for the happiness stories, where even less intense happiness was perceived in the niqab condition compared to the partial face condition. The relative absence of differences between the two conditions suggests that stereotypical, negative associations with Muslims at least do not play a major role in the perception of emotions in women who wear a niqab. Of course, one could argue that our respondents did not have strongly negative stereotypes, but our pilot study, using a similar group of respondents, showed that the niqab videos were associated with significantly more negative stereotypes than the partial face video. It therefore seems justified to conclude that the perception of more intense negative emotions in covered faces can be better explained by the lack of perceptual cues than contextual cues. We should be careful in generalizing this argument to other aspects of social interaction, however. Although the covering of the face is most important when the main goal is to infer emotions from the other's face, the role

Downloaded from spp.sagepub.com at UVA Universiteitsbibliotheek on September 28, 2012

of beliefs or stereotypes may be more prominent when having to judge other characteristics of veiled women. This remains a question for future research.

Our third hypothesis was confirmed. We found a more negative attitude in both covered face conditions, although the difference between the niqab and the partial face condition was marginal. In support of the fourth hypothesis, we also found that the perception of more negative emotion mediates the negative attitude toward wearing niqabs. This was the case not only in the niqab condition but also in both covered face conditions. It should be noted that more negative emotion perception occurs only when emotional signals are actually displayed and not when women are telling a neutral story without any overt sign of emotion. In other words, the perception of negative emotions is not imaginary and not merely an effect of wearing a niqab. This emphasizes the importance of emotional signals and their role in social interactions (e.g., Fischer & Manstead, 2008). The question is whether there are alternative explanations for this effect on attitude. It could be argued that other factors, like one's political orientation, are more important in determining a negative attitude toward Muslims. It could also be argued that the attitude is most likely to become more negative in those participants who already have a negative attitude. Indeed, we found that political orientation is a significant predictor of attitude toward niqabs; however, this factor is not related to the perception of negative emotions. We may therefore conclude that the attempt to decode emotions in covered faces leads one to perceive more negative emotions, which in turn influences how one feels about covering one's face.

In sum, the current study provides novel evidence, using dynamic, ecologically valid materials, concerning the perception of emotions in the absence of expressive cues. It shows that not stereotypes but the mere covering of one's face results in the perception of more negative emotions and enhances negative attitudes toward a salient characteristic of the out-group. We believe these findings provide insights into the different processes by which emotions are perceived on the face. The results may also be generalized to other situations where expressive cues are not visible, such as when wearing mouth caps or helmets. We have shown that some emotional signals may still be perceived under such difficult circumstances, but that observers may be biased toward seeing more negative emotions, when they are guessing about what's going on beneath the veil. The present research thus supports some of the concerns that have been expressed in political debates concerning the negative effects of wearing niqabs in social settings.

## Notes

1. Carroll and Russell (1996) referred to these cues as quasi-physical information to indicate the physical properties of the eyes, such as weeping, looking down or up, staring, and the mouth (talking, shouting, yawning, laughing, smiling, etc.).
2. Although we are aware of the fact that intense happiness would be observable by contraction of the *Orbicularis Oculi.*

## Declaration of Conflicting Interests

The author(s) declared no potential conflicts of interest with respect to the research, authorship, and/or publication of this article.

## Funding

The author(s) received no financial support for the research, authorship, and/or publication of this article.

## References

Aviezer, H., Hassin, R. R., Ryan, J., Grady, C., Susskind, J., Anderson, A., . . . Bentin, S. (2008). Angry, disgusted, or afraid? Studies on the malleability of emotion perception. *Psychological Science*, *19*, 724-732; doi: 10.1111/j.1467–9280.2008.02148.x

Baron-Cohen, S., Wheelwright, S., Hill, J., Raste, Y., & Plumb, I. (2001). The "Reading the Mind in the Eyes" test revised version: A study with normal adults, and adults with Asperger syndrome or high-functioning autism. *Journal of Child Psychology and Psychiatry*, *42*, 241-251; doi: 10.1111/1469–7610.00715

Baron-Cohen, S., Wheelwright, S., & Jolliffe, T. (1997). Is there a "Language of the Eyes"? Evidence from normal adults, and adults with autism or Asperger syndrome. *Visual Cognition*, *4*, 311-331; doi: 10.1080/713756761

Baron, R. M. & Kenny, D. A. (1986). The moderator-mediator variable distinction in social psychological research: Conceptual, strategic, and statistical considerations. *Journal of Personality and Social Psychology, 51*, 1173-1182.

Barrett, L. F. (2006). Solving the emotion paradox: Categorization and the experience of emotion. *Personality and Social Psychology Review*, *10*, 20-46; doi: 10.1207/s15327957pspr1001_2

Bijlstra, G., Holland, R., & Wigboldus, D. (2010). The social face of emotion recognition: Evaluation versus stereotypes. *Journal of Experimental Social Psychology*, *46*, 657-663; doi: 10.1016/j.jesp.2010.03.006

Brody, L. R., & Hall, J. A. (1993). Gender and emotion. In M. Lewis & J. M. Haviland (Eds.), *Handbook of emotions* (pp. 447-461). New York, NY: Guilford.

