IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  DAKOTA HELLER,

 Defendant.
_____

**GOVERNMENT'S SUPPLEMENTAL PROPOSED QUESTIONS
FOR JUROR VOIR DIRE**
_____

 The United States of America, by and through Acting United States Attorney Matthew T. Kirsch and undersigned counsel, respectfully submits the following supplemental questions for voir dire:[1]

- What things do you look for when evaluating whether someone in your life is telling you the truth?  What are factors that you, as a juror, will look for and consider when evaluating witness credibility?

- As you have heard, whether there was consent to certain sexual contact will be an issue in this trial.
    - What are some things that you think about when you consider whether there has been consent to sexual contact?
    - Do you have a view on whether consent to sexual contact can be non-verbal?  What are some things you think about when you

---

[1] The instant filing is intended to supplement, not replace, the proposed voir dire filed by the Government on October 23, 2020 (ECF #91) and March 11, 2020 (ECF #196).

consider whether consent has been given non-verbally?

- Have you ever been on an international flight? More than one time?

- Do you have strong feelings about people who use medicine to help them fall asleep?

- With respect to an event that happened a few years ago, does it make sense to you that a person may remember more details about the event as he or she begins thinking and talking about it? Have you experienced this in your own life, either by you personally or someone close to you?

- The burden of proof is always on the Government. After listening to the evidence in this case, if you conclude that the Government has proven its case beyond a reasonable doubt, will you be able to find the defendant guilty? If you conclude that the Government hasn't proven its case beyond a reasonable doubt, will you be able to find the defendant not guilty?

Respectfully submitted this 20th day of July, 2021.

MATTHEW T. KIRSCH
ACTING UNITED STATES ATTORNEY
DISTRICT OF COLORADO

By: *s/ Patricia Davies & Andrea Surratt*
Assistant United States Attorneys
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO. 80202
Telephone (303) 454-0100
Email: Patricia.Davies@usdoj.gov
         Andrea.Surratt@usdo.gov
Attorneys for the Government