IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No. 19-cr-00224-PAB                    Date: July 26, 2021

Case Title: <u>United States v. Dakota Michael Heller</u>

GOVERNMENT'S WITNESS LIST

| <u>WITNESS</u> | <u>ESTIMATED DATE(S) AND LENGTH OF TESTIMONY</u> |
|---|---|
| 1. Gabriel Kinzley | July 26: 2.5 hours |
| 2. Joy Wolf | July 26-27: 30 minutes |
| 3. "Christopher" | July 27: 2.5 hours |
| 4. Nate Goodman | July 27: 30 minutes |
| 5. Nate Ferguson | July 27: 30 minutes |
| 6. Special Agent Philip Jones | July 27: 1.5 hours |
| 7. Aaron Wardle | July 27: 30 minutes |
| 8. David Wolf | July 27-28: 45 minutes |
| 9. Dr. George Sam Wang | July 28: 1.5 hours |

10.   Kari Quesada							July 28: 1.0 hour

11.   Karen Blackwell						July 28: 1.5 hours


_____			_____



_____			_____