# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DAKOTA MICHAEL HELLER,

    Defendant.

___

## VERDICT FORM
___

### COUNT 1

We, the jury, upon our oaths, unanimously find the Defendant, DAKOTA MICHAEL HELLER, in Count 1 of the Superseding Indictment:

    ____ Not Guilty

    ____ Guilty

### COUNT 2

We, the jury, upon our oaths, unanimously find the Defendant, DAKOTA MICHAEL HELLER, in Count 2 of the Superseding Indictment:

    ____ Not Guilty

    ____ Guilty

                                                _____
                                                FOREPERSON

Dated this _____ day of _____, 2021.