IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

Case No.   19-cr-00224-PAB            Date:  July 26-29, 2021

Case Title:  United States v. Dakota Michael Heller

DEFENDANT'S WITNESS LIST

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Harmony Kilgore | July 29, 2021; 30 minutes |
| Josh Korac | July 29, 2021; 30 minutes |
| Rivka Morgan-Sherman | July 29, 2021; 15 minutes |
| Susan Burchett | July 29, 2021; 50 minutes |
| Deborah Davis, Ph.D. | July 29, 2021; 2 hours |
| Brian Carlucci | July 29, 2021: 10 mins. |