CASE CAPTION:    United States v. Dakota Michael Heller

CASE NO.:    19-cr-00224-PAB

**SECOND AMENDED** EXHIBIT LIST OF:   Defendant
 (Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| A | Gabriel Kinzley | Audio: FBI interview with Gabe Kinzley (INV_046) | | | | | |
| B | Christopher | Audio: FBI interview with Christopher (INV_047) | | | | | |
| C | Christopher | Audio: FBI 2nd interview with Christopher (INV_142) | | | | | |
| D | Christopher | Venmo report | | | | | |
| E | Christopher | Venmo report – redacted | | | | | |
| F | Christopher | Text messages between Dakota Heller and Christopher (SUB_002 – SUB_030) | | | | | |
| G | Christopher | Text messages between Dakota Heller and Christopher (INV_053) | | | | | |
| H | Christopher | Birthday party photo | | | | | |
| I | Gabriel Kinzley, Michael Helling, SA Philip Jones | Cornerstone Church – Elders, Executive Team, Staff | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| J | Gabriel Kinzley, Michael Helling, SA Philip Jones | Cornerstone Church – Statement of Faith | | | | | |
| K | Gabriel Kinzley | Cornerstone Cancel Culture v. Forgiveness – Pastor Gabe Kinzley Sermon | | | | | |
| L | | Clip 1:06:30 to 1:06:50 from Exhibit K | | | | | |
| M | Gabriel Kinzley | Text message from Gabe Kinzley to Dakota Heller | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |