IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 19-cr-00224-PAB
Courtroom Deputy: Sabrina Grimm

Date:  July 23, 2021
Court Reporter:   Janet Coppock

*Parties:*

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.   DAKOTA MICHAEL HELLER,

   Defendant.

*Counsel:*

Patricia Davies
Andrea Surratt

Kelly Christl
David Kraut

## COURTROOM MINUTES

### TRIAL PREPARATION CONFERENCE

**1:30 p.m.**     **Court in session.**

Appearances of counsel.

Also present and seated at Government's counsel table, Special Agent Jones.

Ms. Christl requests 5 minutes to speak with Ms. Surratt.

**1:32 p.m.**     **Court in recess.**
**3:17 p.m.**     **Court in session.**

Ms. Christl notifies the Court that the parties have reached an agreement.

**ORDERED:**   Defendant's oral notice of disposition is accepted.

**ORDERED:**   A Change of Plea Hearing is set for July 26, 2021 at 10am in Courtroom A701 before Chief Judge Philip A. Brimmer.

**ORDERED:**   Jury Trial set for July 26, 2021 is VACATED.

**ORDERED:**  Defendant's bond is continued.

**3:21 p.m.**     **Court in recess.**

Hearing concluded.
Total time in court:    00:06