IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAKOTA HELLER,

    Defendant.

## JOINT MOTION TO CONTINUE THE CHANGE OF PLEA HEARING

Defendant Dakota Heller, through undersigned counsel and joined by the government, respectfully asks the Court to continue the change of plea hearing, currently scheduled for 10:00 a.m., today, July 26, 2021. In support:

1. The parties reached a plea agreement on the eve of trial. This agreement is pursuant to Fed. R. Crim. P. Rule 11 (c)(1)(C) plea where Mr. Heller would plead guilty to an information for a felony drug offense and a misdemeanor assault, and the parties would recommend sex offender treatment as a condition of probation.

2. The parties need additional time to investigate what programs are available to Mr. Heller if he pleads guilty to the agreed upon charges.

3. The parties anticipate they will have this information and a written plea agreement by the end of this week. The parties are requesting this hearing be rescheduled to July 29 or 30, 2021.

4. The parties are requesting the hearing at 10:00 a.m. this morning be vacated.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*s/ Kelly Christl*                                   *s/ David Kraut*
KELLY CHRISTL                                    DAVID KRAUT
Assistant Federal Public Defender       Assistant Federal Public Defender
633 17th Street, Suite 1000                    633 17th Street, Suite 1000
Denver, CO  80202                               Denver, CO  80202
Telephone:  (303) 294-7002               Telephone:  (303) 294-7002
FAX:  (303) 294-1192                           FAX:  (303) 294-1192
Email:  Kelly_christl@fd.org                 Email:  David_Kraut@fd.org
Attorney for Defendant                         Attorney for Defendant

MATTHEW KIRSCH
UNITED STATES ATTORNEY
DISTRICT OF COLORADO

s/ Patricia Davies & Andrea Surratt
Assistant United States Attorneys
U.S. Attorney's Office
1801 California Street, Suite1600
Denver, CO. 80202
Telephone (303) 454-0100
Email: Patricia.Davies@usdoj.gov
Andrea.Surratt@usdo.gov
Attorneys for the Government

# CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2021, I electronically filed the foregoing **JOINT MOTION TO CONTINUE THE CHANGE OF PLEA HEARING** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Patricia W. Davies, Assistant United States Attorney
Email: patricia.davies@usdoj.gov

Andrea L. Surratt, Assistant United States Attorney
Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Dakota Heller (via U.S. mail)

*s/ Kelly Christl*
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  Kelly_Christl@fd.org
Attorney for Defendant