IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DAKOTA MICHAEL HELLER,

    Defendant.

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about April 3, 2017, in the State and District of Colorado and elsewhere, and on an aircraft in the special aircraft jurisdiction of the United States, that is Emirates Air flight EK229, DAKOTA MICHAEL HELLER, the defendant, did assault Minor #1, who was 16 years old at the time, by knowingly and intentionally engaging in sexual contact with Minor #1 when Minor #1 did not consent to the sexual contact.

All in violation of Title 18, United States Code, Section 113(a)(5) and Title 49, United States Code, Sections 46501(2) and 46506.

## COUNT TWO

On or about March 22, 2017, in the State and District of Colorado, the defendant, DAKOTA MICHAEL HELLER, did knowingly and intentionally possess with the intent to distribute zolpidem (Ambien), a schedule IV controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(2).


MATTHEW T. KIRSCH
Acting United States Attorney


By:   /s Patricia Davies & Andrea Surratt
      Patricia Davies & Andrea Surratt
      Assistant U.S. Attorneys
      U.S. Attorney's Office
      1801 California St., Ste. 1600
      Denver, CO 80202
      Telephone: 303-454-0100
      E-mail: patricia.davies@usdoj.gov
              andrea.surratt@usdoj.gov
      Attorneys for Government