| | |
|---|---|
| <u>DEFENDANT</u>: | DAKOTA MICHAEL HELLER |
| <u>AGE/YOB</u>: | 1981 |
| <u>COMPLAINT FILED?</u> | _____ Yes   __x__ No<br>If Yes, MAGISTRATE CASE NUMBER |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _x_ Yes (Indictment)   __ No   If No, a new warrant is required

| | |
|---|---|
| <u>OFFENSE(S)</u>: | Count 1: 18 U.S.C. § 113(a)(5) (simple assault in the special maritime and territorial jurisdiction of the United States)<br><br>Count 2: 21 U.S.C. §§ 841(a)(1) & (b)(2) (possession with intent to distribute a controlled substance) |
| <u>LOCATION OF OFFENSE</u>: | Boulder County, Colorado and elsewhere |
| <u>PENALTY</u>: | Count 1: NMT 6 months' imprisonment; NMT $5,000 fine; NMT 1 year SR; $10 SA<br><br>Count 2: NMT 5 years' imprisonment; NMT $250,000 fine; NLT 1 years' SR; NMT life SR; $100 SA |
| <u>AGENT</u>: | SA Philip Jones, FBI |
| <u>AUTHORIZED BY</u>: | Patricia Davies & Andrea Surratt<br>Assistant U.S. Attorneys |

<u>ESTIMATED TIME OF TRIAL</u>:   _x_ five days or less; ___ over five days

<u>THE GOVERNMENT</u>

_x_ will NOT seek detention in this case

The statutory presumption of detention is NOT applicable to this defendant.

1