IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 19-cr-00224-PAB
Courtroom Deputy: Sabrina Grimm

Date: July 30, 2021
Court Reporter: Julie Thomas

*Parties:*

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  DAKOTA MICHAEL HELLER,

   Defendant.

*Counsel:*

Andrea Surratt
Patricia Davies

Kelly Christl
David Kraut

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**9:03 a.m.**    **Court in session.**

Appearances of counsel. Defendant present on bond.

Also present and seated at Government's counsel table, Special Agent Philip Jones.

The Waiver of Indictment, Information, Plea Agreement (Court Exhibit 1) and Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2) are tendered to the court.

Defendant sworn.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant enters plea of guilty to Counts 1 and 2 of the Information.

Court states its findings of fact and conclusions of law.

Discussion regarding defendant remaining on bond.

2

**ORDERED:** The court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.

**ORDERED:** Court Exhibits 1 and 2 are admitted.

**ORDERED:** Defendant's plea of guilty is accepted.

**ORDERED:** The Probation Department shall conduct a presentence investigation and file a presentence report.

**ORDERED:** Any motions for departure or variance shall be filed within the time limits specified by Fed. R. Crim. P. 32(f)(1), as discussed.

**ORDERED:** Defendant, with the assistance of counsel, if necessary, shall contact the probation department regarding the presentence investigation.

**ORDERED:** Sentencing is set for October 29, 2021 at 10:00 a.m. in Courtroom A701 before Chief Judge Philip A. Brimmer.

**ORDERED:** Any pending pretrial motions on behalf of the Defendant are deemed MOOT.

**ORDERED:** Defendant's bond is continued.

**9:37 a.m.** Court in recess.

Hearing concluded.
Total time in court:    00:34