IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DAKOTA HELLER,

        Defendant.

**OBJECTIONS AND RESPONSES TO PRESENTENCE INVESTIGATION REPORT**

Defendant Dakota Heller ("Mr. Heller"), through undersigned counsel, respectfully submits the following objections and responses to the Presentence Investigation Report ("PSR") (ECF 243). None of Mr. Heller's objections or responses affect the Guideline calculation. Mr. Heller agrees that the final offense level should be 4 and that he falls within Criminal History Category I, resulting in a Guideline imprisonment range of 0-6 months.

Paragraph 45: The circumstances of this prior offense were not sexual in nature. Shortly after 1:00 am on January 25, 2007, while drunk, Mr. Heller urinated in a parking lot. *See* Broomfield Police Report, Ex. A; Broomfield 07M43 Judgment, Ex. B. He accepted responsibility by pleading guilty to two Colorado Class One Petty Offenses and regrets his conduct to this day.

Paragraph 65: Mr. Heller does not object to the information contained in this paragraph but seeks the addition of the following relevant information. Shortly after pleading guilty in this case, Mr. Heller voluntary enrolled in sex offender treatment at Forensic Evaluation and Treatment Services ("FETS"). Dr. Gary Reser, PhD, LPC is the owner and clinical supervisor

1

for FETS. Colorado's Sex Offender Management Board ("SOMB") has certified Dr. Reser as a sex offender treatment provider, supervisor, and full level evaluator. He contributed to the current SOMB standards and sits on the SOMB Best Practices Committee. The treatment in which Mr. Heller participates exceeds SOMB standards.

<u>Proposed Special Condition of Supervision No. 5</u>: Mr. Heller does not object to the proposed condition prohibiting him from having unsupervised contact with minors. However, he moves the Court to add the following language to this special condition: "Mr. Heller may have contact with his minor niece, L.K., in the presence of his mother (Ms. Burchett) or sister (Ms. Kilgore). Mr. Heller may not be terminated or excluded from sex offender treatment based on such contact."

L.K. is the eleven-year-old daughter of Mr. Heller's sister, Ms. Kilgore. Mr. Heller and his sister are very close and he has been involved in L.K.'s life since she was born. While on pretrial supervision over the last 29 months, Mr. Heller has had regular contact with L.K. in the presence of Ms. Burchett and/or Ms. Kilgore. ECF 243 at ¶7. No one has expressed concern regarding this supervised contact. Mainly, Mr. Heller sees L.K. at church services, occasional family meals, and L.K.'s soccer games. He would like to continue participating in these activities and fears such contact with L.K. will exclude him from sex offender treatment due to commonly imposed treatment requirements prohibiting all contact with minors.

<u>Justification Section</u>: Mr. Heller objects to two factual statements that appear in the first paragraph of the Justification section: (1) "…the defendant gave the victim an Ambien tablet…" and (2) "the defendant…placed a blanket over their laps…" Mr. Heller denies giving Christopher an Ambien tablet and denies placing the blanket over their laps. He does not dispute that Christopher took an Ambien at some point during the flight from Dubai to Seattle.

2

Nor does he dispute that he and Christopher shared a blanket on the flight. However, the trial testimony, discovery, and factual basis in the plea agreement do not support the two factual assertions above.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

| | |
|---|---|
| *s/ David Kraut* | *s/ Kelly Christl* |
| DAVID KRAUT | KELLY CHRISTL |
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| 633 17th Street, Suite 1000 | 633 17th Street, Suite 1000 |
| Denver, CO  80202 | Denver, CO  80202 |
| Telephone:  (303) 294-7002 | Telephone:  (303) 294-7002 |
| FAX:  (303) 294-1192 | FAX:  (303) 294-1192 |
| Email: david_krautl@fd.org | Email:  kelly_christl@fd.org |
| Attorney for Defendant | Attorney for Defendant |

## CERTIFICATE OF SERVICE

    I hereby certify that on October 7, 2021, I electronically filed the foregoing **OBJECTIONS AND RESPONSES TO PRESENTENCE INVESTIGAITON REPORT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Patricia W. Davies, Assistant United States Attorney
    Email: patricia.davies@usdoj.gov

    Andrea L. Surratt, Assistant United States Attorney
    Email: andrea.surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Dakota Michael Heller    (via Mail)

    *s/David Kraut*
    DAVID KRAUT
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email: david_krautl@fd.org
    Attorney for Defendant