# Exhibit A

## AFFIDAVIT IN SUPPORT OF WARRANTLESS ARREST

Patrolman Drew Wilson, a peace officer for the City and County of Broomfield, being duly sworn says that there is probable cause for the warrantless arrest of the above named defendant for the charge(s) stated above, arising out of incidents occurring at 555 Zang Street, City and County of Broomfield, State of Colorado, on Thursday, January 25, 2007 at 01:07 hrs, and that the following facts are true and correct to the best of his knowledge, information and belief, and support the arrest of the defendant:

On January 25, 2007 at 01:07 hours. I was leaving the Flatirons Police Substation walking to my patrol vehicle when I heard the sounds of yelling and screaming coming from the parking lot of CB and Potts across the street.

Upon arrival in the west parking lot of CB and Potts I observed the following: There were two males pushing one another just in front of me. When I contacted the two males they said everything was ok and they were friends and were on there way home. The males were later identified as Dakota Heller, DOB 082981 and Colin McCaleb, DOB 032287 via their driver's license and identification cards.

I then went inside of CB and Potts where I contacted an employee and told him what I had heard screaming and observed Dakota and Colin pushing one another in the parking lot. The employee said there was no problem inside of the bar and when he went outside with me he said he did not hear any screaming. He then asked me "Is that guy peeing?" and pointed Dakota. I looked across the parking lot and less then 25 feet from my patrol vehicle Dakota was standing up facing north, looking down with his hands at both sides of his midsection. He was standing next to the passenger side of a red Honda CRX with Colorado license plates of 892-HMA.

When I walked over to where Dakota was standing I observed that his zipper was down and his penis was hanging out and exposed. Also there was a fresh puddle of urine on the ground and splashes of it on the rear passenger tire of the vehicle. Dakota had bloodshot, watery eyes, pale face, slurred speech a strong odor of an unknown alcohol beverage coming from his breath and he was unsteady on his feet swaying back and forth. Inside of the driver's seat was Colin, who also had bloodshot watery eyes, pale face, slurred speech and a strong odor of an unknown alcohol beverage coming from his breath.  While contacting both Dakota and Colin people were walking from the bar to their vehicles which were parked all around us. Dakota was in plain view of people inside of the bar and persons who were walking past him to get to their vehicles. He made no attempt to hide or conceal what he was doing.

While speaking with Dakota and trying to tell him what he was doing was not acceptable he continued to argue with me that he was not doing anything wrong, he knew his rights and that he had the right to drink excessively. Dakota asked me "I can't piss in the parking lot?" Several minutes into the contact Officer J. Smith arrived and was watching Dakota and Colin while I was attempting to write both of them municipal summons. Several times I heard Dakota arguing with Officer J. Smith saying that he was not doing anything wrong, he knew his rights that he did not have to stay there and talk with us if he did not want to. He also kept yelling "This is a free country I can do whatever I want!"

While writing out the summons I observed Dakota walking away from Officer J. Smith who told him several times not to go anywhere and to stay where he was at. Officer J. Smith and I then took Dakota into custody where he was later transported to the Broomfield County Jail where he was booked in on one count of 18-8-104 Obstruction and one count of CRS 18-7-302 Indecent Exposure.

OFFICER(S): D. Wilson 2296
From the Broomfield Police Department, 7 DesCombes Drive, Broomfield, CO 80020
D. Wilson, #2296

, #

_____
Affiant's Signature

Subscribed and sworn to before me this __25__ day of __Jan__, 20_07_

_____                              _11-7-07_____
Notary Public                                              Expiration Date

Probable cause for warrantless arrest is ☐ Found  ☐ Not Found

Date: _____                              Time: _____

_____
Judge