# Exhibit B

COUNTY COURT, BROOMFIELD COUNTY, COLORADO

Court Address:   Broomfield County Courthouse
                 17 Descombes Dr.
                 Broomfield, CO  80020
Phone Number:    (303)464-5020

^ COURT USE ONLY ^

Case Number:   2007M 000043

The People of the State of Colorado
vs.
HELLER, DAKOTA MICHAEL

Division:   1

## SENTENCE ORDER

Defendant:  HELLER, DAKOTA MICHAEL

Date of Birth:   08/29/1981
Sex Offender Status: No Stip Fct Base-NOT REQ REG

| Count | | Class | Plea | Finding |
|---|---|---|---|---|
| 1 | 18-8-104 - Obstructing a Peace Officer | M2 | | Dism by DA |
| 2 | 18-7-302 - Indecent Exposure | M1 | | Dism by DA |
| 3 | 18-7-301(1)(c) - Public Indecency-Lewd Exposure | PO1 | Plea of Guilty | Guilty |
| 4 | 18-9-106(1)(a) - Disorderly Conduct-offensive gesture | PO1 | Plea of Guilty | Guilty |

### ASSESSED FINES & COSTS
Count # 3
Court Costs - T, M, CR                          $21.00
VAST min for off after 5/1/03                   $60.00
Victim Compensation Fund                        $60.00
Community Service: 20 Hours
TOTAL                                          $141.00

Other Conditions of Sentence:
   PUBLIC SERVICE BY 5-31-07                    /DMC

BOCKMAN, AMY ELIZABETH
Judge/Magistrate                                2007-02-28
                                                Date

HELLER, DAKOTA MICHAEL
Defendant                                       2007-02-28
                                                Date

*******************************************************NOTICE*******************
Following this hearing you are to present this form to the Clerk's Office for payment. Payment is due by the end of business on your Court Date. Pursuant to §16-11-101.6, C.R.S., if the Defendant does not pay all amounts assessed at the time of order, the Defendant shall pay an additional time payment fee. In addition, the Defendant may be assessed a late penalty fee each time payment is not received on or before the due date.