IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.: 19-cr-224-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     DAKOTA HELLER,

      Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO
PRESENTENCE INVESTIGATION REPORT**

---

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits the following response to defendant Dakota Heller's objections to the Presentence Investigation Report ("PSR").

Justification Section: The defendant claims that the PSR's Justification Section's assertion that "the defendant gave the victim an Ambien tablet" is not supported by the "trial testimony, discover, and factual basis in the plea agreement."   It is the Government's view that the trial testimony does support this assertion.   There is no dispute that the defendant was prescribed Ambien to take on the 2017 mission trip to Africa and that he shared it with other church members at their request.   Christopher testified that he was given Ambien on the flight from Dubai to Seattle by either the defendant or Nate Goodman.   [Trial Transcript ("Tr.") at 72].   Specifically, Christopher remembered that the Ambien was given to him "after [he] sat down on the plane" by the person on his right or his left.   [Tr. at 72].   He also recalled that, on that flight, Nate

Goodman was seated on his left and the defendant was on his right.   [Tr. at 71].   Nate Goodman testified that he did not have Ambien on the flight home from the mission trip and explained that, instead, he takes Xanax for flight anxiety.   [Tr. at 394-95]. Christopher's testimony, together with Nate Goodman's testimony, establishes by a preponderance of the evidence that the defendant did provide Christopher with an Ambien on the flight from Dubai to Seattle.

The defendant similarly argues that the evidence does not support the PSR's assertion that he "placed a blanket over" his and Christopher's laps, though he does not deny that they shared a blanket.   At trial, however, Christopher testified that before he began to get sleepy from the Ambien, the defendant "put one of the plane blankets over both" of their legs.   [Tr. at 72].   There is no evidence in the record that suggests that Christopher—or, even more improbably, someone else entirely—spread the blanket over both of their laps.   Accordingly, Christopher's testimony establishes by a preponderance of the evidence that the defendant did, in fact spread the blanket over his own and Christopher's laps.

Respectfully submitted,

MATTHEW T. KIRSCH
United States Attorney

By:     *s/ Andrea Surratt*
Andrea Surratt
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
(303) 454-0100
Andrea.Surratt@usdoj.gov