IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 19-cr-00224-PAB | Date:  October 29, 2021 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:   Janet Coppock |
| Probation Officer:    Gary Burney | |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Surratt |
|     Plaintiff, | |
| v. | |
| 1. DAKOTA MICHAEL HELLER, | David Kraut |
| | Kelly Christl |
|     Defendant. | |

### COURTROOM MINUTES

**SENTENCING**

**1:35 p.m.     Court in session.**

Appearances of counsel.  Defendant present on bond.

Also present and seated at Government's counsel table, Special Agent Philip Jones with the FBI.

Mr. Surrat states she will file a written motion to dismiss the superseding indictment, as discussed.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by Mr. Heller.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:** Defendant shall be placed on probation for 5 years as to Count 1 and 5 years as to Count 2 to run concurrently with each other.

**ORDERED:** Conditions of Supervision, as stated on record.

**ORDERED:** Defendant shall pay a $110.00 Special Assessment fee, to be paid immediately. No fine is imposed.

**ORDERED:** Government's oral motion to dismiss Counts 1 and 2 of the Superseding Indictment is GRANTED. The Government shall follow up with a written motion, as discussed.

Defendant advised of right to appeal.

**ORDERED:** Defendant's bond is exonerated.

**2:06 p.m.** Court in recess.

Hearing concluded.
Total time in court: 00:31