IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAKOTA HELLER

    Defendant.

---

## GOVERNMENT'S RULE 48 MOTION TO DISMISS COUNTS

---

    The United States of America, by and through undersigned Assistant United States Attorney, and in accordance with the plea agreement in this matter, hereby files the Government's Fed. R. Crim. P. 48(a) Motion to Dismiss Counts as to defendant DAKOTA HELLER in the above-captioned matter.  As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On May 8, 2019, the defendant was indicted in one count.  [ECF #1].

    2.    On December 3, 2019, a Superseding Indictment was filed, charging the defendant in two counts.  [ECF #143].

    3.    On July 30, 2021, the defendant consented to the filing of an information and, on that same date pled guilty to the two counts in the information with the benefit of a plea agreement.  [ECF #237-239].

4. In accordance with the negotiated terms as contained within the plea agreement, the Government moves to dismiss Counts 1 and 2 of the Superseding Indictment in 19-cr-00224-PAB.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of all of the counts of the Superseding Indictment as to defendant DAKOTA HELLER in the above-captioned matter.

Respectfully submitted this 29th day of October, 2021

                              MATTHEW T. KIRSCH
                              Acting United States Attorney

By:   *s/ Andrea Surratt*
       Andrea Surratt
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California St., Suite 1600
       Denver, CO 80202
       Telephone: (303) 454-0100
       e-mail:  Andrea.Surratt@usdoj.gov
       Attorney for the Government