IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DAKOTA MICHAEL HELLER,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on Government's Rule 48 Motion to Dismiss Counts [Docket No. 252], wherein the United States moves to dismiss Counts 1 and 2 of the superseding indictment based on defendant pleading guilty to Count 1 of the information.  Where, it is

**ORDERED** that the Government's Rule 48 Motion to Dismiss Counts [Docket No. 252] is granted.  It is further

**ORDERED** that Counts 1 and 2 of the superseding indictment are dismissed as to defendant Dakota Michael Heller.

DATED October 29, 2021.

                                        BY THE COURT:

                                        _____

                                        PHILIP A. BRIMMER
                                        Chief United States District Judge