CO-PROB12B
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

U.S.A. VS. DAKOTA MICHAEL HELLER                    DKT. NO. 1:19CR00224-1

### PETITION TO MODIFY CONDITIONS OF PROBATION

COMES NOW, Chris Woodiel , United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Dakota Michael Heller, who was placed on supervision by the Honorable Philip A. Brimmer, sitting in the United States District Court in Denver, Colorado, on October 29, 2021.  The defendant was sentenced to 5 years' probation on Count 1: Simple Assault within an Aircraft, in violation of 18 U.S.C. § 113(a)(5); and Count 2: Possession with Intent to Distribute Schedule IV Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(2); both counts to run concurrently. Supervision commenced on October 29, 2021, and is set to expire on October 28, 2026.  As noted in the judgment [Document 254], the Court ordered mandatory, special and standard conditions of supervision.  The probation officer alleges the defendant has violated the following terms and conditions of probation as set forth herein.

### STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

During the defendant's short tenure on probation, he has performed notably well on supervision thus far. The defendant has maintained steady employment, continued with sex offender treatment which he started prior to sentencing, and his initial urinalysis test was negative for illicit substances. The Court should note the defendant was on pretrial services supervision for more than two years in which his initial urinalysis test was positive for cocaine, but every test thereafter was negative.

However, during the defendant's polygraph examination on January 29, 2022, he admitted to using cocaine on approximately five occasions since he started probation. To address his substance abuse, the defendant agreed to submit to random urinalysis testing. Considering the defendant's own admission to cocaine use, the aforementioned course of action appears to be an appropriate means to address his substance abuse and hold him accountable to the Court ordered conditions and the community.

On January 31, 2022, the defendant executed a form entitled, "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervision.  Assistant U.S. Attorney Andrea Surratt was contacted and has no objection to the proposed modification.

| | | |
|---|---|---|
| Dakota Michael Heller<br>1:19CR00224-1 | Petition to Modify Conditions of Probation.<br>Page 2 | February 4, 2022 |

## RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

Modification of the terms of Probation to include the following special conditions:

1. You must participate in a program of testing and/or treatment for substance abuse approved by the probation officer and follow the rules and regulations of such program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program as to modality, duration, and intensity. You must abstain from the use of alcohol or other intoxicants during the course of treatment. You must not attempt to obstruct, tamper with or circumvent the testing methods. You must pay for the cost of testing and/or treatment based on your ability to pay.

I DECLARE under penalty of perjury that the foregoing is true and correct.

**s/Chris Woodiel**
  Chris Woodiel
  U.S. Probation Officer
  Place:   Denver
  Date:    February 4, 2022

***s/Gary W. Phillips***
  Gary W. Phillips
  Supervisory U.S. Probation Officer
  Place:   Denver
  Date:    February 4, 2022