IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. DAKOTA MICHAEL HELLER,

   Defendant.

---

**ORDER REGARDING REQUEST FOR MODIFICATION
OF THE CONDITIONS OF SUPERVISION**

---

     THIS MATTER is before the Court upon request by the probation officer to modify conditions of probation on the above-named defendant.

     HAVING considered the probation officer's petition, the Court:

     ORDERS the defendant's terms of supervision be modified to include the following special condition:

1. You must participate in a program of testing and/or treatment for substance abuse approved by the probation officer and follow the rules and regulations of such program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program as to modality, duration, and intensity. You must abstain from the use of alcohol or other intoxicants during the course of treatment. You must not attempt to obstruct, tamper with or circumvent the testing methods. You must pay for the cost of testing and/or treatment based on your ability to pay.

     FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

     DATED at Denver, Colorado, this   <u>4th</u>   day of  <u>February, 2022.</u>

                         BY THE COURT:

                         Philip A. Brimmer
                         Chief United States District Judge