# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00224-PAB-1

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Dakota Michael HELLER,

   Defendant.

## ORDER REGARDING VIOLATIONS OF CONDITIONS OF PROBATION

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violations of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

\_\_\_\_   ORDERS the issuance of an arrest warrant.

\_\_\_\_   ORDERS the issuance of a summons.

\_\_\_\_   DENIES the request.

DATED at Denver, Colorado, this  Day  day of Month and Year.

BY THE COURT:

_____
Philip A. Brimmer
Chief United States District Judge