AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:19CR00224-1 |
| DAKOTA MICHAEL HELLER | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Dakota Michael Heller ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ❏ Complaint
☑ Probation Violation Petition ❏ Supervised Release Violation Petition ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

Possession and Use of a Controlled Substance
Failure to Truthfully Answer Questions Asked by the Probation Officer
Unauthorized Use of an Unapproved Internet Capable Device
Failure to Participate In and Successfully Complete Sex Offense-Specific Treatment and Abide by the Rules and Regulations of the Treatment Program

Date: _____

*Issuing officer's signature*

City and state: _____

*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*