AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>DAKOTA MICHAEL HELLER<br>*Defendant* | Case No. 1:19CR00224-1 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Dakota Michael Heller,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☑ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession and Use of a Controlled Substance
Failure to Truthfully Answer Questions Asked by the Probation Officer
Unauthorized Use of an Unapproved Internet Capable Device
Failure to Participate In and Successfully Complete Sex Offense-Specific Treatment and Abide by the Rules and Regulations of the Treatment Program

Date: July 11, 2022

s/ S. Grimm, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, CO

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*