Case No. 1:19-cr-00224-PAB   Document 270   filed 07/18/22   USDC Colorado   pg 1 of 1
Case 1:19-cr-00224-PAB   Document 260 (Court only)   Filed 07/11/22   USDC Colorado
Page 1 of 1

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JUL 18 AM 9:39

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  1:19CR00224-1 -PAB |
| | ) | |
| DAKOTA MICHAEL HELLER | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Dakota Michael Heller
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☑ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession and Use of a Controlled Substance
Failure to Truthfully Answer Questions Asked by the Probation Officer
Unauthorized Use of an Unapproved Internet Capable Device
Failure to Participate In and Successfully Complete Sex Offense-Specific Treatment and Abide by the Rules and
Regulations of the Treatment Program

Date: July 11, 2022

s/ S. Grimm, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, CO

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

| This warrant was received on *(date)* 7/11/22, and the person was arrested on *(date)* 7/12/22 |
|---|
| at *(city and state)* Denver CO |

Date: 7/12/22

*Arresting officer's signature*

P. BLISS  DEP/USMS
*Printed name and title*