IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAKOTA MICHAEL HELLER,

    Defendant.

---

## NOTICE REGARDING REVOCATION HEARING

---

Dakota Michael Heller, through counsel, notifies the Court the parties have come to an agreement on this case and will present it to the Court at the revocation hearing scheduled for September 1, 2022.

## AGREEMENT

Mr. Heller will admit to allegations 3, 4, 5, and 6 of the revocation petition, Doc. 258. The government will move to dismiss allegations 1 and 2. The parties will jointly recommend a sentence of three months in the BOP. The probation officer is also in agreement. Doc. 274. The parties will also recommend that Mr. Heller be allowed to self-surrender after designation, for his own safety.

## JUSTIFICATION FOR LOW-END OF THE GUIDELINE SENTENCE

As the probation officer noted, Mr. Heller appeared to do well at the outset of probation. Mr. Heller started treatment at FETS (Forensic Evaluation and Treatment Services) in Longmont, CO. He has been employed as a general manager for a high-end restaurant in Boulder, CO. His superiors and colleagues respect him and report a good work ethic. *See*,

Attachment. Even after Mr. Heller was discharged from FETS, the provider reported to undersigned counsel that they would allow him to return to treatment there. Probation has indicated that it no longer regards this as an "approved" program so Mr. Heller was referred to RSA while this petition was pending. Mr. Heller had an intake appointment at RSA and will begin treatment after he is released. Mr. Heller hopes to keep his employment, in some capacity, after he is released. RSA is 53 miles from Mr. Heller's home and will be required to make a 2+ hour round trip to treatment at least once a week.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kelly.christl@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, I electronically filed the foregoing **NOTICE REGARDING REVOCATION HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Andrea Surratt, AUSA
Email: Andrea.Surratt@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Dakota Heller         (via Mail)


s/Kelly Christl
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
kelly.christl@fd.org
Attorney for Defendant