IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

*United States of America v. Dakota Michael Heller*

Case No. 19-cr-00224-PAB

**ATTACHMENT**




at fourteenth

1400 Pearl St
Boulder, CO 80302
(303) 444 - 3622
www.oakatfourteenth.com

To Whom it May Concern

Dakota Heller has been our Assistant General Manager at Oak at Fourteenth restaurant for the past year. He has followed through with his expectations as a leader and exceeds them daily. I have watched him flourish in his position at Oak at Fourteenth and we are fortunate to have him.

Dakota is very responsive to his duties and I can always count on him to complete them with enthusiasm. He is trusted amongst the ownership as well as the staff and we have seen a strong team as a result. He has helped lead our team proactively and consistently and has always done so with respect.

Sincerely,

Steve Redzikowski
Please contact me with any questions you may have.
970-309-4630
Sredzikowski@gmail.com

Owner/Operator OAK at Fourteenth





at fourteenth

1400 Pearl St
Boulder, CO 80302
(303) 444 - 3622
www.oakatfourteenth.com

August 17, 2022

To Whom it May Concern,

I have been working with Dakota Heller since January 2022. He has proven to be a great asset to us here at OAK. He is very reliable, hardworking and conscientious. Dakota truly cares about our guests and team members. He demonstrates this by his attention to guest service as well as making sure our team knows what is expected of them. He has been supportive and a great trainer and mentor of our staff. He truly is a caring person. I see his compassion for our employees and guests and he sets a great example for how we should treat each other.
Please contact me with any questions you may have.

Sincerely,

Craig Biggins
303-444-3622

General Manager

OAK at Fourteenth
1400 Pearl St
Boulder, CO 80302

To whom it may concern,

Over the past year I have had the pleasure of working with Dakota at Oak at Fourteenth. I am a part of the management team and also a server there as well. Having worked with and for Dakota, I have been able to see his leadership skills become a vital part of our restaurant's success.

At Oak, we have four cultural pillars that we all strive towards to better our work community. Respect, Integrity, Humility, and Discipline. Dakota has been a consistent example of these pillars to our team since day one. His professionalism in his role of handling staff and guest issues, which arise daily, is respectful and sets a good example for others to follow. I find myself constantly impressed by Dakota's ability to be flexible, yet disciplined, when addressing the challenges of running one of the best restaurants in Boulder.

In these post-Covid times, many restaurants are experiencing a significant deficit in having talented and dedicated service professionals. I believe Oak is a healthy, positive community for Dakota, and having him as a part of our team contributes to the nature of this community. Any time he is not there is a serious detriment to our team and restaurant as a whole.

I truly appreciate and respect all that Dakota has done for me and our workplace. He has embodied the character qualities that our team and Boulder can be proud of. If anyone is deserving of some leniency and grace it is Dakota Heller.

I hope and pray this letter will help you make the right decision.

Sincerely,

Karl Truitt

To whom it may concern,

I am writing on behalf of Dakota Heller. I have worked with him for the past 10 months at our restaurant Oak at Fourteenth. In my time working with him I have found him to be a strong leader, mentor, and positive energy in community. I understand his circumstances are in jeopardy and wanted to send a letter telling how much he means to the upward moving force of our restaurant and culture. He is there for our staff to support and be available to provide support that these younger adults need in their lives. He brings a sense of home and security that is truly hard to find this day in age in our industry. Taking him away from us would not benefit the trajectory of the team we have been developing.

As someone that has completely changed their life around and started working towards a "best self" I see the commonalities in Dakota and know we share the same goal and vision of bringing people up, even though we have not always been on that path. I hope you can consider how hard this world can be, and how hard it is to truly turn a corner and start walking on the correct path to be a positive light in a dark world that can overtake us with some foolish actions.

I believe in this man, and I stand by him in his journey towards pure intention and focus. I am free to talk further on this subject if there are any more questions or thoughts you may have. I appreciate you taking the time to read this letter and give this evolving man a chance to continue down the path to humility, righteousness, and dedication to a better life.

Thank you for your time,
Devin Donohoe
Sous Chef- Oak at Fourteenth

Your Honorable Judge Brimmer,

My name is Susan Burchett and I am Dakota Heller's mother.

I am writing on behalf of my son Dakota,

    Judge Brimmer, I respectfully ask that you take into consideration the improvements Dakota has made in his life. He has been blessed with a great job and is a very influential person to those at work, in his community, and in his family life. I have seen so much positive growth in his life and I worry about him having to spend time in a federal prison. Although I do understand that violation of probation is serious, I have been a corrections nurse in the past and have seen firsthand what goes on in the prison system, and, in my experience, have not seen good come out of prison. It hurts my heart more than you would know. I see a change in Dakota, and I believe that he realizes this violation of probation was serious. I can see the remorse he's feeling for letting down his family, friends and attorneys and I believe he is continuing to work on bettering his life and that of those around him.

Thank you so kindly for your time.

Sincerely,
Susan M. Burchett
712-310-4156




at fourteenth

1400 Pearl St
Boulder, CO 80302
(303) 444 - 3622
www.oakatfourteenth.com

To whom it may concern,

I have been working with Dakota Heller for the last 8 months, and during that time he has become an asset to the team at Oak. He has a high level of integrity, discipline, humility, and respect - and uses his emotional maturity to guide, lead, and mentor our team. I can rely on him to follow through with any and all professional tasks, and I value him as a colleague as well as a friend. I look forward to continuing to build my professional and personal relationship with Dakota, and hold him in high esteem.

Sincerely,

John Bissell
Executive Chef OAK at Fourteenth




at fourteenth

1400 Pearl St
Boulder, CO 80302
(303) 444 - 3622
www.oakatfourteenth.com

To whom it may concern,

    Dakota has been a great leader and manager for our company in Boulder. He has coached the team to be the best they can and our clients love how he takes care of them through hospitality. I think Dakota is an asset to our team and will continue working with our company for a long time.

Thank you,

Bryan Dayton
Owner OAK at Fourteenth

Honorable Judge Brimmer,

Over the past several years of Dakota's ongoing trial and court appearances. I have witnessed many ups and downs in his overall mental health and demeanor. This last year while employed at one of Colorado's most notable restaurants, Oak, Dakota has exuded confidence, care, happiness, and drive. The Dakota I once knew before all of this started, slowly but surely has made his way back out of his shell.  Watching Dakota navigate the restaurant with such passion and ease is something I think most of us desire to do each time we step foot into our workplace. It comes naturally for Dakota.

As someone who is extremely knowledgeable in addiction, I know that relapse is part of recovery. I know that Dakota stands before you today because several months ago he relapsed. However, Dakota has been sober for months now and is surrounded by people who love him, encourage him and hold him accountable each and every day. Making sure that each day is better than the last.

Putting Dakota behind bars where recovery and rehabilitation are not a priority, I think defeats the purpose of making sure he is an asset to the community and those around him. Instead of two steps forward, it is assuredly two steps back.

I ask that you consider the improvements Dakota has made both in the community and in his personal life when making your decision on the discipline for violating probation. I know personally that Dakota has taken responsibility and is willing to do whatever it takes to keep moving forward.

Harmony Kilgore