IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 19-cr-00224-PAB | Date:  September 1, 2022 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:  Julie Thomas |
| Probation Officer:    Chris Woodiel | |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Surratt |
| Plaintiff, | |
| v. | |
| 1.   DAKOTA MICHAEL HELLER, | Kelly Christl |
| Defendant. | |

## COURTROOM MINUTES

**REVOCATION OF SUPERVISED RELEASE**

**1:34 p.m.**     Court in session.

Appearances of counsel.  Defendant present on bond.

Defendant admits to violations 3, 4, 5, and 6 of supervised release as stated in the Petition [258].

Discussion and argument regarding objections to the supervised release violation report and sentencing recommendation.

Statement by Mr. Heller.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:   Government's oral motion to dismiss violations 1 and 2 is GRANTED.**

Court states its findings of fact and conclusions of law.

**ORDERED:** Supervised Release is revoked.

**ORDERED:** Defendant shall be imprisoned for 3 months.  Upon release from imprisonment, defendant shall be placed on supervised release for a period of 36 months.

**ORDERED:** Conditions of Supervised Release, as stated on record.

Court recommends that the defendant receive credit for 3 days spent in official detention prior to sentencing.

Defendant advised of right to appeal.

Discussion regarding voluntary surrender.

Court recommends that the Bureau of Prisons place the defendant at a facility within the State of Colorado that is appropriate to his security classification

**ORDERED:** Defendant is directed to surrender to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

**ORDERED:** Defendant's bond is continued.

**2:05 p.m.**     Court in recess.

Hearing concluded.
Total time in court:    00:31