IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Action No. 19-cr-00224-PAB

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. DAKOTA MICHAEL HELLER,

   Defendant.

---

**VOLUNTARY SURRENDER ORDER SUPPLEMENTING JUDGMENT**

---

The Judgment imposed on September 1, 2022, directed defendant to surrender to the institution designated by the United States Bureau of Prisons for service of sentence. The United States Bureau of Prisons has designated FCI Englewood. Accordingly,

IT IS ORDERED that defendant, Dakota Michael Heller, shall surrender himself by reporting to the Warden at the FCI Englewood, 9595 West Quincy Avenue, Littleton, Colorado 80123, on October 4, 2022, by 12:00 noon. Travel will be at his own expense.

DATED at Denver, Colorado, this __21st__ day of September, 2022.

BY THE COURT:

_____
Philip A. Brimmer
Chief United States District Judge