PS 40  (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| **TO:** | U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1227<br>Sterling, VA 20166-1227 | **FROM:** | United States District Court<br>District of Colorado<br>901 19th Street, Room A105<br>Denver, CO  80294 |

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

| | | | |
|---|---|---|---|
| ✓ **Original Notice** | | X **Notice of Disposition** | |
| **Date:** 05/14/2019 | | **Date:** 11/4/2021 | |
| **By:** R. Villa | | **By:** s/ S. Grimm | |

| | | | |
|---|---|---|---|
| **Defendant:** | Dakota Michael Heller | **Case Number:** | 19-cr-00224-WYD-1 |
| **Date of Birth:** | 1981 | **Place of Birth:** | Colorado, USA |
| **SSN:** | | | |

**Notice of Court Order** (Order Date: 05/09/2019)

✓ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

✓ The above-named defendant surrendered passport number 47530349 and/or passport card number _____ to the custody of the U.S. District Court on 05/14/2019.

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

X Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court