**U.S. Postal Service™**

**CERTIFIED MAIL™ RECEIPT**

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

Postage | $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)

Postmark
Here

19-cr-224-PAB

U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box ~~1227~~ 1243
Sterling, VA 20166-1227

PS Form 3800, August 2006          See Reverse for Instructions