Carroll, J. M., & Russell, J. A. (1996). Do facial expressions signal specific emotions? Judging emotion from the face in context. *Journal of Personality and Social Psychology*, *70*, 205-218; doi: 10.1037/0022–3514.70.2.205

Ekman, P. (1993). Facial expression and emotion. *American Psychologist*, *48*, 384-392; doi:10.1037/0003–066X.48.4.384

Fischer, A. H., & Manstead, A. S. R. (2008). Social functions of emotion. In M. Lewis, J. Haviland-Jones, & L. F. Barrett (Eds.), *Handbook of emotions* (3rd ed., pp. 456–470). New York, NY: Guilford.

Hawk, S. T., van Kleef, G. A., Fischer, A. H., & van der Schalk, J. (2009). "Worth a thousand words:" Absolute and relative decoding of nonlinguistic affect vocalizations. *Emotion*, *9*, 293-305; doi: 10.1037/a0015178

Hess, U., Adams, R. B., Grammer, K., & Kleck, R. E. (2009). Face gender and emotion expression: Are angry women more like men? *Journal of Vision*, *9*, ArtID 19; doi: 10.1167/9.12.19

Hugenberg, K. (2005). Social categorization and the perception of facial threat: Target race moderates the response latency advantage for happy faces. *Emotion*, *5*, 267-276; doi: 10.1037/1528–3542.5.3.267

Downloaded from spp.sagepub.com at UVA Universiteitsbibliotheek on September 28, 2012

Hugenberg, K., & Sczesny, S. (2006). On wonderful women and seeing smiles: Social categorization moderates the happy face response latency advantage. *Social Cognition*, *24*, 516-539; doi: 10.1521/soco.2006.24.5.516

Islam, M. R., & Hewstone, M. (1993). Dimension of contact as predictors of intergroup anxiety, perceived outgroup variability and outgroup attitudes: An integrative model. *Personality and Social Psychology Bulletin*, *19*, 700-710; doi: 10.1177/0146167293196005

Keltner, D. (1995). Signs of appeasement: Evidence for the distinct displays of embarrassment, amusement, and shame. *Journal of Personality and Social Psychology*, *68*, 441-454; doi: 10.1037/0022–3514.68.3.441

Laeng, B., Profeti, I., Saether, L., Adolfsdottir, S., Lundervold, A. J., Vangberg, T., . . . Waterloo, K. (2010). Invisible expressions evoke core impressions. *Emotion*, *10*, 573-586; doi: 10.1037/a0018689

Matsumoto, D., Keltner, D., Shiota, M. N., O'Sullivan, M., & Frank, M. G. (2008). Facial expression of emotion. In M. Lewis, J. M. Haviland-Jones, & L. F. Barrett (Eds.), *Handbook of emotions* (pp. 211-234). New York, NY: Guilford.

Moors, A., & Salih, R. (2009). 'Muslim women' in Europe: Secular normativities, bodily performances and multiple publics. *Anthropologie Sociale [Social Anthropology]*, *17*, 375-378; doi: 10.1111/j.1469–8676.2009.00090.x

Preacher, K. J., & Hayes, A. F. (2008). Asymptotic and resampling strategies for assessing and comparing indirect effects in multiple mediator models. *Behavior Research Methods*, *40*, 879-891; doi: 10.3758/BRM.40.3.879

Righart, R., & de Gelder, B. (2008). Recognition of facial expressions is influenced by emotional scene gist. *Cognitive, Affective & Behavioral Neuroscience*, *8*, 264-272; doi: 10.3758/CABN.8.3.264

Russell, J. A., & Barrett, L. F. (1999). Core affect, prototypical emotional episodes, and other things called emotion: Dissecting the elephant. *Journal of Personality and Social Psychology*, *76*, 805-819; doi: 10.1037/0022–3514.76.5.805

Russell, J. A., & Mehrabian, A. (1977). Evidence for a three-factor theory of emotions. *Journal of Research in Personality*, *11*, 273-294.

Shrout, P. E., & Bolger, N. (2002). Mediation in experimental and nonexperimental studies: New procedures and recommendations. *Psychological Methods*, *7*, 422-445; doi: 10.1037/1082–989X.7.4.422

van der Noll, J. (2010). Public support for a ban on head scarves: A cross-national perspective. *International Journal of Conflict and Violence*, *4*, 191-204.

Van der Schalk, J., Hawk, S. T., Fischer, A. H., & Doosje, E. J. (in press). Moving faces, looking places: Validation of the Amsterdam Dynamic Facial Expression Set (ADFES). *Emotion*.

## Bios

**Agneta H. Fischer** is a professor at the Department of Social Psychology of the University of Amsterdam. Her research interests cover a variety of topics in relation to the social context of emotion and emotion expression.

**Marleen Gillebaart** is a PhD student at the Department of Social Psychology of the University of Amsterdam. Her PhD research is on novelty.

**Mark Rotteveel** is an assistant professor at the Department of Social Psychology at the University of Amsterdam with interest in emotion, attitudes, affective information processing, and its interplay with attention.

**Daniela Becker** is a research master student and lab assistant at the Department of Social Psychology of the University of Amsterdam.

**Michael Vliek** is an assistant professor at the Department of Social Psychology at the University of Amsterdam with interest in social comparison, intergroup relations, and the role of time in social cognitive information processing.

Downloaded from spp.sagepub.com at UVA Universiteitsbibliotheek on September 28, 2012

View publication stats